UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 14-2139 MWF (VBKx)                    Date: May 13, 2014
           CV 14-2177 MWF (VBKx)
           CV 14-3053 MWF (VBKx)

Title:   Almont Ambulatory Surgery Center, LLC, et al. ~v~ UnitedHealth Group, Inc., et al.
      Almont Ambulatory Surgery Center, LLC, et al. ~v~ International Longshore and Warehouse Union, et al.
      Almont Ambulatory Surgery Center, LLC, et al. ~v~ UnitedHealth Group, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                    None Present

PROCEEDINGS (IN CHAMBERS):   ORDER RE MANDATORY CHAMBERS COPIES
_____

     The Court hereby modifies the Local Rules and this Court's Procedures and Schedules regarding mandatory chambers' copies, *as to these three cases only,* as follows:

> Only conformed mandatory chambers' copies of (1) case initiating documents; (2) all moving, opposition and reply papers; (3) all stipulations, *ex parte* applications and other documents for which the filing party is requesting an order from the Court; and (4) all documents relating to dismissal of causes of action or parties, are required and shall be delivered to the drop box in the hallway for Chambers (Room 1653 on the 16th Floor) by noon on the first Court day immediately following the electronic filing of such documents. Proposed orders shall be transmitted via email, in Word or WordPerfect format, to mwf_chambers@cacd.uscourts.gov.

Counsel shall not provide chambers' copies of other documents (*i.e.*, proofs of service, answers, stipulations for extensions of time for less than 30 days (for which an order is not required), and notices of change of firm address).

This Order only modifies Judge Fitzgerald's requirements.  This Order does *not* apply to Magistrate Judge Kenton's requirements.

IT IS SO ORDERED.