ORIGINAL

PuP

CLERK, U.S. DISTRICT COURT

OCT – 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1 | DARON L. TOOCH (State Bar No. 137269)
ERIC D. CHAN (State Bar No. 253082)
2 | KATHERINE M. DRU (State Bar No. 280231)
**HOOPER, LUNDY & BOOKMAN, P.C.**
3 | 1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
4 | Telephone: (310) 551-8111
Facsimile: (310) 551-8181
5 | E-Mail:     dtooch@health-law.com

6 | Attorneys for Plaintiffs and Counter-
Defendant Providers

7

8 | ### UNITED STATES DISTRICT COURT

9 | ### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 | ALMONT AMBULATORY
SURGERY CENTER, LLC, *et al.*,

12 |            Plaintiffs,

13 |     vs.

14 | UNITEDHEALTHGROUP, INC., *et al.*,

15 |            Defendants.

16

17 | UNITED HEALTHCARE SERVICES,
INC., *et al.*,

18 |            Counter-Plaintiffs,

19 |     vs.

20 | ALMONT SURGERY CENTER, LLC,
*et al.*,

21

22 |            Counter-Defendants.

CASE NO. 2:14-cv-03053-MWF
(VBKx)

**APPLICATION TO FILE
EXHIBITS TO DECLARATION OF
JAFFY PALACIOS UNDER SEAL
PURSUANT TO LOCAL RULE 79-
5.1**

Date:     December 8, 2014
Time:     10:00 a.m.
Crtrm.:   1600

The Hon. Michael W. Fitzgerald

Trial Date:     None Set

23

24

25

26

27

28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 · FAX: (310) 551-8181

1171855.1

1   Pursuant to Local Rule 79-5.1, Counter-Defendants ALMONT
2   AMBULATORY SURGERY CENTER, LLC, BAKERSFIELD SURGERY
3   INSTITUTE, LLC, INDEPENDENT MEDICAL, MEDICAL SERVICES, INC.,
4   MODERN INSTITUTE OF PLASTIC SURGERY & ANTIAGING, INC., NEW
5   LIFE SURGERY CENTER, LLC dba BEVERLY HILLS SURGERY CENTER,
6   LLC, ORANGE GROVE SURGERY CENTER, LLC, SAN DIEGO
7   AMBULATORY SURGERY CENTER, LLC, SKIN CANCER &
8   RECONSTRUCTIVE SURGERY SPECIALISTS OF BEVERLY HILLS, INC.,
9   VALENCIA AMBULATORY SURGERY CENTER, LLC, WEST HILLS
10  SURGERY CENTER, LLC, ALMONT AMBULATORY SURGERY CENTER,
11  BAKERSFIELD SURGERY INSTITUTE, INC., CIRO SURGERY CENTER,
12  LLC, EAST BAY AMBULATORY SURGERY CENTER, LLC, SKIN CANCER
13  & RECONSTRUCTIVE SURGERY SPECIALISTS OF WEST HILLS, INC.,
14  VALLEY SURGICAL CENTER, LLC, TOP SURGEONS, INC., TOP
15  SURGEONS, LLC, TOP SURGEONS, LLC (NEVADA), WOODLAKE
16  AMBULATORY, PALMDALE AMBULATORY SURGERY CENTER, a medical
17  corporation, 1 800 GET THIN, LLC and SURGERY CENTER MANAGEMENT
18  (together, the "Providers") hereby apply to this Court for an Order to file under seal
19  the exhibits attached to the Declaration of Jaffy Palacios in Support of the
20  Providers' Motion to Dismiss the First Amended Counterclaim.
21      These nine exhibits are excerpts of medical and billing records that pertain to
22  the United Members (e.g., patient examples) that have been alleged in the United
23  Defendants' First Amended Counterclaim (FACC). As set forth in the Palacios
24  Declaration, these records rebut and flatly contradict many of the FACC's most
25  inflammatory allegations, such as the accusation that the Providers billed for
26  services never rendered to the United Members. The Palacios Declaration Exhibits
27  contain sensitive Protected Health Information ("PHI") that is protected under the
28  Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Pub.L. No.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1  104–191, 110 Stat. 1936 (1996).  Further, the Exhibits are not voluminous and

2  satisfy HIPAA's minimum necessary requirement. *See* 45 C.F.R. § 164.502(b), *id.*

3  § 164.514(d).

