Dup

ORIGINAL

OCT - 7 2014

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ALMONT AMBULATORY SURGERY CENTER, LLC, et al.,

    Plaintiffs,

vs.

UNITEDHEALTHGROUP, INC., et al.,

    Defendants.

UNITED HEALTHCARE SERVICES, INC., et al.,

    Counter-Plaintiffs,

vs.

ALMONT SURGERY CENTER, LLC, et al.,

    Counter-Defendants.

CASE NO. 2:14-cv-03053-MWF (VBKx)

[PROPOSED] ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1

Date: December 8, 2014
Time: 10:00 a.m.
Crtrm.: 1600

The Hon. Michael W. Fitzgerald

Trial Date: None Set

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1171799.1

2:14-cv-03053-MWF (VBKx)

[PROPOSED] ORDER GRANTING APPLICATION TO FILE DOCS UNDER SEAL

1  Pursuant to Local Rule 79-5.1, and Counter-Defendants ALMONT
2  AMBULATORY SURGERY CENTER, LLC, BAKERSFIELD SURGERY
3  INSTITUTE, LLC, INDEPENDENT MEDICAL, MEDICAL SERVICES, INC.,
4  MODERN INSTITUTE OF PLASTIC SURGERY & ANTIAGING, INC., NEW
5  LIFE SURGERY CENTER, LLC dba BEVERLY HILLS SURGERY CENTER,
6  LLC, ORANGE GROVE SURGERY CENTER, LLC, SAN DIEGO
7  AMBULATORY SURGERY CENTER, LLC, SKIN CANCER &
8  RECONSTRUCTIVE SURGERY SPECIALISTS OF BEVERLY HILLS, INC.,
9  VALENCIA AMBULATORY SURGERY CENTER, LLC, WEST HILLS
10 SURGERY CENTER, LLC, ALMONT AMBULATORY SURGERY CENTER,
11 BAKERSFIELD SURGERY INSTITUTE, INC., CIRO SURGERY CENTER,
12 LLC, EAST BAY AMBULATORY SURGERY CENTER, LLC, SKIN CANCER
13 & RECONSTRUCTIVE SURGERY SPECIALISTS OF WEST HILLS, INC.,
14 VALLEY SURGICAL CENTER, LLC, TOP SURGEONS, INC., TOP
15 SURGEONS, LLC, TOP SURGEONS, LLC (NEVADA), WOODLAKE
16 AMBULATORY, PALMDALE AMBULATORY SURGERY CENTER, a medical
17 corporation, 1 800 GET THIN, LLC and SURGERY CENTER MANAGEMENT
18 (together, the "Providers")'s Application to File Documents Under Seal, and for
19 good cause shown, IT IS HEREBY ORDERED THAT the following documents
20 shall be filed under seal.
21      <u>Exhibits Attached to the Declaration of Jaffy Palacios in Support of
22 Providers' Motion to Dismiss First Amended Counterclaim</u>:
23      1.   <u>Exhibit A:</u> Two pages of medical records for United Member 4.
24      2.   <u>Exhibit B:</u> A single page letter from United Member 5's independent
25 physician discussing that Member's medical condition.
26      3.   <u>Exhibit C:</u> Two pages of medical records for United Member 6.
27      4.   <u>Exhibit D:</u> Five pages of medical records for United Member 7.
28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

5. <u>Exhibit F:</u> Four pages of medical records for United Member 8.[1]

6. <u>Exhibit G:</u> Two pages of medical records for United Member 9.

7. <u>Exhibit H:</u> Two pages of medical records for United Member 11.

8. <u>Exhibit I:</u> Four pages of medical records and four corresponding HCFA-1500 claims submission form pages for United Member 12 (a total of 8 pages).

9. <u>Exhibit J:</u> One page of medical records and one corresponding UB-04 claim submission form for United Member 14 ( total of two pages).

Neither this Order nor the Application itself shall be sealed.

[In the alternative, the Court orders that all Exhibits attached to the Declaration of Jaffy Palacios in Support of Providers' Motion to Dismiss First Amended Counterclaim shall be filed publicly, pursuant to 45 C.F.R. § 164.512(e)(1)(i). This order permits only the Exhibits attached to the Palacios Declaration and submitted with this Application to be publicly filed.]

IT IS SO ORDERED.

DATED: Oct. 7, 2014

**MICHAEL W. FITZGERALD**

_____
Michael W. Fitzgerald
United States District Judge
Central District of California

---

[1] There is no Exhibit E to the Palacios Declaration.