UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV-14-03053-MWF (VBKx)          **Date:** November 10, 2014

Title:   Almont Ambulatory Surgery Center, LLC, et al. -*v*- UnitedHealth Group, Inc., et al.

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

|  |  |
|---|---|
| Deputy Clerk: Rita Sanchez | Court Reporter: Not Reported |
| Attorneys Present for Plaintiff: None Present | Attorneys Present for Defendant: None Present |

**Proceedings (In Chambers):**   ORDER REFERRING MOTIONS TO QUASH THIRD PARTY SUBPOENAS [67][68]

The Court is in receipt of the Motions to Quash Third Party- Subpoenas [67][68], filed on November 6, 2014. The motions are referred to Magistrate Judge Kenton for determination.

  IT IS SO ORDERED.