**DARON L. TOOCH** (State Bar No. 137269)
dtooch@health-law.com
**ERIC D. CHAN** (State Bar No. 253082)
echan@health-law.com
**KATHERINE M. DRU** (State Bar No. 280231)
kdru@health-law.com
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111

Attorneys for Plaintiffs and Counterclaim
Defendants Almont Ambulatory Surgery
Center, LLC, et al.

**BRYAN D. DALY** (State Bar No. 117901)
bdaly@sheppardmullin.com
**CHARLES L. KREINDLER** (State Bar No. 119933)
ckreindler@sheppardmullin.com
**BARBARA E. TAYLOR** (State Bar No. 166374)
btaylor@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: (213) 620-1780

Attorneys for Counterclaim Defendants
Michael Omidi, M.D. and Julian Omidi

**BRYAN S. WESTERFELD** (State Bar No. 218253)
bwesterfeld@calemployerlaw.com
**NICOLE E. WURSCHER** (State Bar No. 245879)
nwurscher@calemployerlaw.com
**WALRAVEN & WESTERFELD LLP**
101 Enterprise, Suite 350
Aliso Viejo, CA 92656
Telephone: (949) 215-1990

**STEPHEN P. LUCKE**
lucke.steve@dorsey.com
**R.J. ZAYED**
zayed.rj@dorsey.com
*Admitted pro hac vice*
**DORSEY & WHITNEY LLP**
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant UnitedHealth Group, Inc.;
and Defendants/Counterclaim Plaintiffs
United Healthcare Services, Inc., UnitedHealthcare
Insurance Company; OptumInsight, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, a California limited liability company, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC.; et al.,<br><br>Defendants. | Case No. 2:14-CV-03053-MWF (VBKx)<br><br>**JOINT STIPULATION TO ENTRY OF ELECTRONICALLY STORED INFORMATION (ESI) DISCOVERY PLAN**<br><br>Judge: Hon. Michael W. Fitzgerald<br><br>Magistrate Judge: Hon. Victor B. Kenton<br><br>Trial Date: None Set<br>Complaint Filed: March 21, 2014 |
| UNITED HEALTHCARE SERVICES, INC.; et al.,<br><br>Counterclaim Plaintiffs<br><br>v.<br><br>ALMONT AMBULATORY SURGERY CENTER, LLC, a California limited liability company; et al.,<br><br>Counterclaim Defendants. | |

The parties to the above-captioned litigation (the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have entered into a stipulation regarding Electronically Stored Information ("ESI");

WHEREAS, the Parties submit herewith a Proposed ESI Discovery Plan;

NOW, THEREFORE, the Parties agree that the Proposed ESI Discovery Plan be filed and entered in the above-captioned litigation.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: November 20, 2014 | WALRAVEN & WESTERFELD LLP |
| 2 | | |
| 3 | | By: /s/ Bryan S. Westerfeld |
| 4 | | BRYAN S. WESTERFLED |
| 5 | | Attorneys for Defendant UnitedHealth Group, Inc., and Defendants/Counterclaim Plaintiffs United Healthcare Services, Inc., UnitedHealthcare Insurance Company, and OptumInsight, Inc. |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Dated: November 20, 2014 | DORSEY & WHITNEY LLP |
| 10 | | |
| 11 | | By: /s/ R. J. Zayed |
| | | R. J. ZAYED |
| 12 | | Attorneys for Defendant UnitedHealth Group, Inc., and Defendants/Counterclaim Plaintiffs United Healthcare Services, Inc., UnitedHealthcare Insurance Company, and OptumInsight, Inc. |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | Dated: November 20, 2014 | HOOPER, LUNDY & BOOKMAN, P.C. |
| 17 | | |
| 18 | | By: /s/ Eric M. Chan |
| 19 | | ERIC M. CHAN |
| 20 | | Attorneys for Plaintiffs and Counterclaim Defendants |
| 21 | | |
| 22 | Dated: November 20, 2014 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 23 | | |
| 24 | | |
| 25 | | By: /s/ Barbara Taylor |
| | | BARBARA TAYLOR |
| 26 | | Attorneys for Counterclaim Defendants Michael Omidi, M.D. and Julian Omidi |
| 27 | | |
| 28 | | |