**BRYAN WESTERFELD (S.B. # 218253)**
bwesterfeld@calemployerlaw.com
**NICOLE E. WURSHER (S.B # 245879)**
nwurscher@calemployerlaw.com
**WALRAVEN & WESTERFELD LLP**
101 Enterprise, Suite 350
Aliso Viejo, CA 92656
Telephone:   (949) 215-1997
Facsimile:    (949) 215-1999

**R.J. ZAYED (MN ID #0309849)**
zayed.rj@dorsey.com
**STEPHEN P. LUCKE (MN ID #151210)**
lucke.steve@dorsey.com
**TIMOTHY BRANSON (MN ID #174713)**
branson.tim@dorsey.com
*Admitted pro hac vice*
**DORSEY & WHITNEY LLP**
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:   (612) 340-2600
Facsimile:    (612) 340-2868

Attorneys for Defendant UnitedHealth Group, Inc.;
and Defendants/Counterclaim Plaintiffs
United Healthcare Services, Inc., UnitedHealthcare
Insurance Company; OptumInsight, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, a California limited liability company; BAKERSFIELD SURGERY INSTITUTE, LLC, a California limited liability company; INDEPENDENT MEDICAL SERVICES, INC., a California corporation; MODERN INSTITUTE OF PLASTIC SURGERY & ANTIAGING, INC., a California corporation; NEW LIFE SURGERY CENTER, LLC, a California limited liability company, dba BEVERLY HILLS SURGERY CENTER, LLC; ORANGE GROVE SURGERY CENTER, LLC, a California limited liability company; SAN DIEGO AMBULATORY SURGERY CENTER, LLC, a California limited liability company; SKIN CANCER & RECONSTRUCTIVE SURGERY SPECIALISTS OF BEVERLY HILLS, INC., a California corporation; VALENCIA AMBULATORY SURGERY CENTER, LLC, a California limited liability company; | Case No 2:14-cv-03053-MWF(VBKx) **DECLARATION OF KIRSTEN E. SCHUBERT IN SUPPORT OF DEFENDANTS'/ COUNTERCLAIM PLAINTIFFS' RESPONSE IN OPPOSITION TO INDIVIDUAL COUNTERCLAIM DEFENDANTS MICHAEL OMIDI, M.D. AND JULIAN OMIDI'S MOTION TO BIFURCATE ISSUE OF PERSONAL LIABILITY AND STAY DISCOVERY** (Superior Court of the State of California, County of Los Angeles, Central District Case Number: BC540056) |

DECLARATION OF KIRSTEN  SCHUBERT IN SUPPORT OF UNITED'S OPPOSITION TO INDIVIDUAL
COUNTERCLAIM DEFENDANTS' MOTION TO BIFURCATE AND STAY

1  WEST HILLS SURGERY CENTER, LLC, a
   California limited liability company,

2                    PLAINTIFFS,

3  v.

4  UNITEDHEALTH GROUP, INC.; UNITED
   HEALTHCARE SERVICES, INC.,
5  UNITEDHEALTHCARE INSURANCE
   COMPANY; OPTUMINSIGHT, INC., AND
6  DOES 1 THROUGH 20,

7                    Defendants.

8

9  _____
   ____

10 UNITED HEALTHCARE SERVICES,
   INC.; UNITEDHEALTHCARE
11 INSURANCE COMPANY;
   OPTUMINSIGHT, INC.,
12
                   Counterclaim Plaintiffs,
13
   v.
14
   ALMONT AMBULATORY SURGERY
15 CENTER, LLC, a California limited liability
   company; BAKERSFIELD SURGERY
16 INSTITUTE, LLC, a California limited
   liability company; BEVERLY HILLS
17 SURGERY CENTER, LLC;
   INDEPENDENT MEDICAL SERVICES,
18 INC., a California corporation; MODERN
   INSTITUTE OF PLASTIC SURGERY &
19 ANTIAGING, INC., a California
   corporation; NEW LIFE SURGERY
20 CENTER, LLC, a California limited liability
   company, dba BEVERLY HILLS
21 SURGERY CENTER, LLC; ORANGE
   GROVE SURGERY CENTER, LLC, a
22 California limited liability company; SAN
   DIEGO AMBULATORY SURGERY
23 CENTER, LLC, a California limited liability
   company; SKIN CANCER &
24 RECONSTRUCTIVE SURGERY
   SPECIALISTS OF BEVERLY HILLS,
25 INC., a California corporation; VALENCIA
   AMBULATORY SURGERY CENTER,
26 LLC, a California limited liability company;
   WEST HILLS SURGERY CENTER, LLC,
27 a California limited liability company,
   KAMBIZ BENJAMIN OMIDI (A/K/A

