# Exhibit 3

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
   BRYAN D. DALY, Cal. Bar No. 117901
3  bdaly@sheppardmullin.com
   CHARLES L. KREINDLER, Cal. Bar No. 119933
4  ckreindler@sheppardmullin.com
   BARBARA E. TAYLOR, Cal. Bar No. 166374
5  btaylor@sheppardmullin.com
   333 South Hope Street, 43rd Floor
6  Los Angeles, California 90071-1422
   Telephone:  213.620.1780
7  Facsimile:  213.620.1398

8  Attorneys for Individual Counterclaim
   Defendants Michael Omidi, M.D. and
9  Julian Omidi

10                 UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12
   ALMONT AMBULATORY                     Case No. 2:14-cv-03053-MWF(VBKx)
13 SURGERY CENTER, LLC, a                Honorable Michael W. Fitzgerald
   California limited liability company, et
14 al.,                                  **MICHAEL OMIDI, M.D. AND
                                         JULIAN OMIDI'S RESPONSE TO
15            Plaintiffs,                DEFENDANTS'/COUNTERCLAIM
                                         PLAINTIFFS' FIRST SET OF
          v.                             REQUESTS FOR ADMISSION**
16
   UNITEDHEALTH GROUP, INC.;
17 UNITED HEALTHCARE SERVICES,           Complaint Filed:  March 21, 2014
   INC., UNITED HEALTHCARE
18 INSURANCE COMPANY;                    Trial Date:  None Set
   OPTUMINSIGHT, INC., and DOES 1
19 through 20,

20 _____Defendants._____

21 UNITED HEALTHCARE SERVICES,
   INC., UNITED HEALTHCARE
22 INSURANCE COMPANY;
   OPTUMINSIGHT, INC.,
23
              Counterclaim Plaintiffs,
24        v.

25 ALMONT AMBULATORY
   SURGERY CENTER, LLC, a
26 California limited liability company; et
   al.,
27            Counterclaim Defendants.

28

PROPOUNDING PARTY:    DEFENDANTS/COUNTERCLAIM PLAINTIFFS ("UNITED")

RESPONDING PARTY:    INDIVIDUAL COUNTERCLAIM DEFENDANTS MICHAEL OMIDI, M.D. and JULIAN OMIDI

SET NO.:    ONE

## RESPONSES TO REQUESTS FOR ADMISSIONS

### REQUEST FOR ADMISSION NO. 1:

Admit that Julian Omidi signed, at box six ("Name, Address and Signature of Organizer"), the document that is attached as Exhibit 1.

### RESPONSE TO REQUEST FOR ADMISSION NO. 1:

Individual Counterclaim Defendants object to this Request in its entirety on the following ground. This Request seeks information arguably relating to Counterclaim Plaintiffs' alter ego theory of liability alleged in the First Amended Counterclaim ("FACC"), rather than relating to any claim or defense as provided in Fed. R. Civ. P. 26(b)(1). The FACC is subject to the pending Motions to Dismiss. If those Motions are granted, in whole or in part—for example, if the Individual Counterclaim Defendants are dismissed or the Court rules that the alter ego allegations are insufficient to permit alter ego discovery in the underlying action, as opposed to post-judgment proceedings, if any, then the subject matter of this Request will not be relevant.

### REQUEST FOR ADMISSION NO. 2:

Admit that Julian Omidi signed, at the line marked "Endorse Here," the document that is attached as Exhibit 2.

### RESPONSE TO REQUEST FOR ADMISSION NO. 2:

Individual Counterclaim Defendants object to this Request in its entirety on the following ground. This Request seeks information arguably relating to Counterclaim Plaintiffs' alter ego theory of liability alleged in the FACC, rather than relating to any claim or defense as provided in Fed. R. Civ. P. 26(b)(1). The

1  FACC is subject to the pending Motions to Dismiss.  If those Motions are granted,

2  in whole or in part—for example, if the Individual Counterclaim Defendants are

3  dismissed or the Court rules that the alter ego allegations are insufficient to permit

4  alter ego discovery in the underlying action, as opposed to post-judgment

5  proceedings, if any, then the subject matter of this Request will not be relevant.

