1  STEPHANIE YONEKURA
   Acting United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   CONSUELO WOODHEAD (Cal. Bar No. 69653)
4  EVAN J. DAVIS (Cal. Bar No. 250484)
   DAVID L. KIRMAN (Cal. Bar No. 235175)
5  Assistant United States Attorney
   Major Frauds Section
6        1100 United States Courthouse
         312 North Spring Street
7        Los Angeles, California 90012
         Telephone: (213) 894-3987/4850/4442
8        Facsimile: (213) 894-6269
         E-mail:   Consuelo.Woodhead@usdoj.gov
9                  Evan.Davis@usdoj.gov
                   David.Kirman@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12              UNITED STATES DISTRICT COURT

13         FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 ALMONT AMBULATORY SURGERY CENTER,          Case No. 2:14-cv-03053-MWF(VBKx)
   LLC, a California limited                  Hon. Michael W. Fitzgerald
15 liability company, et al.,
                                              [Related to Case No. 2:14-cv-02139]
16              Plaintiffs,
                                              **THIRD PARTY UNITED STATES OF**
17              v.                            **AMERICA'S UNOPPOSED EX PARTE**
                                              **REQUEST TO INTERVENE**
18 UNITEDHEALTH GROUP, INC.; UNITED
   HEALTHCARE SERVICES, INC., UNITED
19 HEALTHCARE INSURANCE COMPANY;
   OPTUMINSIGHT, INC., and DOES 1
20 through 20,

21 Defendants.

22 UNITED HEALTHCARE SERVICES, INC.,
   UNITED HEALTHCARE INSURANCE
23 COMPANY; OPTUMINSIGHT, INC.,

24              Counterclaim Plaintiffs,

25              v.

26 ALMONT AMBULATORY SURGERY CENTER,
   LLC, a California limited
27 liability company, et al.,

28              Counterclaim Defendants.

### MEMORANDUM OF POINTS AND AUTHORITIES

Individual Counterclaim Defendants Michael Omidi, M.D., and Julian Omidi and Plaintiffs and Counterclaim Defendants Almont Ambulatory Surgery Center, LLC, et al. (collectively "Counterclaim Defendants") have filed a motion to unseal search and seizure warrant affidavits in an ongoing criminal investigation. A hearing on their motion is scheduled for February 2, 2015, at 10 a.m. Although Counterclaim Plaintiffs are opposing this motion, the government should be permitted to intervene to protect its own interests in the ongoing criminal investigation by opposing any effort to allow viewing of the sealed affidavits. Counsel for Counterclaim Defendants (Charles Kreindler) and for Counterclaim Plaintiffs (R.J. Zayed) have each stated that they do not oppose this request.

Rule 24 of the Federal Rules of Civil Procedure provides the standards governing an application to intervene. It states that "upon timely application anyone shall be permitted to intervene in an action...when the applicant claims an interest relating to the property or transaction which is the subject of the action...." Fed. R. Civ. P. 24(a).

//

//

//

//

//

//

//

//

1        Since the government has a strong interest in the outcome of

2   Counterclaim Defendants' motion to unseal the affidavit at issue and

3   the other parties do not oppose this motion, the government

4   respectfully requests that the Court grant this request.

5

6   Dated: January 14, 2015            Respectfully submitted,

7                                      STEPHANIE YONEKURA
                                       Acting United States Attorney
8
                                       ROBERT E. DUGDALE
9                                      Assistant United States Attorney
                                       Chief, Criminal Division
10

11                                     _____
                                       CONSUELO WOODHEAD
12                                     EVAN J. DAVIS
                                       DAVID L. KIRMAN
13                                     Assistant United States Attorney

14                                     Attorneys for Third Party
                                       UNITED STATES OF AMERICA
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                           **CERTIFICATE OF SERVICE**

2       I, **Susana Ybarra-Lopez**, declare:

3       That I am a citizen of the United States and a resident of or
employed in Los Angeles County, California; that my business address
4 is the Office of United States Attorney, 312 North Spring Street,
Los Angeles, California 90012; that I am over the age of 18; and
5 that I am not a party to the above-titled action;

6       That I am employed by the United States Attorney for the
Central District of California, who is a member of the Bar of the
7 United States District Court for the Central District of California,
at whose direction I served a copy:
8

9 **THIRD PARTY UNITED STATES OF AMERICA'S UNOPPOSED EX PARTE
REQUEST TO INTERVENE**

10

11 ☐ Placed in a closed envelope
    for collection and inter-    ☒ Placed in a sealed envelope
12     office delivery, addressed as    for collection and mailing via
    follows:                    United States mail, addressed
13                               as follows:

14

15                                 **See attachment below**

16 ☐ By hand delivery, addressed as  ☐ By facsimile, as follows:
    follows:

17

18 ☐ Electronic Mail as follows:    ☐ By Federal Express, as
                               follows:
19 at the last known address, at which place there is a delivery
service by United States mail.
20

21       This Certificate is executed on January 15, 2015, at Los
Angeles, California.

22       I certify under penalty of perjury that the foregoing is true
and correct.

23

24                             _____
                            Susana Ybarra-Lopez
25                             Legal Assistant

26

27

28

1                                **ATTACHMENT**

2     CV 14-03053-MWF-(VBKx)

3

4     <u>VIA UNITED STATES MAIL</u>

5
| | |
|---|---|
| Timothy E. Branson<br>Michelle S. Grant<br>Stephen P. Lucke<br>Kirsten Schubert<br>Rabea Jamal Zayed<br>Dorsey & Whitney LLP<br>50 South Sixth St.<br>Suite 1500<br>Minneapolis, MN 55402 | Eric D. Chan<br>Daron L. Tooch<br>Katherine M. Dru<br>Hooper Lundy & Bookman PC<br>1875 Century Park East<br>Suite 1600<br>Los Angeles, CA 90067-2517 |
| Bryan D. Daly<br>Sheppard Mullin Richtera & Hampton LLP<br>333 South Hope St.<br>41st Floor<br>Los Angeles, CA 90071-1780 | Charles L. Kreindler<br>Sheppard Mullin Richtera & Hampton LLP<br>333 South Hope St.<br>48th Floor<br>Los Angeles, CA 90071-1780 |
| Larry A. Walraven<br>Bryan S. Westerfeld<br>Nicole E. Wurscher<br>Walraven & Westerfeld LLP<br>101 Enterprise<br>Suite 350<br>Aliso Viejo, CA 92656 | |