Excerpt of Information from Providers' Spreadsheet Filed on Feb. 6, 2015 for first five individuals with a last name beginning with the letter A

| Patient No. | Patient Name | Billed Date | Employer | Description | Provider | Amount | Payment | Balance |
|---|---|---|---|---|---|---|---|---|
| 195021 | | | INSPERITY HOLDINGS, INC. | INSPERITY GROUP HEALTH PLAN | | | | |
| 195021 | | | | anesth upper gastro endos procedure | Beverly Hills Anesthesia, LLC | | | |
| 195021 | | | | 43239 | Beverly Hills Surgery Center, LLC | | | |
| 195021 | | | | Consult Detailed | Skin Cancer & Recon SX Specialists of West Hills | | | |
| 195021 | | | | ultrasound | Ultrasound Specialists, LLC | | | |
| 197663 | | | MIKE MCMAHAN DESK, INC. | | | | | |
| 197663 | | | | LAP CHOLECYSTECTOMY | Skin Cancer & Recon SX Specialists of West Hills | | | |
| 197663 | | | | pelvic ultrasound female/male | | | | |
| 197663 | | | | ultrasound | | | | |
| 167881 | | | NEW YORK STATE HEALTH INSURANCE PROGRAM | | | | | |
| 167881 | | | | procedures | | | | |
| 167881 | | | | Consult | | | | |
| 167881 | | | | egd/bx | | | | |
| 161533 | | | CALIFORNIA NEW CAR DEALERS ASSOCIATION | | | | | |
| 161533 | | | | Level 4 Surgical Path | Beverly Hills Surgery Center, LLC | | | |
| 161533 | | | | Follow Up/ Focused | Skin Cancer & Recon SX Specialists of Beverly Hills | | | |
| 161533 | | | | New Comprehensive | Endoscopy Specialists, LLC | | | |
| 161533 | | | | Consult | Skin Cancer & Recon SX Specialists of Beverly Hills | | | |
| 161533 | | | | COLLJ VEN BLD VNPNXR | Beverly Hills Surgery Center, LLC | | | |
| 161533 | | | | HIV1-HIV-2 | Beverly Hills Surgery Center, LLC | | | |
| 161533 | | | | 43239 | Beverly Hills Surgery Center, LLC | | | |
| 161533 | | | | anesth upper gastro endos procedure | Anesthesia Specialist, LLC | | | |
| 110777 | | | ANAWALT LUMBER COMPANY, INC. | | | | | |
| 110777 | | | | operating rm exc | Beverly Hills Surgery Center, LLC | | | |
| 110777 | | | | anesth fascia,muscles,tendons,lower leg.not otherwise specifed | Beverly Hills Surgery Center, LLC | | | |
| 110777 | | | | egd/bx | Skin Cancer & Recon SX Specialists of West Hills, LLC | | | |
| 110777 | | | | sterile supplies egd | Beverly Hills Surgery Center, LLC | | | |
| 110777 | | | | anesth upper gastro endos procedure | Beverly Hills Surgery Center, LLC | | | |
| 110777 | | | | COLLJ VEN BLD VNPNXR | Beverly Hills Surgery Center, LLC | | | |
| 110777 | | | | Level 4 Surgical Path | Beverly Hills Surgery Center, LLC | | | |
| 110777 | | | | Consult | Skin Cancer & Recon SX Specialists of West Hills, LLC | | | |

Excerpt of Information from Providers' Spreadsheet Served on Feb. 6, 2015 for first five individuals with a last name beginning with the letter A

| 110777 | ▇ | ▇ | | ultrasound | Beverly Hills Surgery Center, LLC | ▇ | ▇ | ▇ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 110777 | ▇ | ▇ | | HIV1-HIV-2 | Beverly Hills Surgery Center, LLC | ▇ | ▇ | ▇ |
| 110777 | ▇ | ▇ | | initial eval | Skin Cancer & Recon SX Specialists of West Hills, LLC | ▇ | ▇ | ▇ |