| | |
|---|---|
| 1 | **BRYAN WESTERFELD (S.B. # 218253)** |
| | bwesterfeld@calemployerlaw.com |
| 2 | **NICOLE E. WURSHER (S.B # 245879)** |
| | nwurscher@calemployerlaw.com |
| 3 | **WALRAVEN & WESTERFELD LLP** |
| | 101 Enterprise, Suite 350 |
| 4 | Aliso Viejo, CA 92656 |
| | Telephone: (949) 215-1997 |
| 5 | Facsimile: (949) 215-1999 |
| 6 | **R.J. ZAYED (MN ID #0309849)** |
| | zayed.rj@dorsey.com |
| 7 | **STEPHEN P. LUCKE (MN ID #151210)** |
| | lucke.steve@dorsey.com |
| 8 | **TIMOTHY BRANSON (MN ID #174713)** |
| | branson.tim@dorsey.com |
| 9 | *Admitted pro hac vice* |
| | **DORSEY & WHITNEY LLP** |
| 10 | Suite 1500, 50 South Sixth Street |
| | Minneapolis, MN 55402-1498 |
| 11 | Telephone: (612) 340-2600 |
| | Facsimile: (612) 340-2868 |
| 12 | |
| 13 | Attorneys for Defendant UnitedHealth Group Incorporated; and Defendants/Counterclaim Plaintiffs |
| 14 | United Healthcare Services, Inc., UnitedHealthcare Insurance Company; OptumInsight, Inc. |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC; *et al.* | Case No 2:14-cv-03053-MWF(VBKx) |
| Plaintiffs, | **DECLARATION OF ANDREW HOLLY IN SUPPORT OF COUNTERCLAIM PLAINTIFFS' OPPOSITION TO PROVIDERS' MOTION TO DISMISS THE SECOND AMENDED COUNTERCLAIM** |
| v. | |
| UNITEDHEALTH GROUP, INCORPORATED; *et al.*, | |
| Defendants. | |
| UNITED HEALTHCARE SERVICES, INC.; *et al.*, | |
| Counterclaim Plaintiffs, | **DATE: Sept. 9, 2015** |
| v. | **TIME: 3:00 pm** |
| | **DEPT.: Courtroom 16** |
| ALMONT AMBULATORY SURGERY CENTER, LLC; *et al.* | (Superior Court of the State of California, County of Los Angeles, Central District Case Number: BC540056) |
| Counterclaim Defendants. | |
| | Complaint filed: March 21, 2014 |

I, Andrew Holly, declare as follows:

1. I am a Partner at the law firm of Dorsey & Whitney LLP, attorneys for the United entities ("United") in the above-captioned action. I make this declaration in support of United's Opposition to the Providers' Motion to Dismiss the Second Amended Counterclaim ("Motion"). This declaration is based on books and records which Dorsey keeps in the ordinary course of its business.

2. My clients have provided the Counterclaim Defendants with plan documents for numerous ERISA benefit plans at issue in this case.

3. The Counterclaim Defendants attached some of these documents, either in whole or in part, to the declaration of Bridget A. Gordon (the "Gordon Declaration") filed in support of their Motion.

4. For some of these documents, the Counterclaim Defendants only included excerpts of the relevant documents or did not highlight the relevant provisions of these documents. Accordingly, attached hereto are true and correct copies of either excerpts of the documents the Counterclaim Defendants attached to the Gordon Declaration (with additional highlighting) or additional pages of the documents the Counterclaim Defendants attached, in part, to the Gordon Declaration.

5. For the convenience of the Court and parties, relevant provisions have been highlighted by attorneys for United, though where United has used the same excerpts as Providers, highlighting may also remain from the Providers' attorneys.

6. Attached hereto as **Exhibit 1** are excerpts from a true and correct copy of Exhibit B to the Providers' Motion.

7. Attached hereto as **Exhibit 2** are true and correct copies of additional pages from the document which was attached, in part, as Exhibit A to the Providers' Motion.

8. Attached hereto as **Exhibit 3** are true and correct copies of additional pages from the document which was attached, in part, as Exhibit C to the Providers'

Motion.

9. Attached hereto as **Exhibit 4** are excerpts from a true and correct copy of Exhibit D to the Providers' Motion.

10. Attached hereto as **Exhibit 5** are true and correct copies of additional pages from the document which was attached, in part, as Exhibit F to the Providers' Motion.

11. Attached hereto as **Exhibit 6** are excerpts from a true and correct copy of Exhibit G to the Providers' Motion.

12. Attached hereto as **Exhibit 7** are excerpts from a true and correct copy of Exhibit I to the Providers' Motion.

13. Attached hereto as **Exhibit 8** are excerpts from a true and correct copy of Exhibit K to the Providers' Motion.

14. Attached hereto as **Exhibit 9** are excerpts from a true and correct copy of Exhibit M to the Providers' Motion.

15. Attached hereto as **Exhibit 10** are true and correct copies of additional pages from the document which was attached, in part, as Exhibit N to the Providers' Motion.

16. Attached hereto as **Exhibit 11** are true and correct copies of additional pages from the document which was attached, in part, as Exhibit O to the Providers' Motion.

17. Attached hereto as **Exhibit 12** are true and correct copies of additional pages from the document which was attached, in part, as Exhibit P to the Providers' Motion.

18. Attached hereto as **Exhibit 13** are true and correct copies of additional pages from the document which was attached, in part, as Exhibit R to the Providers' Motion.

19. Attached hereto as **Exhibit 14** are true and correct copies of additional pages from the document which was attached, in part, as Exhibit T to the Providers'

Motion.

20. Attached hereto as **Exhibit 15** are excerpts from a true and correct copy of Exhibit W to the Providers' Motion.

21. Attached hereto as **Exhibit 16** are true and correct copies of additional pages from the document which was attached, in part, as Exhibit X to the Providers' Motion.

22. Attached hereto as **Exhibit 17** are true and correct copies of additional pages from the document which was attached, in part, as Exhibit Y to the Providers' Motion.

23. Attached hereto as **Exhibit 18** are true and correct copies of additional pages from the document which was attached, in part, as Exhibit Z to the Providers' Motion.

24. Attached hereto as **Exhibit 19** are excerpts from a true and correct copy of Exhibit BB to the Providers' Motion.

25. Attached hereto as **Exhibit 20** are true and correct copies of additional pages from the document which was attached, in part, as Exhibit DD to the Providers' Motion.

26. Attached hereto as **Exhibit 21** are true and correct copies of additional pages from the document which was attached, in part, as Exhibit EE to the Providers' Motion.

27. Attached hereto as **Exhibit 22** are true and correct copies of additional pages from the document which was attached, in part, as Exhibit GG to the Providers' Motion.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: July 29, 2015

Andrew Holly