# EXHIBIT 4

**EXHIBIT G**



THE ST. PAUL TRAVELERS
TRUSTEED EMPLOYEE BENEFIT PLAN

(As Restated Effective December 31, 2004)

**HOLLY EXHIBIT 4**    PAGE 31    JRDEF00039562

EXHIBIT D - 90

## TABLE OF CONTENTS

| | PAGE |
|---|---|
| **ARTICLE I INTRODUCTION** | 1 |
| 1.1 PLAN; PURPOSE | 1 |
| 1.2 COMPONENT BENEFIT PROGRAMS | 1 |
| 1.3 EFFECTIVE DATE | 1 |
| **ARTICLE II DEFINITIONS AND CONSTRUCTION** | 1 |
| 2.1 DEFINITIONS | 1 |
| 2.2 CHOICE OF LAW | 5 |
| **ARTICLE III PARTICIPATION** | 5 |
| 3.1 PARTICIPATION | 5 |
| 3.2 ENROLLMENT PROCEDURES | 5 |
| 3.3 MEDICAID ELIGIBILITY | 6 |
| 3.4 CESSATION OF PARTICIPATION | 6 |
| **ARTICLE IV BENEFITS** | 6 |
| 4.1 BENEFITS | 6 |
| 4.2 SOURCE OF BENEFITS | 6 |
| 4.3 CONTINUATION COVERAGE | 6 |
| 4.4 BENEFICIARY DESIGNATION | 7 |
| **ARTICLE V CONTRIBUTIONS** | 8 |
| 5.1 EMPLOYEE CONTRIBUTIONS | 8 |
| 5.2 EMPLOYER CONTRIBUTIONS | 8 |
| 5.3 CONTINUATION COVERAGE | 8 |
| 5.4 FUNDING | 9 |
| **ARTICLE VI ADMINISTRATION OF THE PLAN** | 9 |
| 6.1 ADMINISTRATION BY COMPANY | 9 |
| 6.2 VERIFICATION OF EXPENSES | 10 |
| 6.3 EVIDENCE | 10 |
| 6.4 CORRECTION OF ERRORS AND DUTY TO REVIEW INFORMATION | 10 |
| 6.5 CLAIMS AND LIMITATIONS ON ACTIONS | 10 |
| 6.6 WAIVER OF NOTICE | 11 |
| 6.7 INDEMNIFICATION | 11 |
| 6.8 EXERCISE OF AUTHORITY | 11 |
| 6.9 TELEPHONE OR ELECTRONIC NOTICES AND TRANSACTIONS | 11 |
| 6.10 DELIVERY OF NOTICES | 11 |
| 6.11 COORDINATION OF BENEFITS | 11 |
| 6.12 SUBROGATION | 12 |
| 6.13 PROVISION OF PROTECTED HEALTH INFORMATION TO PARTICIPATING EMPLOYERS | 13 |
| **ARTICLE VII AMENDMENT OR TERMINATION** | 14 |
| 7.1 AMENDMENT | 14 |
| 7.2 TERMINATION | 15 |
| **ARTICLE VIII MISCELLANEOUS PROVISIONS** | 15 |
| 8.1 EXAMINATIONS | 15 |
| 8.2 NON-ALIENATION OF BENEFITS | 15 |
| 8.3 NOT A CONTRACT OF EMPLOYMENT | 16 |
| 8.4 PLAN BENEFITS ARE UNSECURED | 16 |
| 8.5 LIABILITY FOR COMPONENT BENEFIT PROGRAMS | 16 |
| 8.6 TAX CONSEQUENCES | 16 |
| 8.7 EFFECT ON OTHER BENEFIT PROGRAMS | 16 |
| 8.8 SEVERABILITY OF PROVISIONS | 16 |
| 8.9 TERMS OF GENDER AND NUMBER | 17 |

    8.10    TEXT TO CONTROL .................................................................................................................. 17

**APPENDIX A  COMPONENT BENEFIT PROGRAMS** ............................................................................. **18**

**APPENDIX B  LEGACY TRAVELERS RETIREES** ..................................................................................... **20**

**HOLLY EXHIBIT 4**        **PAGE 33**        JRDEF00039564

EXHIBIT D - 92

# APPENDIX A

## COMPONENT BENEFIT PROGRAMS

Participants will be eligible for the benefits provided under the following Component Benefit Programs to the extent each Component Benefit Program is applicable by its terms to the particular Participant:

| Component Benefit Program | Policy/Document* |
|---|---|
| **Medical Plan** <br> Consisting of: | |
|    BCBS Plan | Summary Plan Descriptions issued by both Blue Cross Blue Shield and the Company |
|    UHC Choice Plus Plan | Summary Plan Description issued by both UHC and the Company |
|    High Deductible Plan | Summary Plan Description issued by both UHC and the Company |
|    Out-of-Area Plan | Summary Plan Description issued by both UHC and the Company |
|    Medicare Supplement Plan (applicable to eligible USF&G retirees) | Summary Plan Description |
|    Comprehensive Plan – Medicare Eligible | Summary Plan Description issued by UHC |
|    Medical Plan 200 | Summary Plan Description issued by UHC |
|    Medical Plan 400 | Summary Plan Description issued by UHC |
| **Group Dental Care Plan** <br> Consisting of: | |
|    Traditional Dental Plan | Summary Plan Description |
|    Dental HMOs | Aetna Policy No. GP-701420-MN, Aetna Summary of Coverage, Aetna Certificate of Coverage, Summary Plan Description <br> Cigna Policy No. 3196400, Summary Plan Description |
| **Life Insurance Plan** <br> Consisting of: | |
|    Basic Life Plan | MetLife Policy No. 116140-1-G, MetLife Certificate, Summary Plan Description |
|    Optional Life Plan | MetLife Policy No. 116140-1-G, MetLife Certificate, Summary Plan Description |
|    Basic and Optional AD&D Plans | MetLife Policy No. 116140-1-G, MetLife Certificate, Summary Plan Description |
|    Dependent Life Plan | MetLife Policy No. 116140-1-G, MetLife Certificate, Summary Plan Description |
| **Long-Term Disability Plan** <br> Applicable to eligible USF&G employees who were disabled under the terms of the coverage on December 31, 1998 | Summary Plan Description |

HOLLY EXHIBIT 4       PAGE 34       JRDEF00039582

EXHIBIT D - 110

*Note: The Policy/Document listed is current as of January 1, 2005, but will include any documents which supersede or supplement the applicable Component Benefit Program

- 19 -