# EXHIBIT 5

# Whole Foods Market Group Benefit Plan

# Summary Plan Description

Updated effective January 2012

**HOLLY EXHIBIT 5**     **PAGE 36**     JRDEF00046113

# Table of Contents

Table of Contents ............................................................. i
Introduction ...................................................................... 1
How to Use this Document ................................................ 1
Section 1: General Information ...................................... 3
Eligibility and Participation ................................................ 3
Termination of Coverage .................................................... 4
Leaves of Absence .............................................................. 4
Your Contribution to the Benefit Costs ............................... 9
Payment of Benefits .......................................................... 11
Customer Service and Claims Submittal .......................... 13
Claims Procedures ............................................................ 15
Claim for Group Health Plan Benefits ............................. 24
Claim for Disability Benefits ............................................ 26
All Other Claims Filed ..................................................... 28
Final Determination .......................................................... 28
Voluntary Secondary Appeal ............................................ 28
Limitations on Action ....................................................... 28

*To continue reading, go to right column on this page.*

Expedited Review of Denials of Premium Assistance ..... 29
Glossary of Defined Terms ............................................... 29

Section 2: Health Plan Benefits ................................... 35
General .............................................................................. 35
Eligibility to Participate .................................................... 35
How to Enroll .................................................................... 36
Medicare Eligibility .......................................................... 37
Termination of Coverage .................................................. 37
Coverage Options ............................................................. 38
How the Health Plan Works ............................................. 39
Choice Plus Plan Benefits ................................................. 40
PPO Plan Benefits ............................................................. 40
Personal Care Support$^{SM}$ ................................................... 41
Eligible Expenses .............................................................. 43
Covered Services .............................................................. 43
Services Not Covered ....................................................... 56
Health Information, Tools and Support ............................ 62
Additional Resources to Help You Stay Healthy ............. 63
UnitedHealth Premium$^{SM}$ Program .................................... 65
Health Statements ............................................................. 66
Wellness Programs ........................................................... 66
UnitedHealth Allies Discount Program ............................ 66
Outpatient Prescription Drug Coverage ........................... 67
Glossary of Defined Terms ............................................... 71
General Payment Information .......................................... 80
General Benefits Information ........................................... 84
Benefit Information for Outpatient Prescription Drug Coverage .. 102

*To continue reading, go to left column on next page.*

(TABLE OF CONTENTS)

Distributions from Accounts ................................................. 117
Account Ownership ............................................................. 119
Termination of Participation ................................................ 119
Glossary of Defined Terms .................................................. 119

**Section 3: Dental Plan Benefits ............................ 121**
General ................................................................................ 121

**Tab 3.A.: Summary of Dental Benefits ............. 122**

**Section 4: Vision Plan Benefits ............................ 123**
General ................................................................................ 123

**Tab 4.A.: Summary of Vision Benefits .............. 124**

**Section 5: Short-Term Disability Plan Benefits ................................................................. 125**
General ................................................................................ 125
Eligibility ............................................................................. 125
Contributions for Benefits ................................................... 126
Termination of Coverage and Reenrollment Benefits ......................................................................... 126
Administration of STD Plan ............................................... 127
Limitations and Exclusions ................................................. 129
Termination of Benefits ...................................................... 129
Vacation, Sick Days and Holidays ...................................... 129
Glossary of Defined Terms ................................................. 130
                                                                                       131

(TABLE OF CONTENTS)

**Tab 2.A.: Summary of Medical Benefits for Team Members Working in Hawaii ......... 106**

**Tab 2.B.: Summary of Medical Benefits for Team Members Working Abroad ............. 107**

**Tab 2.C.: Summary of Medical Benefits for Team Members on Business Travel ........... 108**

**Tab 2.D.: Whole Foods Market Total Health Immersion Program ...................... 109**
General ................................................................................ 109
Eligibility ............................................................................. 109
Health Information .............................................................. 109
Cost of Health Seminar ....................................................... 110
Absence from Work ............................................................ 110
Continued Participation ....................................................... 110
Ineligibility to Participate .................................................... 110
Termination of Participation ............................................... 111

**Tab 2.E.: Health Savings Account Program .. 112**
General ................................................................................ 112
Eligibility ............................................................................. 112
*Permissible Insurance and Permissible Coverage* .................. 113
Enrollment ........................................................................... 113
Contributions to Account .................................................... 114
Qualifying Health Care Expenses ....................................... 115

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

ii

**Section 6: Long-Term Disability Plan Benefits ................................................ 134**
General .................................................................. 134

**Tab 6.A.: Summary of Long-Term Disability Benefits ................................ 135**

**Section 7: Life, Accidental Death & Dismemberment Benefits ..................... 136**
General .................................................................. 136

