# EXHIBIT 10

**OLD DOMINION FREIGHT LINE, INC.**

**EMPLOYEE BENEFIT PLAN**

**JANUARY 1, 2008**

**Find it Fast!**    Pg #
- Your Privacy Rights ...................................................1
- The Family Medical Leave Act of 1993 .......................5
- Schedule of Benefits ..................................................15
- Eligibility ...................................................................33
- Covered Medical Expenses .......................................47
- Medical Expenses Not Covered/Exclusions .................56
- Schedule of Dental Benefits .......................................67
- Pharmacy RX ............................................................86
- Optional Continuation of coverage ...........................135
- Flexible Spending ....................................................165
- Index .......................................................................195

## TABLE OF CONTENTS

**YOUR PRIVACY RIGHTS** .................................................................. 1

**FMLA RIGHTS NOTIFICATION** ....................................................... 5

**SCHEDULES OF MEDICAL BENEFITS** ......................................... 15
    Co-Pay Plan ............................................................................... 16
    Traditional Plan ......................................................................... 23

**INTRODUCTION** ............................................................................. 31

**ELIGIBILITY AND PARTICIPATION** ............................................ 33
    Who Is Eligible ........................................................................... 33
    Who Pays For Your Premiums/Costs ......................................... 34
    General Enrollment Requirements And Election Information 35
    Special Enrollments ................................................................... 36
    Late Enrollments ....................................................................... 37
    When Coverage Begins ............................................................. 37
    Pre-Existing Conditions ............................................................. 37
    When Coverage Ends ................................................................ 38
    Special Situations, Extension Of Coverage ............................... 39
    Reinstatement Of Coverage ....................................................... 41

**MEDICAL BENEFITS** ..................................................................... 42
    About Your Medical Benefits .................................................... 42

| | |
|---|---|
| Deductibles | 43 |
| Deductible Carry-Over | 43 |
| Coinsurance | 44 |
| Co-Payments | 44 |
| Out-Of-Pocket Maximums | 44 |
| Benefit Maximums | 45 |
| Covered Medical Expenses | 47 |
| Medical Expenses Not Covered | 56 |
| **SCHEDULES OF DENTAL BENEFITS** | **67** |
| PLAN A | 69 |
| PLAN B | 70 |
| **DENTAL BENEFITS** | **71** |
| About Your Dental Benefits | 71 |
| Deductibles | 72 |
| Coinsurance | 72 |
| Benefit Maximums | 73 |
| Covered Preventive Services | 73 |
| Covered Basic Services | 74 |
| Covered Major Services | 76 |
| Covered Orthodontic Services | 78 |
| Dental Expenses Not Covered | 79 |
| **SCHEDULE OF PRESCRIPTION DRUG BENEFITS** | **83** |
| **PHARMACY RX** | **86** |
| Prescription Drug Information | 86 |
| Using Non-Network Pharmacies | 87 |
| Formulary Management Program | 88 |
| Drug Utilization Review (DUR) | 89 |
| Prescription Drug Deductible | 90 |
| Prescription Drug Co-Payments | 90 |
| Dispensing Limits | 91 |
| Prior Authorization | 91 |
| Mail-Order Program | 91 |
| To Refill Your Mail-Order Prescription | 92 |
| Covered Drugs | 93 |
| Excluded Drugs | 95 |
| Glossary-Prescription Drugs | 96 |

HOLLY EXHIBIT 10        PAGE 78        JRDEF00072369

**GROUP LIFE INSURANCE AND ACCIDENTAL DEATH & DISMEMBERMENT INSURANCE** .................................................. 98

    Schedule Of AD&D Benefits ........................................................ 98
    Group Life Insurance................................................................... 98
    Beneficiary .................................................................................. 98
    Accidental Death And Dismemberment Insurance.................... 99
    AD&D Limitations ..................................................................... 100

**SHORT-TERM DISABILITY BENEFITS** ..................................... 101

    Schedule Of Short-Term Disability Benefits............................. 101
    Short-Term Disability Benefits For Employees........................ 101
    Successive Disabilities .............................................................. 102
    Short-Term Disability Limitations ............................................ 102

