# EXHIBIT 13

# Walgreen Health, Dental & Company-Paid Life Insurance

## Summary Plan Description



Prepared by the Walgreens Benefits Department for eligible employees of the Walgreen family of companies

HOLLY EXHIBIT 13    PAGE 103    JRDEF00072915