

**HOLLY EXHIBIT 13**     **PAGE 104**     JRDEF00072916

# Table of Contents

## General Plan Information
Walgreen Health Plan Highlights .................... 1
Walgreen Dental Plan Highlights ................... 2

Eligibility ............................................. 3
   Eligibility for Coverage ............................... 3
   Dependent Eligibility ................................ 3
   Loss of Eligibility ..................................... 4
   Eligibility Exceptions ................................. 4
   Qualified Medical Child Support Order .............. 4

Enrollment .......................................... 5
   Online Enrollment .................................... 5
   Paper Enrollment ..................................... 5
   Continued Participation ............................. 5
   Open Enrollment ..................................... 5
   Changing from Part-Time to Full-Time ............... 5
   Enrolling Your Dependents .......................... 6
   When Your Spouse is Also a Walgreen Employee ..... 6
   When Coverage Begins .............................. 6
   Change of Address ................................... 6
   Special Enrollment Rights ........................... 6
   Change in Life Event ................................. 7
   Special Enrollment Rights Under HIPAA ............. 7
   Open Enrollment Under a Spouse or Dependent's Plan   8
   Domestic Partners ................................... 8
   Verifying Your Coverage ............................. 8
   Your Paycheck Stub .................................. 8

Plan Costs ........................................... 8
   How Your Premiums Are Paid ....................... 8
   Domestic Partner Premiums ........................ 8

## Health Plans
Health Plan Quick Answers ......................... 9

Health Plans At-a-Glance .......................... 11

Preferred Provider Organization (PPO) Plans ....... 12

Consumer Driven Health Plan (CDHP) .............. 13

Details of the Walgreen Health Plans .............. 14
   Annual Deductible ................................. 14
   Coinsurance ........................................ 14
   Co-Pay ............................................. 14
   Annual Out-of-Pocket Limit ........................ 14
   Lifetime Maximum ................................. 15
   Health Reimbursement Account (HRA) ............ 15

Comparing Health Plan Designs ................... 16

Health Plan Networks ............................. 17
   Network Providers .................................. 17
   If You Move ........................................ 17
   How to Find In-Network Providers .................. 17
   Network Web sites ................................. 17
   Disadvantages of Out-of-Network Care ............ 18
   Vision and Hearing Discounts ...................... 18
   Your Health Plan ID Card .......................... 18
   Notifying Your Network of Services ................ 18
   Estimated Treatment Costs ........................ 19

How You Save Using In-Network Providers .......... 20

Managing Your Health ............................. 22
   Tobacco-Free Program ............................. 22
   Preventive Care .................................... 22
   Health Support Programs .......................... 22
      24/7 Health Support ............................ 23
      Wellness Coaches .............................. 23
      Health Assessment ............................. 23
      Maternity Support Program ..................... 24
      Cancer Support Program ....................... 24
      Treatment Decision Support ................... 24
      My Walgreen Health Web site .................. 24

Covered Services .................................. 25
   Definition of Covered Services ..................... 25
   When Service Are Covered ......................... 25
   How Services Are Covered ......................... 25
   Maximum Cumulative Benefits ..................... 25

What You Pay for In-Network Covered Expenses ...... 26

Covered Medical Expenses ......................... 27

Medical Expenses Not Covered .................... 31
   Pre-existing Conditions ............................ 31
   Expenses Not Covered ............................. 31

## Prescription Drug Plan
Walgreen Prescription Drug Plan ................... 33
   Eligibility ........................................... 33
   How the Plan Works ............................... 33
   Prescription Limitations ............................ 33
   Prescription Drugs Not Covered ................... 33
   How to Fill a Prescription .......................... 33
   Medicare Part D Prescription Coverage ............ 34
   Prescription Drug Plan Information ................ 34

Prescription Drug Plan Programs .................. 34
   Free Generics for Certain Chronic Conditions ....... 34
   Mandatory 90-Day Generic Prescriptions .......... 35
   Clinical Programs .................................. 35
   Specialty Pharmacy Programs ..................... 36
   Drug Utilization Review ............................ 36
   More Information ................................. 36

## Walgreen Dental Plan
Dental Plan Quick Answers ........................ 37

Dental Plan Benefits .............................. 39
   What the Plan Pays ................................ 39
   Maximum Benefit ................................. 39
   Deductible ........................................ 39
   Delta Dental Web site ............................. 39
   Your Dental Benefits .............................. 39
   Advantages of Using a Delta Dental Dentist ........ 40
   Delta Dental Networks ............................ 40
   Maximum Plan Allowance ......................... 40
   Eligible Expenses .................................. 40
   Dental Health Management Program ............. 40
   Request for Predetermination of Benefits .......... 40