4       Exhibits Attached to the Declaration of Jaffy Palacios in Support of

5  Providers' Motion to Dismiss First Amended Counterclaim:

6       1.   Exhibit A: Two pages of medical  records for United Member 4.

7       2.   Exhibit B: A single page letter from United Member 5's independent

8  physician discussing that Member's medical condition.

9       3.   Exhibit C: Two pages of medical records for United Member 6.

10      4.   Exhibit D: Five pages of medical records for United Member 7.

11      5.   Exhibit F: Four pages of medical records for United Member 8.[1]

12      6.   Exhibit G: Two pages of medical records for United Member 9.

13      7.   Exhibit H: Two pages of medical records for United Member 11.

14      8.   Exhibit I: Four pages of medical records and four corresponding

15  HCFA-1500 claims submission form pages for United Member 12 (a total of

16  8 pages).

17      9.   Exhibit J: One page of medical records and one corresponding UB-04

18  claim submission form for United Member 14 ( total of two pages).

19      Neither this Order nor the Application itself shall be sealed.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ───────────────────────

28  [1] There is no Exhibit E to the Palacios Declaration.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1171855.1        APPLICATION TO FILE PALACIOS EXHIBITS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1

1    If the Court denies this Application, the Providers request, in the alternative,

2  that the Court issue an order permitting all exhibits attached to the Declarations of

3  Jaffy Palacios in Support of Providers' Motion to Dismiss First Amended

4  Counterclaim to be filed publicly.  Pursuant to 45 C.F.R. § 164.512(e)(1)(i), PHI

5  may be disclosed in a judicial or administrative proceeding "[i]n response to an

6  order of a court" that "expressly authorize[s]" such a disclosure.

7

8  DATED:  October 6, 2014            HOOPER, LUNDY & BOOKMAN, P.C.

9

10

11                                       By: _____/s/ Daron L. Tooch_____

12                                            DARON L. TOOCH
                                         Attorneys for Plaintiffs and Counter-Defendant
13                                       Providers

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL.: (310) 551-8111 • FAX: (310) 551-8181

1171855.1        APPLICATION TO FILE PALACIOS EXHIBITS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1

1    DARON L. TOOCH (State Bar No. 137269)
ERIC D. CHAN (State Bar No. 253082)
2    KATHERINE M. DRU (State Bar No. 280231)
**HOOPER, LUNDY & BOOKMAN, P.C.**
3    1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
4    Telephone: (310) 551-8111
Facsimile: (310) 551-8181
5    E-Mail:    dtooch@health-law.com

6    Attorneys for Plaintiffs and Counter-
Defendant Providers

7

8           **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*, | CASE NO. 2:14-cv-03053-MWF (VBKx) |
| Plaintiffs, | **APPLICATION TO FILE EXHIBITS TO DECLARATION OF JAFFY PALACIOS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1** |
| vs. | |
| UNITEDHEALTHGROUP, INC., *et al.*, | Date:    December 8, 2014 |
| Defendants. | Time:    10:00 a.m. |
| | Crtrm.:   1600 |
| UNITED HEALTHCARE SERVICES, INC., *et al.*, | The Hon. Michael W. Fitzgerald |
| Counter-Plaintiffs, | Trial Date:      None Set |
| vs. | |
| ALMONT SURGERY CENTER, LLC, *et al.*, | |
| Counter-Defendants. | |

*Left margin vertical text:* HOOPER, LUNDY & BOOKMAN, P.C. 1875 CENTURY PARK EAST, SUITE 1600 LOS ANGELES, CALIFORNIA 90067-2517 TEL: (310) 551-8111 · FAX: (310) 551-8181

1171855.1    APPLICATION TO FILE PALACIOS EXHIBITS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1       Pursuant to Local Rule 79-5.1, Counter-Defendants ALMONT