28

Hearing

Date: Monday, February 2, 2015
Time: 10:00 a.m.
Courtroom: 1600, 16th Floor, 312 N.
Spring Street

Discovery cutoff: None set
Pretrial Conference Date: None set
Trial Date: None set

2                               CV14-3053 MWF (VBKx)

1  JULIAN OMIDI, COMBIZ OMIDI,
   KAMBIZ OMIDI, COMBIZ JULIAN
2  OMIDI, KAMBIZ BENIAMIA OMIDI,
   JULIAN C. OMIDI); MICHAEL OMIDI,
3  M.D.; ALMONT AMBULATORY
   SURGERY CENTER, A MEDICAL
4  CORPORATION; BAKERSFIELD
   SURGERY INSTITUTE, INC.; CIRO
5  SURGERY CENTER, LLC; EAST BAY
   AMBULATORY SURGERY CENTER,
6  LLC; SKIN CANCER &
   RECONSTRUCTIVE SURGERY
7  SPECIALISTS OF WEST HILLS, INC.;
   VALLEY SURGICAL CENTER, LLC;
8  TOP SURGEONS, INC.; TOP SURGEONS,
   LLC; TOP SURGEONS LLC (NEVADA);
9  WOODLAKE AMBULATORY;
   PALMDALE AMBULATORY SURGERY
10 CENTER, A MEDICAL CORPORATION;
   1 800 GET THIN, LLC; SURGERY
11 CENTER MANAGEMENT; DOES 1-200,

12              Counterclaim Defendants.

I, Kirsten E. Schubert, declare as follows:

1.      I am an associate at the law firm of Dorsey & Whitney LLP, attorneys for UnitedHealth Group, Inc., United Healthcare Services, Inc., United Healthcare Insurance Company, and OptumInsight, Inc. (collectively "United") in the above-captioned action.  I make this Declaration in support of United's Memorandum of Points and Authorities in Opposition to the Motion to Bifurcate and Stay filed by Individual Counterclaim Defendants Michael and Julian Omidi.  This Declaration is based on personal knowledge, and I would be able to testify to the facts stated herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of "Michael Omidi, M.D. and Julian Omidi's Response to Defendant's/Counterclaim Plaintiffs' First Request for Documents," dated December 8, 2014.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of  "Michael Omidi, M.D. and Julian Omidi's Response to Defendants'/Counterclaim Plaintiffs'

First Set of Interrogatories to Plaintiffs/Counterclaim Defendants," dated December 8, 2014.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of "Michael Omidi, M.D. and Julian Omidi's Response to Defendants'/Counterclaim Plaintiffs' First Set of Requests for Admission," dated December 8, 2014.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of "Plaintiffs and Counter-Defendant Providers' Responses to United Defendants'/Counterclaimants' First Request for Documents," dated December 8, 2014.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of "Plaintiffs and Counter-Defendant Providers' Responses to United Defendants'/Counterclaimants' First Set of Interrogatories," dated December 8, 2014.  Certain information on pages 8-9 has been redacted as confidential.

7.    In the course of the meet and confer process relating to United's First Request for Documents and First Set of Interrogatories, the Providers have objected to producing certain categories of documents as outside their possession and control, stating that many of the paper files previously maintained by the Provider Counter-Defendants have been seized by the government, which still has them.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated:  January 12, 2015

By:    s/Kirsten E. Schubert
       KIRSTEN E. SCHUBERT

CV14-3053 MWF (VBKx)

DECLARATION OF KIRSTEN SCHUBERT IN SUPPORT OF UNITED'S OPPOSITION TO INDIVIDUAL COUNTERCLAIM DEFENDANTS' MOTION TO BIFURCATE AND STAY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF KIRSTEN SCHUBERT IN SUPPORT OF UNITED'S OPPOSITION TO INDIVIDUAL
COUNTERCLAIM DEFENDANTS' MOTION TO BIFURCATE AND STAY