6  **REQUEST FOR ADMISSION NO. 3:**

7    Admit that Michael Omidi signed, at box fourteen ("Signature of Authorized

8  Person"), the document that is attached as Exhibit 3.

9  **RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

10    Individual Counterclaim Defendants object to this Request in its entirety on

11  the following ground.  This Request seeks information arguably relating to

12  Counterclaim Plaintiffs' alter ego theory of liability alleged in the FACC, rather

13  than relating to any claim or defense as provided in Fed. R. Civ. P. 26(b)(1).  The

14  FACC is subject to the pending Motions to Dismiss.  If those Motions are granted,

15  in whole or in part—for example, if the Individual Counterclaim Defendants are

16  dismissed or the Court rules that the alter ego allegations are insufficient to permit

17  alter ego discovery in the underlying action, as opposed to post-judgment

18  proceedings, if any, then the subject matter of this Request will not be relevant.

19  **REQUEST FOR ADMISSION NO. 4:**

20    Admit that Michael Omidi signed, in the endorsement box, the document that

21  is attached as Exhibit 4.

22  **RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

23    Individual Counterclaim Defendants object to this Request in its entirety on

24  the following ground.  This Request seeks information arguably relating to

25  Counterclaim Plaintiffs' alter ego theory of liability alleged in the FACC, rather

26  than relating to any claim or defense as provided in Fed. R. Civ. P. 26(b)(1).  The

27  FACC is subject to the pending Motions to Dismiss.  If those Motions are granted,

28  in whole or in part—for example, if the Individual Counterclaim Defendants are

2

1  dismissed or the Court rules that the alter ego allegations are insufficient to permit

2  alter ego discovery in the underlying action, as opposed to post-judgment

3  proceedings, if any, then the subject matter of this Request will not be relevant.

4

Dated:  December 8, 2014

5

6                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

7

8                        By

9                                         BARBARA E. TAYLOR
                                    Attorneys for Individual Counterclaim
10                                 Defendants Michael Omidi, M.D.
                                        and Julian Omidi

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

On December 8, 2014, I served true copies of the following document(s) described as **MICHAEL OMIDI, M.D. AND JULIAN OMIDI'S RESPONSE TO DEFENDANTS'/COUNTERCLAIM PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION** on the interested parties in this action as follows:

**See Attached Service List**

☒    **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 8, 2014, at Los Angeles, California.

Angie Sotelo

---

SMRH:435348154.1

1

RESPONSE TO DEFENDANTS'/COUNTERCLAIM PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

1

## SERVICE LIST

2

3    Bryan Westerfeld                          *Attorneys for Defendant UnitedHealth*
     Nicole E. Wursher                         *Group, Inc. and*
4    WALRAVEN & WESTERFELD LLP                 *Defendants/Counterclaim Plaintiffs*
     101 Enterprise, Suite 350                 *United Healthcare Services, Inc.,*
5    Aliso Viejo, CA 92636                     *United Healthcare Insurance Company;*
     Tel. (949) 215-1997                       *and OptumInsight, Inc.*
6    Fax: (949) 215-1999
     Email: bwesterfeld@calemployerlaw.com
7    Email: nwurscher@calemployerlaw.com

8

9    R.J. Zayed                                *Attorneys for Defendant UnitedHealth*
     Stephen P. Lucke                          *Group, Inc. and*
     DORSEY & WHITNEY LLP                      *Defendants/Counterclaim Plaintiffs*
10   50 South Sixth Street, Suite 1500         *United Healthcare Services, Inc.,*
     Minneapolis, MN 55402                     *United Healthcare Insurance Company;*
11   Tel: (612) 340-2600                       *and OptumInsight, Inc.*
     Fax: (612) 340-2868
12   Email: zayed.rj@dorsey.com
     Email: lucke.steve@dorsev.com

13

     Daron L. Tooch                            *Attorneys for Plaintiff and Counter-*
14   Eric D. Chan                              *Defendant Providers*
     Katherine M. Dru
15   HOOPER, LUNDY & BOOKMAN, P.C.
     1875 Century Park East, Suite 1600
16   Los Angeles, CA 90067
     Tel: (310) 551-8111
17   Fax: (310) 551-8181
     Email: dtooch@health-law.com
18   Email: echan@health-law.com
     Email: kdru@health-law.com

19

20

21

22

23

24

25

26

27

28

2