**Tab 7.A.: Summary of Life and AD&D Benefits ............................................ 137**

**Section 8: Your Health Care Reimbursement Account ................................ 138**
General .................................................................. 138
Eligibility ................................................................. 138
Enrollment ............................................................. 138
Contributions to Account ..................................... 139
Qualifying Health Care Expenses ....................... 139
Claims for Benefits ............................................... 142
Termination of Participation ................................ 142
Glossary of Defined Terms .................................. 143
"*Service Hour Eligibility Requirement*" means the completion of four hundred (400) service hours with one or more Whole Foods Market companies, as reflected on your paycheck stub, excluding paid time off and overtime. ................................. 144

**Section 9: Your Dependent Care Reimbursement Account ........................ 145**
General .................................................................. 145
Eligibility ................................................................. 145
Enrollment ............................................................. 145
Contributions ......................................................... 145
Dependent Care Expenses ................................. 146
Claims for Benefits ............................................... 148
Termination of Participation ................................ 149
Glossary of Defined Terms .................................. 150

**Section 10: Personal Wellness Account Plan 151**
General .................................................................. 151
Eligibility ................................................................. 151
Employer Contributions ....................................... 153
Eligible Medical Expenses .................................. 154
Carryover Balance ................................................ 154
Coordination with HCRA Plan ............................. 155
Claims for Benefits ............................................... 155
Termination of Participation ................................ 156
Glossary of Defined Terms .................................. 157

**Section 11: Your Severance Pay Plan Benefits ............................................ 158**
General .................................................................. 158

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

Eligibility to Participate .................................. 158
Eligibility for Benefits .................................. 158
Severance Pay Benefits .................................. 158
Coordination with Other Severance Benefits ........ 159
Receipt of Benefits ...................................... 160
Glossary of Defined Terms ............................. 160

**Section 12: Coordination of Benefits ............. 162**
General ..................................................... 162
Rules for Coordinating Benefits ....................... 162
Benefits under Medicare ................................ 163
Effect on Entitlement to Benefits ..................... 165
Facilitation of COB Provision ......................... 165
Glossary of Defined Terms ............................. 165

**Section 13: Rights of Recovery ..................... 167**
General ..................................................... 167
Refund of Wrongful Payments ......................... 167
Conditional Benefit Payments ......................... 167

**Section 14: Federal Law Mandates for Group Health Plans ............................................ 170**
COBRA Continuation Coverage ....................... 170
Special Enrollment Rights .............................. 170
Certificates of Creditable Coverage .................. 171
HIPAA Privacy and Security Standards ............. 171
FMLA Continuation of Benefits ....................... 172

Compliance with USERRA ............................. 172
Women's Health and Cancer Rights Act of 1998 .. 174
Newborns' and Mothers' Health Protection Act ... 175
Treatment of Adopted Children ....................... 175
Pediatrics Vaccines ...................................... 175
Eligibility for Medicaid Assistance .................. 175
Coverage Under Medicare Part D ..................... 176
Qualified Medical Child Support Orders ............ 176
Patient Protection Notices .............................. 176

**TAB 15.A.: General COBRA Notice ............. 178**
General Notice of Rights under COBRA ............ 178

**TAB 15.B.: COBRA Notice Procedures ........ 185**
COBRA Notice Procedures ............................. 185

**TAB 15.C.: HIPAA Privacy Notice ............... 188**

**Section 16: General Legal Provisions ........... 189**
Administration of Welfare Plan ....................... 189
Amendments to the Plan ................................ 189
Relationship with Providers ............................ 189
Right to Employment .................................... 190
Waiver ...................................................... 190
Clerical Error ............................................. 191
Oral Statements .......................................... 191
Information and Records ............................... 191

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

(TABLE OF CONTENTS)

iv

Workers' Compensation Not Affected ................................ 191

Section 17: Plan Information ........................ 193

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

(TABLE OF CONTENTS)

v

# Introduction

We are pleased to provide you with this Summary Plan Description ("SPD"). This SPD is intended to describe those welfare benefits offered under the Whole Foods Market Group Benefit Plan, as amended and restated effective January 1, 2005 (the "Welfare Plan"), as well as your rights and responsibilities with respect to those benefits. This SPD describes benefits offered to eligible Team Members under the following component programs (referred to herein as "Benefit Programs"):

- The Whole Foods Market Health Plan;
- The Whole Foods Market Dental Plan;
- The Whole Foods Market Vision Plan;
- The Whole Foods Market Short-Term Disability Plan;
- The Whole Foods Markey Long-Term Disability Plan;
- The Whole Foods Market Life, Accidental, Death & Dismemberment Plan;
- The Whole Foods Market Health Care Reimbursement Account Plan;
- The Whole Foods Market Dependent Care Reimbursement Account Plan;

*To continue reading, go to right column on this page.*

- The Whole Foods Market Personal Wellness Account Plan; and
- The Whole Foods Market Severance Pay Plan.