**LONG-TERM DISABILITY BENEFITS** ........................................ 105

    Schedule Of Long-Term Disability Benefits ............................. 105
    Long-Term Disability Benefits ................................................. 107
    Total Disability .......................................................................... 107
    Successive Periods Of Disability ............................................... 108
    Coordination With Other Income.............................................. 108
    Claim Procedure........................................................................ 110
    Long-Term Disability Exclusions.............................................. 111

**FILING A CLAIM FOR PAYMENT OF SHORT-TERM DISABILITY BENEFITS** ................................................................. 113

    How To File A Claim ................................................................ 113

**COORDINATION OF BENEFITS**................................................... 115

    General Provisions .................................................................... 115
    Government Programs And Other Group Health Plans........ 115
    Automobile Insurance............................................................... 116
    Order Of Payment When Coordinating With Other Group Health Plans................................................................................ 116
    Right To Make Payments To Other Organizations ................ 119

**OTHER IMPORTANT PLAN PROVISIONS**................................. 121

    Assignment Of Benefits............................................................. 121
    Special Election For Employees And Spouses Age 65 And Over 121
    Reimbursement To The Plan..................................................... 122
    Subrogation................................................................................ 123
    Recovery Of Excess Payments.................................................. 123
    Right To Receive And Release Necessary Information........... 124

HOLLY EXHIBIT 10      PAGE 79      JRDEF00072370

Alternate Payee Provision ............................................................ 124
Reliance On Documents And Information................................ 125
No Waiver ...................................................................................... 125
Physician/Patient Relationship.................................................... 126
Plan Is Not A Contract Of Employment ................................... 126
Right To Amend Or Terminate Plan.......................................... 126

FILING A CLAIM.................................................................................. 127
How To Appeal A Denial Of Benefits........................................ 129

HOW TO APPEAL A DENIAL OF SHORT-TERM DISABILITY BENEFITS............................................................................................. 131
Notice Of The Review Decision .................................................. 132

OPTIONAL CONTINUATION OF COVERAGE ........................... 135
Continuation Of Coverage Under Federal Law (COBRA) .... 135
Notification Requirement ............................................................ 136
Maximum Period Of Continuation Coverage........................... 136
Cost Of Continuation Coverage.................................................. 137
When Continuation Coverage Ends ........................................... 138

DEFINITIONS ....................................................................................... 139

RIGHTS OF PLAN PARTICIPANTS................................................ 159

GENERAL INFORMATION ............................................................... 163

FLEXIBLE REIMBURSEMENT PLAN (Section 125) .................. 165

FLEXIBLE REIMBURSEMENT PLAN Table of Contents.......... 167

INDEX...................................................................................................... 195

## OTHER IMPORTANT PLAN PROVISIONS

### Additional Information on Covered and Excluded Benefits

If you would like to receive additional information regarding a specific drug, medical test, device, or procedure which is either a covered or excluded benefit under this plan, you may contact the current Third Party Administrator identified on your benefits ID card.

### Assignment Of Benefits

All *PPO* benefits payable by the plan are automatically assigned to the provider of services or supplies, unless evidence of previous payment is submitted with the claim form. All other benefits payable may be assigned to the provider of services or supplies at your option. Payments made in accordance with an assignment are made in good faith and release the plan's obligation to the extent of the payment. Payments will also be made in accordance with any assignment of rights required by a state *Medicaid* plan.

### Special Election For Employees And Spouses Age 65 And Over

If you remain actively employed after reaching age 65, you or your spouse may remain covered under this plan without reduction for *Medicare* benefits. If you remain covered under this plan, this plan will be the primary payor of benefits and *Medicare* will be secondary, subject to *Medicare* determination.

If you are under age 65 and your spouse is over age 65, he or she can make his or her own choice.