Covered Dental Expenses ......................... 41

Questions? Call MediClaim at 800-TALK-INS (800-825-5467)

Preventive Services .................................. 41
Routine Services .................................... 41
Major Restorative Services .......................... 41
Orthodontia Services ............................... 42

**Dental Expenses Not Covered** ....................... 42

## Company-Paid Life Insurance
**Life Insurance Plan Quick Answers** ................... 43

Company-Paid Life Insurance Plan .............................. 45
Eligibility ............................................ 45
Plan Benefits ....................................... 45
Other Life Insurance ................................ 46
Tax Considerations ................................. 46
Your Beneficiary .................................... 46
Changing Your Beneficiary .......................... 46
When Coverage Ends ............................... 46
Conversion Privilege ................................ 47
After Retirement ................................... 47
Coverage During a Leave ........................... 47
Extended Life Insurance for Totally Disabled .......... 48
Early Cash for Terminally Ill Participants .............. 48
Minnesota Life Insurance Provisions ................. 48
Filing Claims ....................................... 48

## Administrative Details
**Administrative Quick Answers** ....................... 49

**Filing Your Health & Dental Claims** .................. 51
How to File a Health Plan Claim ..................... 51
Important Points ................................... 51
How to File a Dental Claim .......................... 52
Dental Surgery Claims .............................. 52
Subrogation, Third Party Reimbursement
and Recovery of Benefit Overpayments .............. 53

**Claims Procedures** ................................. 54
Initial Claims Determinations ....................... 54
Urgent Care Claims ................................ 54
Claims Submitted Before
Medical or Dental Services Are Incurred ............. 54

Claims Submitted After
Medical or Dental Services are Incurred .............. 54
Ongoing Course of Treatment ....................... 55
Claim Denials ...................................... 55
Appealing a Denied Claim .......................... 55
Claim's Administrator's Review of Appeal ............ 55
Potential Review of Appeal by the Plan Administrator . 56
Notice of Decision on Appeal ....................... 56
Denial of Appeal ................................... 56
General Claims/Appeals Information ................ 56

**Coordination of Benefits** ............................ 57
Coordination for a Walgreen Health Plan ............ 57
Coordination for the Walgreen Dental Plan .......... 57

**When Coverage Ends and How to Continue It** ........ 59
When Coverage Ends ............................... 59
When Dependent Coverage Ends .................... 59
Special Situations ................................... 59
Benefits After Dental Coverage Ends ................ 60
Retiree Health Plan Coverage ....................... 60
Certificate of Creditable Coverage ................... 61
Continuation Coverage (COBRA) .................... 61
Notification and Election Procedures ................ 62
Events That Can Extend Continuation Coverage ...... 62
Adding New Dependents ........................... 62
Events That End Continuation Coverage ............. 62
Other Important Coverage Information ............. 63
Uniformed Services Employment and
Reemployment Rights Act ......................... 63

**ERISA Rights** ....................................... 64
Health Insurance Portability and
Accountability Act of 1996 (HIPPA) .................. 65
Amendment, Termination Rights, & Questions ....... 67
More Information or to Report a Problem ........... 67

**Administrative Facts** ............................... 68

**Important Definitions** ............................. 69

**Quick Reference Contacts** ......................... 73

This Summary Plan Description booklet describes the Walgreen Co. Major Medical Expense Plan, Walgreen Dental Plan, and Company-Paid Life Insurance Plan, effective January 1, 2010, except as otherwise noted. Read the information provided in this booklet so you understand your benefits and other relevant terms and conditions of the Plans.

These plans are governed by official plan documents, which consist of a governing document, that references this Summary Plan Description for purposes of describing the various plan provisions. Copies of the plan documents can be obtained by contacting the Plan Administrator listed at the end of this booklet. In the event of any discrepancy between this booklet and the provisions of the plan documents, the provisions of the plan documents will govern.

Walgreens reserves the right to amend, modify or terminate these plans, including any benefits provided under the plans or the amount of required contributions, at any time and for any reason. You will be notified of any changes to the plans within a reasonable amount of time, but not always before the time the change goes into effect. To determine the proper benefits at any given time, view the Summary Plan Description booklet (or plan documents) in effect at the relevant time.