2 AMBULATORY SURGERY CENTER, LLC, BAKERSFIELD SURGERY

3 INSTITUTE, LLC, INDEPENDENT MEDICAL, MEDICAL SERVICES, INC.,

4 MODERN INSTITUTE OF PLASTIC SURGERY & ANTIAGING, INC., NEW

5 LIFE SURGERY CENTER, LLC dba BEVERLY HILLS SURGERY CENTER,

6 LLC, ORANGE GROVE SURGERY CENTER, LLC, SAN DIEGO

7 AMBULATORY SURGERY CENTER, LLC, SKIN CANCER &

8 RECONSTRUCTIVE SURGERY SPECIALISTS OF BEVERLY HILLS, INC.,

9 VALENCIA AMBULATORY SURGERY CENTER, LLC, WEST HILLS

10 SURGERY CENTER, LLC, ALMONT AMBULATORY SURGERY CENTER,

11 BAKERSFIELD SURGERY INSTITUTE, INC., CIRO SURGERY CENTER,

12 LLC, EAST BAY AMBULATORY SURGERY CENTER, LLC, SKIN CANCER

13 & RECONSTRUCTIVE SURGERY SPECIALISTS OF WEST HILLS, INC.,

14 VALLEY SURGICAL CENTER, LLC, TOP SURGEONS, INC., TOP

15 SURGEONS, LLC, TOP SURGEONS, LLC (NEVADA), WOODLAKE

16 AMBULATORY, PALMDALE AMBULATORY SURGERY CENTER, a medical

17 corporation, 1 800 GET THIN, LLC and SURGERY CENTER MANAGEMENT

18 (together, the "Providers") hereby apply to this Court for an Order to file under seal

19 the exhibits attached to the Declaration of Jaffy Palacios in Support of the

20 Providers' Motion to Dismiss the First Amended Counterclaim.

21       These nine exhibits are excerpts of medical and billing records that pertain to

22 the United Members (e.g., patient examples) that have been alleged in the United

23 Defendants' First Amended Counterclaim (FACC). As set forth in the Palacios

24 Declaration, these records rebut and flatly contradict many of the FACC's most

25 inflammatory allegations, such as the accusation that the Providers billed for

26 services never rendered to the United Members. The Palacios Declaration Exhibits

27 contain sensitive Protected Health Information ("PHI") that is protected under the

28 Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Pub.L. No.

1   104–191, 110 Stat. 1936 (1996).  Further, the Exhibits are not voluminous and

2   satisfy HIPAA's minimum necessary requirement.  *See* 45 C.F.R. § 164.502(b), *id.*

3   § 164.514(d).

4      <u>Exhibits Attached to the Declaration of Jaffy Palacios in Support of</u>

5   <u>Providers' Motion to Dismiss First Amended Counterclaim</u>:

6      1. <u>Exhibit A:</u> Two pages of medical  records for United Member 4.

7      2. <u>Exhibit B:</u> A single page letter from United Member 5's independent

8   physician discussing that Member's medical condition.

9      3. <u>Exhibit C:</u> Two pages of medical records for United Member 6.

10     4. <u>Exhibit D:</u> Five pages of medical records for United Member 7.

11     5. <u>Exhibit F:</u> Four pages of medical records for United Member 8.[1]

12     6. <u>Exhibit G:</u> Two pages of medical records for United Member 9.

13     7. <u>Exhibit H:</u> Two pages of medical records for United Member 11.

14     8. <u>Exhibit I:</u> Four pages of medical records and four corresponding

15  HCFA-1500 claims submission form pages for United Member 12 (a total of

16  8 pages).

17     9. <u>Exhibit J:</u> One page of medical records and one corresponding UB-04

18  claim submission form for United Member 14 ( total of two pages).

19     Neither this Order nor the Application itself shall be sealed.

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27

28  [1] There is no Exhibit E to the Palacios Declaration.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1171855.1

1    If the Court denies this Application, the Providers request, in the alternative,

2  that the Court issue an order permitting all exhibits attached to the Declarations of

3  Jaffy Palacios in Support of Providers' Motion to Dismiss First Amended

4  Counterclaim to be filed publicly.  Pursuant to 45 C.F.R. § 164.512(e)(1)(i), PHI

5  may be disclosed in a judicial or administrative proceeding "[i]n response to an

6  order of a court" that "expressly authorize[s]" such a disclosure.

7

8  DATED:  October 6, 2014                    HOOPER, LUNDY & BOOKMAN, P.C.

9

10

11                                    By:  _____/s/ Daron L. Tooch_____

12                                           DARON L. TOOCH
                                            Attorneys for Plaintiffs and Counter-Defendant
13                                          Providers

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181