In addition to the foregoing Benefit Programs, the Company sponsors the Whole Foods Market Cafeteria Plan to allow eligible Team Members the opportunity to pay for coverage under the other Benefit Programs and make pre-tax contributions to a Health Savings Account. *A detailed explanation of the Cafeteria Plan is provided in Section 1, entitled General Information and a detailed explanation of the Health Savings Account is provided in Section 2.E., entitled Health Savings Account Program.*

## How to Use this Document

This SPD of the Welfare Plan has been prepared to give you an idea of the provisions of the Welfare Plan and the Benefit Programs and about how you may benefit from participation in the plan and programs. **You should read all parts of the description carefully so that you will not only understand the ways in which you may benefit, but also certain exclusions and restrictions that may apply to you.** If you wish additional information concerning the Benefits provided under the Welfare Plan or any of the Benefit Programs, this description tells you how to obtain that information.

Each Benefit Program is described in a separate section of this SPD, except that the Cafeteria Plan is described in Section 1, entitled *General Information*. Descriptions of the Benefits available under insured Benefit Programs are provided by incorporating a summary of the insurance contract prepared by the insurance carrier into the applicable section. The terms of that summary will control except as otherwise provided. For these purposes, an "insured" Benefit Program refers to one under which the Benefits are payable pursuant to an insurance contract purchased by the Company.

*To continue reading, go to left column on next page.*

Capitalized terms used in this SPD will have the meaning given to them in this SPD. For your convenience, terms generally used throughout this SPD are defined in the Glossary of Defined Terms included in *Section 1, entitled General Information*. Nonetheless, certain capitalized terms used in one Section of this SPD may be defined differently when used in another Section. For your convenience, terms applicable to a particular Section of this SPD will be defined in a separate Glossary of Defined Terms included in that Section.

The words "we", "us" and "our", as used in this SPD refer to the Welfare Plan or the applicable Benefit Program. The words "you" and "your" refer to Participants in the Welfare Plan and applicable Benefit Programs.

## *Limitations of this Description*

This SPD summarizes the main provisions of the Welfare Plan and the Benefit Programs. ==It does not constitute the complete plan document for any of the Welfare Plan or the Benefit Programs==. The Welfare Plan and the Benefit Programs are represented by separate plan documents, which are lengthy, complex legal documents, and, in some cases, separate insurance contracts, each of which are available at the Plan Administrator's office for your inspection. In case of any conflict between the provisions of the actual plans and this SPD, the provisions of the actual plans will control.

**\*IMPORTANT NOTICE FOR NON-ENGLISH SPEAKING EMPLOYEES**
ASISTENCIA EN IDIOMA ESPANOL

Este documento contiene un resumen en ingles de los derechos and beneficios que la corresponden bajo el plan de seguro de accidente grupal creado y mantenido por su empresa. Si tiene alguna pregunta acerca de la informacion contenida en el documento, communiquese con el Administrador para obtener ayuda.

*To continue reading, go to right column on this page.*

La direccion del Administrador es:
    Whole Foods Market, Inc.
    Global Vice President of Team Member Services
    550 Bowie Street
    Austin, TX 78738
    (512) 477-4455


AUXÍLIO ESTRANGEIRO DE LINGUAGEM

Este livreto contem um resumo em inglês de seus direitos ao Plano e benefícios. Se tem dificuldade de entendimento em qualquer parte deste livreto, contatar o especialista da folha de pagamento e Beneficio para auxílio.

ASSISTANCE DE LANGUE ÉTRANGÈRE

Ce livret contient un résumé en anglais des droits et des prestations de votre Plan. Si vous avez des difficultés pour comprendre une partie de ce livret, contactez le responsable local des salaires et des prestations pour assistance.

*To continue reading, go to left column on next page.*

# Section 13:
# Rights of Recovery

## General

The Welfare Plan has a right to recover amounts wrongfully paid to you. In addition, the Welfare Plan has a right to reimbursement and subrogation in the event it pays Benefits to you for an illness or injury for which a third person is liable or legally responsible. This Section 13 describes the Welfare Plan's rights of recovery.

## Refund of Wrongful Payments

In the event a Benefit Program pays you (or another person on your behalf) amounts in excess of the amount to which you were entitled under the terms of the applicable Benefit Program, the Plan Administrator (or its authorized delegate) may recover such amounts directly from you.

For example, the Plan Administrator has the right to recover amounts paid to or on behalf of you or your Dependents that were:

- made in error;
- due to a mistake in fact;
- advanced during the time period of meeting the calendar year Deductible; or
- advanced during the time period of meeting the Out-of-Pocket Maximum for the calendar year.

*To continue reading, go to right column on this page.*

- paid because you or your Dependent misrepresented facts.