**Reimbursement To The Plan**

This section applies whenever another party (including your own insurer under an automobile or other policy) is legally responsible or agrees to compensate you or your dependent, by settlement, verdict or otherwise, for an *illness* or *injury*. In that case, you or your dependent (or the legal representatives, estate or heirs of either you or your dependent), must promptly reimburse the plan for any benefits it paid relating to that *illness* or *injury*, up to the full amount of the compensation received from the other party (regardless of how that compensation may be characterized and regardless of whether you or your dependent have been made whole). If the plan has not yet paid benefits relating to that *illness* or *injury*, the plan may reduce or deny future benefits on the basis of the compensation received by you or your dependent.

In order to secure the rights of the plan under this section, you or your dependent hereby: (1) grant to the plan a first priority lien against the proceeds of any such settlement, verdict or other amounts received by you or your dependent; and (2) assign to the plan any benefits you or your dependent may have under any automobile policy or other coverage, to the extent of the plan's claim for reimbursement.

You or your dependent must cooperate with the plan and its agents, and must sign and deliver such documents as the plan or its agents reasonably request to protect the plan's right of reimbursement. You or your dependent must also provide any relevant information, and take such actions as the plan or its agents reasonably request to assist the plan in making a full recovery of the reasonable value of the benefits provided. You or your dependent must not take any action that prejudices the plan's right of reimbursement.

The reimbursement required under this provision will not be reduced to reflect any costs or attorneys' fees incurred in obtaining compensation unless separately agreed to, in writing, by the *Plan Administrator*, in the exercise of its sole discretion.

**Subrogation**

This section applies whenever another party (including your own insurer under an automobile or other policy) is legally responsible or agrees to compensate you or your dependent for your or your dependent's *illness* or *injury* and the plan has paid benefits related to that *illness* or *injury*.

The plan is subrogated to all of the rights of you or your dependent against any party liable for your or your dependent's *illness* or *injury* to the extent of the reasonable value of the benefits provided to you or your dependent under the plan. The plan may assert this right independently of you or your dependent.

You or your dependent are obligated to cooperate with the plan and its agents in order to protect the plan's subrogation rights. Cooperation means providing the plan or its agents with any relevant information requested by them, signing and delivering such documents as the plan or its agents reasonably request to secure the plan's subrogation claim, and obtaining the consent of the plan or its agents before releasing any party from liability for payment of medical expenses.

If you or your dependent enter into litigation or settlement negotiations regarding the obligations of other parties, you or your dependent must not prejudice, in any way, the subrogation rights of the plan under this section.

The costs of legal representation of the plan in matters related to subrogation will be borne solely by the plan. The costs of legal representation of you or your dependent must be borne solely by you or your dependent.

**Recovery Of Excess Payments**

Whenever payments have been made in excess of the amount necessary to satisfy the provisions of this plan, the plan has the right to recover these excess payments from any individual (including yourself), insurance company or other organization to whom the excess payments were made or to withhold payment, if necessary, on future benefits until the overpayment is recovered.

**Recovery Of Excess Payments** (continued)

If excess payments were made for services rendered to your dependent(s), the plan has the right to withhold payment on your future benefits until the overpayment is recovered.

Further, whenever payments have been made based on fraudulent information provided by you, the plan will exercise all available legal rights, including its right to withhold payment on future benefits, until the overpayment is recovered.

**Right To Receive And Release Necessary Information**

The plan may, without the consent of or notice to any person, release to or obtain from any organization or person, information needed to implement plan provisions, including medical information. When you request benefits, you must either furnish or authorize the release of all the information required to implement plan provisions. Your failure to fully cooperate will result in a denial of the requested benefits and the plan will have no further liability for such benefits.

**Alternate Payee Provision**

Under normal conditions, all *PPO* benefits are payable to the provider of services or supplies, unless evidence of previous payment is submitted with the claim form. All other benefits are payable to you and may be payable to the provider of services or supplies at your option. If conditions exist under which a valid release or assignment cannot be obtained, the plan may make payment to any individual or organization that has assumed the care or principal support for you and is equitably entitled to payment. The plan must make payments to your separated/divorced spouse, state child support agencies or *Medicaid* agencies if required by a qualified medical child support order (QMCSO) or state *Medicaid* law.