As described in this booklet, all eligible employees have the option of a Walgreen Health Plan PPO 90, Walgreen Health Plan PPO 80 or the Walgreen Consumer Driven Health Plan (CDHP). All three health plan options are incorporated under the Walgreen Co. Major Medical Expense Plan. This booklet often references a "Walgreen Health Plan," which is the term used to describe any one of these plan options. There is also a retiree supplement to this Summary Plan Description, which describes the benefits available to eligible retirees.

**Attention Important Notice/Atención Noticia Importante**
This booklet contains a summary in English of your rights and benefits under the Walgreen Health Plans, Walgreen Dental Plan, and Walgreen Company-Paid Life Insurance Plan. If you do not understand any part of this booklet, contact MediClaim at 800-TALK-INS (800-825-5467).

Este boletín contiene un resumen, escrito en inglés, de sus derechos y beneficios bajo los Walgreen Health Plans, Walgreen Dental Plan, y Walgreen Company-paid Life Insurance Plan. Si no comprende cualquiera parte de este boletín, ponerse en contacto MediClaim a 800-TALK-INS (800-825-5467).

## Subrogation, Third Party Reimbursement and Recovery of Benefit Overpayments

### Subrogation

If the Plan pays health or dental benefits for a sickness or injury that was caused by an act or omission of a third party, the Plan will be subrogated to all of your rights of recovery. Any time you receive benefits under the Plan, you must immediately notify the Claims Administrator of the name of any third party against whom you might have a claim as a result of your sickness or injury (including any insurance company that provides coverage for you). For example, if you become injured in an automobile accident, and the person who hit you was at fault, the person who hit you (and their insurance company) is the third party whose act or omission caused your illness or injury. You must cooperate with the Claims Administrator by providing information regarding your illness or injury and by agreeing to sign any necessary documents to enable the Plan to be subrogated on your claim. To enforce the Plan's subrogation rights, the Plan Administrator may:

- Place a lien against a third party to the extent benefits have been paid,
- Bring an action on behalf of the Plan, or on your behalf, against the third party, and/or
- Cease paying benefits until you provide the Claims Administrator with the documents necessary for the Plan to exercise its rights and privileges of subrogation.

### Third Party Reimbursement

If the Plan pays your medical or dental benefits for a sickness or injury that was caused by an act or omission of a third party, the Plan has the right to be repaid for any medical or dental benefits from any settlement, judgment or insurance proceeds you receive, including, but not limited to, proceeds of:

- Settlement with or judgment against whoever was or may have been responsible for all or any percentage of the injury or sickness, or such responsible person's insurance carrier, and/or
- Any policy or policies of insurance, whether the covered Plan member's or any other person's, including, but not limited to, the proceeds of medical payments coverage, uninsured motorist coverage, and underinsured motorist coverages.

You must repay the Plan on a first dollar basis (meaning that the Plan has a right to be repaid first from any monies you receive). The Plan has a right to be reimbursed whether or not the third party admitted liability for the payment, whether or not a portion of the settlement, judgment or insurance proceeds was identified as a reimbursement of medical or dental expenses, and whether or not you are made whole by the settlement, judgment or insurance proceeds.

You must furnish such information and assistance as requested, in order to facilitate enforcement by the Plan of this reimbursement provision.

You agree, by accepting benefits under the Plan, to provide the Claims Administrator with a lien, to the extent the Plan has paid medical or dental benefits, to be filed with the responsible party or insurance company of the responsible party. You also agree to make direct and immediate reimbursement to the Plan if you receive any settlement, judgment or insurance proceeds.

If you do not reimburse the Plan from any settlement, judgment or insurance proceeds, the Plan may reduce any benefits for current or future medical expense benefits payable to you or payable on your behalf until the Plan has been fully reimbursed.

### Recovery of Benefit Overpayments

If any benefit paid under the Plan should not have been paid or should have been paid in a lesser amount, the Plan Administrator reserves the right to request payment immediately. If you fail to repay the amount promptly on demand, the overpayment may be recovered by the Plan Administrator from any monies then payable, or which may become payable, in the form of additional benefits.

For the Walgreen Dental Plan, Delta Dental has the right to require you or your covered dependents have a dental examination, when and as often as may be reasonable.

If you die before all benefits have been paid, the remaining benefits may be paid to any relative or any person or corporation appearing to Delta Dental to be entitled to payment. The Plan will fully discharge its liability by making such payments.

JRDEF00072971

HOLLY EXHIBIT 13    PAGE 107