If the Welfare Plan makes a payment to or on behalf of you or your Dependent that exceeds the amount that should have been paid, the Plan Administrator will:

- require that the overpayment be returned to the Welfare Plan, or
- reduce a future Benefit payment for you or your Dependent by the amount of the overpayment.
- If the Welfare Plan provides an advancement of Benefits to you or your Dependent during the time period for meeting the calendar year Deductible and/or meeting the Out-of-Pocket Maximum for the calendar year, the Plan Administrator may send you or your Dependent a monthly statement identifying the amount you owe with payment instructions or may conduct a courtesy call to you or a covered Dependent to discuss any outstanding balance owed to the Welfare Plan.

To the extent you fail to refund overpayments to the Welfare Plan, you may be referred for collection, your Benefits under the applicable Benefit Program may be reduced, and you may be subject to disciplinary action, including termination of employment, by your Employer.

## Conditional Benefit Payments

If you or any other person or entity (including but not limited to the estate of a deceased Participant) has or may recover Benefits under a Benefit Program, the payment of any such claim for which a third party is, or may be, held responsible is subject to the following conditions:

- **First Priority Lien.** The Welfare Plan has a first priority lien against, and is entitled to recovery of, the first dollars paid or

*To continue reading, go to left column on next page.*

payable to you or on your behalf. This is true even if your recovery from the third party is characterized as general damages, or does not otherwise identify the Benefits paid by the applicable Benefit Program and even if the balance of your recovery from the third party does not fully compensate you (or make you "whole") for your illness or injury.

- Escrow Account. Funds paid or payable to you or on your behalf for future medical claims relating to the same illness or injury for which a third party is, or may be held responsible must be set aside, in an escrow account, for your benefit. You may not seek payment or reimbursement from the Welfare Plan for your future expenses incurred and related to such claim for Benefits.

- Legal Fees and Expenses. The Welfare Plan will not pay, offset any recovery, or in any way be responsible for any fees or costs associated with pursuing a claim against a third party.

- Preservation of Rights. The Plan Administrator may, in its sole and absolute discretion, take such action as may be necessary and appropriate to preserve the Welfare Plan's rights (including but not limited to the right to bring suit for imposition of a constructive trust or an injunctive order, file suit directly against the third party, or intervene in an action against a third party).

- Cooperation with Plan Administrator. You (or your authorized representative) will cooperate in assisting the Plan Administrator to protect the Welfare Plan's rights to reimbursement and subrogation (including but not limited to holding recovered amounts in trust), and will not act (or fail to act) at any time or in any manner that prejudices the Welfare Plan's rights (including but not limited to settling a

*To continue reading, go to right column on this page.*

claim with a third party without advance notice to the Plan Administrator).

### Reimbursement from Third Party Recoveries

The Plan has a first priority right to receive payment on any claim against a third party before you receive payment from that third party. Further, our first priority right to payment is superior to any and all claims, debts or liens asserted by any medical providers, including but not limited to hospitals or emergency treatment facilities, that assert a right to payment from funds you recover from a third party.

If you have, may have or assert any claim or right to recovery against a third party or parties, then you or your authorized representative must reimburse the Welfare Plan for the total value of the claim for benefits paid by a Benefit Program, plus the Welfare Plan's reasonable costs of collection, if any. Notwithstanding the foregoing, the amount reimbursed will not exceed the total amount payable to you or on your behalf from (i) any policy or contract from any insurance company or carrier (including, without limitation, your own insurer) and/or (ii) any third party, plan or fund as a result of a judgment settlement, or otherwise.

### Subrogation of Rights Against Third Parties

The Welfare Plan will be subrogated to all claims, demands, actions and rights of recovery against any entity including, but not limited to, third parties and insurance companies and carriers (including your own insurer).

### Binding Agreements

The Plan Administrator or is authorized delegate may require you or your authorized representative to enter a binding, written agreement acknowledging the Welfare Plan's rights of reimbursement and subrogation as described above. Any claim related to the reimbursement or subrogation right of the Welfare Plan will

*To continue reading, go to left column on next page.*

thereafter be pended and will not be processed or paid until you or your authorized representative returns an executed agreement, in the form prepared or approved by the Plan Administrator. Notwithstanding the foregoing, the fact that the Plan Administrator or its authorized delegate does not request for you or your authorized representative to sign such an agreement will not be deemed as a waiver of the Plan Administrator's right to request a written agreement at a later date or to pursue the Welfare Plan's rights to recovery.

*Failure to Comply*

If you (or your authorized representative) fail to comply with the conditions of your Benefits, as described above, including a failure to execute a written agreement acknowledging the Welfare Plan's rights to reimbursement and subrogation, your coverage (and the coverage of your Dependents and Beneficiaries) under the applicable Benefit Program(s) will immediately be terminated.

*To continue reading, go to right column on this page.*   *To continue reading, go to left column on next page.*