# EXHIBIT 14



Summary Plan Description:

Medical PPO Plan

Effective: January 1, 2010

Group Number: 708493

Provider: UnitedHealthcare

2691252.3

# TABLE OF CONTENTS

**Find it fast!**

■ How to Use This SPD ...................................................................................................... 2

■ How the Plan Works ....................................................................................................... 7

■ Plan Highlights ............................................................................................................ 13

■ Additional Coverage Details ........................................................................................ 19

■ Exclusions ................................................................................................................... 44

■ Claims Procedures ...................................................................................................... 53

■ Glossary ...................................................................................................................... 77

■ Prescription Drugs ...................................................................................................... 88

**SECTION 1 - WELCOME** .................................................................................................... 1

**SECTION 2 - INTRODUCTION** ........................................................................................... 3

    Eligibility ............................................................................................................................ 3

    Cost of Coverage .............................................................................................................. 4

    How to Enroll .................................................................................................................... 5

    When Coverage Begins ................................................................................................... 5

    Changing Your Coverage ................................................................................................. 5

**SECTION 3 - HOW THE PLAN WORKS** ............................................................................ 7

    Network and Non-Network Benefits .................................................................................. 7

    Eligible Expenses ............................................................................................................ 8

    Annual Deductible ............................................................................................................ 8

    Copayment ....................................................................................................................... 8

    Coinsurance ..................................................................................................................... 8

    Out-of-Pocket Maximum ................................................................................................... 9

    Lifetime Maximum Benefit ................................................................................................ 9

**SECTION 4 - PERSONAL HEALTH SUPPORT** ................................................................ 11

    Requirements for Notifying Personal Health Support ..................................................... 12

    Special Note Regarding Mental Health and Substance Use Disorder Services ................... 12

    Special Note Regarding Medicare .................................................................................. 12

**SECTION 5 - PLAN HIGHLIGHTS** .................................................................................... 13

**SECTION 6 - ADDITIONAL COVERAGE DETAILS** .......................................................... 19

    Acupuncture Services .................................................................................................... 19

    Ambulance Services ...................................................................................................... 19

HOLLY EXHIBIT 14              PAGE 109              JRDEF00026771

Congenital Heart Disease (CHD) Surgeries ..................................................................... 19

Dental Services - Accident Only ..................................................................................... 20

Diabetes Services ........................................................................................................... 21

Durable Medical Equipment (DME) ................................................................................ 22

Emergency Health Services - Outpatient ....................................................................... 23

Hearing Care .................................................................................................................. 23

Home Health Care .......................................................................................................... 23

Hospice Care .................................................................................................................. 24

Hospital - Inpatient Stay ................................................................................................. 24

Infertility Services ........................................................................................................... 25

Lab, X-Ray and Diagnostics - Outpatient ....................................................................... 25

Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient ........................................................................................................................ 25

Mental Health and Substance Use Disorder - Inpatient and Intermediate ..................... 25

Mental Health and Substance Use Disorder Services - Outpatient ................................ 26

Nutritional Counseling .................................................................................................... 26

Pharmaceutical Products - Outpatient ........................................................................... 27

Physician Fees for Surgical and Medical Services ......................................................... 27

Physician's Office Services - Sickness and Injury .......................................................... 27

Pregnancy - Maternity Services ..................................................................................... 28

Preventive Care Services ............................................................................................... 28

Private Duty Nursing - Outpatient .................................................................................. 32

Prosthetic Devices ......................................................................................................... 32

Reconstructive Procedures ............................................................................................ 32

Rehabilitation Services - Outpatient Therapy and Chiropractic Treatment .................... 33

Scopic Procedures - Outpatient Diagnostic and Therapeutic ........................................ 34

Skilled Nursing Facility/Inpatient Rehabilitation Facility Services .................................. 34

Surgery - Outpatient ....................................................................................................... 35

Temporomandibular Joint (TMJ) Services ...................................................................... 35

Therapeutic Treatments - Outpatient ............................................................................. 36

Transplantation Services ................................................................................................ 36

Travel and Lodging ......................................................................................................... 37

Urgent Care Center Services ......................................................................................... 38

Vision Examinations ....................................................................................................... 38

Wigs ............................................................................................................................... 38

**SECTION 7 - RESOURCES TO HELP YOU STAY HEALTHY** ...................................... 39

www.myuhc.com .............................................................................................................. 39

Optum® NurseLineSM/Connect24 ...................................................................................... 41

Live Nurse Chat ............................................................................................................... 41

Live Events on myuhc.com ............................................................................................. 41

Healthy Pregnancy Program ........................................................................................... 42

Disease Management Services ........................................................................................ 42

Treatment Decision Support ............................................................................................ 43

UnitedHealth PremiumSM Program .................................................................................. 43

**SECTION 8 - EXCLUSIONS: WHAT THE MEDICAL PLAN WILL NOT COVER ...................... 45**

Alternative Treatments ................................................................................................... 45

Dental ............................................................................................................................. 45

Devices, Appliances and Prosthetics ............................................................................. 46

Drugs .............................................................................................................................. 46

Experimental or Investigational or Unproven Services ................................................... 47

Foot Care ....................................................................................................................... 47

Medical Supplies and Equipment ................................................................................... 47

Mental Health/Substance Use Disorder Services ........................................................... 48

Nutrition .......................................................................................................................... 49

Personal Care, Comfort or Convenience ........................................................................ 49

Physical Appearance ...................................................................................................... 50

Procedures and Treatments ........................................................................................... 50

Providers ........................................................................................................................ 51

Reproduction .................................................................................................................. 52

Services Provided under Another Plan ........................................................................... 52

Transplants ..................................................................................................................... 52

Travel .............................................................................................................................. 52

Types of Care ................................................................................................................. 52

Vision and Hearing ......................................................................................................... 53

All Other Exclusions ....................................................................................................... 53

**SECTION 9 - CLAIMS PROCEDURES ................................................................................. 55**

Network Benefits ............................................................................................................. 55

Non-Network Benefits ..................................................................................................... 55

Foreign Claims ............................................................................................................... 55

Prescription Drug Benefit Claims .................................................................................... 55

If Your Provider Does Not File Your Claim ...................................................................... 55

Health Statements .......................................................................................................... 56

Explanation of Benefits (EOB) ........................................................................................ 56

**HOLLY EXHIBIT 14**           **PAGE 111**           JRDEF00026773

Claim Denials and Appeals .................................................................................................. 57

**SECTION 10 - COORDINATION OF BENEFITS (COB)**........................................................... 63

Determining Which Plan is Primary ..................................................................................... 63

When This Plan is Secondary .............................................................................................. 64

When a Covered Person Qualifies for Medicare ................................................................. 64

Right to Receive and Release Needed Information ............................................................. 65

Overpayment and Underpayment of Benefits ..................................................................... 65

**SECTION 11 - SUBROGATION AND REIMBURSEMENT**......................................................... 66

Right of Recovery ................................................................................................................ 66

Right to Subrogation ............................................................................................................ 66

Third Parties ........................................................................................................................ 67

Subrogation and Reimbursement Provisions ...................................................................... 67

**SECTION 12 - WHEN COVERAGE ENDS**............................................................................ 69

Other Events Ending Your Coverage .................................................................................. 69

Coverage for a Disabled Child ............................................................................................ 70

Continuing Coverage Through COBRA ............................................................................... 70

When COBRA Ends.............................................................................................................. 73

Conversion from a Group Plan to an Individual Plan........................................................... 73

Uniformed Services Employment and Reemployment Rights Act ....................................... 74

Family and Medical Leave Act of 1993 ................................................................................ 74

**SECTION 13 - OTHER IMPORTANT INFORMATION**............................................................. 75

Qualified Medical Child Support Orders (QMCSOs) ........................................................... 75

Your Relationship with UnitedHealthcare and Fiserv ......................................................... 75

Relationship with Providers................................................................................................. 75

Your Relationship with Providers......................................................................................... 76

Interpretation of Benefits ..................................................................................................... 76

Information and Records....................................................................................................... 76

Certificates of Health Plan Creditable Coverage (HIPAA) .................................................. 77

Incentives to Providers......................................................................................................... 77

Incentives to You ................................................................................................................. 78

Rebates and Other Payments .............................................................................................. 78

Workers' Compensation Not Affected.................................................................................. 78

Future of the Plan ................................................................................................................ 78

Plan Document ..................................................................................................................... 78

**SECTION 14 - GLOSSARY** ............................................................................................... 79

**HOLLY EXHIBIT 14**                    **PAGE 112**                    JRDEF00026774

## SECTION 10 - COORDINATION OF BENEFITS (COB)

> **What this section includes:**
> ■ How your Benefits under this Plan coordinate with other medical plans;
>
> ■ How coverage is affected if you become eligible for Medicare; and
>
> ■ Procedures in the event the Plan overpays Benefits.

Coordination of Benefits (COB) applies to you if you are covered by more than one health benefits plan, including any one of the following:

■ another employer sponsored health benefits plan;

■ a medical component of a group long-term care plan, such as skilled nursing care;

■ no-fault or traditional "fault" type medical payment benefits or personal injury protection benefits under an auto insurance policy;

■ medical payment benefits under any premises liability or other types of liability coverage; or

■ Medicare or other governmental health benefit.

If coverage is provided under two or more plans, COB determines which plan is primary and which plan is secondary. The plan considered primary pays its benefits first, without regard to the possibility that another plan may cover some expenses. Any remaining expenses may be paid under the other plan, which is considered secondary. The secondary plan may determine its benefits based on the benefits paid by the primary plan.

> **Don't forget to update your Dependents' medical coverage information**
> Avoid delays on your Dependent claims by updating your Dependent's medical coverage information. Just log on to **myuhc.com** or call the toll-free number on your ID card to update your COB information. You will need the name of your Dependent's other medical coverage, along with the policy number.

### Determining Which Plan is Primary

If you are covered by two or more plans, the benefit payment follows the rules below in this order:

■ this Plan will always be secondary to medical payment coverage or personal injury protection coverage under any auto liability or no-fault insurance policy;

■ when you have coverage under two or more medical plans and only one has COB provisions, the plan without COB provisions will pay benefits first;

■ a plan that covers a person as an Associate pays benefits before a plan that covers the person as a Dependent;

■ if you are receiving COBRA continuation coverage under another employer plan, this Plan will pay Benefits first;

■ your Dependent children will receive primary coverage from the parent whose birth date occurs first in a calendar year. If both parents have the same birth date, the plan that pays benefits first is the one that has been in effect the longest. This birthday rule applies only if:

- the parents are married or living together whether or not they have ever been married and not legally separated; or

**HOLLY EXHIBIT 14**    **PAGE 113**    JRDEF00026838

- a court decree awards joint custody without specifying that one party has the responsibility to provide health care coverage;

■ if two or more plans cover a Dependent child of divorced or separated parents and if there is no court decree stating that one parent is responsible for health care, the child will be covered under the plan of:

- the parent with custody of the child; then
- the Spouse of the parent with custody of the child; then
- the parent not having custody of the child; then
- the Spouse of the parent not having custody of the child;

■ plans for active Associates pay before plans covering laid-off or retired Associates;

■ the plan that has covered the individual claimant the longest will pay first; only expenses normally paid by the Plan will be paid under COB; and

■ finally, if none of the above rules determines which plan is primary or secondary, the allowable expenses shall be shared equally between the plans meeting the definition of Plan. In addition, this Plan will not pay more than it would have paid had it been the primary Plan.

The following examples illustrate how the Plan determines which plan pays first and which plan pays second.

**When This Plan is Secondary**

If this Plan is secondary, it determines the amount it will pay for a Covered Health Service by following the steps below:

■ the Plan determines the amount it would have paid based on the primary plan's allowable expense.

■ if this Plan would have paid less than the primary plan paid, the Plan pays no Benefits.

■ if this Plan would have paid more than the primary plan paid, the Plan will pay the difference.

The maximum combined payment you can receive from all plans may be less than 100% of the total allowable expense.

***Determining the Allowable Expense When This Plan is Secondary***

When this Plan is secondary, the allowable expense is the primary plan's Network rate. If the primary plan bases its reimbursement on reasonable and customary charges, the allowable expense is the primary plan's reasonable and customary charge. If both the primary plan and this Plan do not have a contracted rate, the allowable expense will be the greater of the two plans' reasonable and customary charges.

> **What is an allowable expense?**
> For purposes of COB, an allowable expense is a health care expense that is covered at least in part by one of the health benefit plans covering you.

**When a Covered Person Qualifies for Medicare**

***Determining Which Plan is Primary***

To the extent permitted by law, this Plan will pay Benefits second to Medicare when you become eligible for Medicare, even if you don't elect it. There are, however, Medicare-eligible individuals for whom the Plan pays Benefits first and Medicare pays benefits second:

**HOLLY EXHIBIT 14**          **PAGE 114**                    JRDEF00026839

FISERV MEDICAL PPO PLAN

- Associates with active current employment status age 65 or older and their Spouses age 65 or older; and

- individuals with end-stage renal disease, for the first 30 months.

### *Determining the Allowable Expense When This Plan is Secondary*

If this Plan is secondary to Medicare, the Medicare-approved amount is the allowable expense, as long as the provider accepts Medicare. If the provider does not accept Medicare, the Medicare limiting charge (the most a provider can charge you if he/she does not accept Medicare) will be the allowable expense. Medicare payments, combined with Plan Benefits, will not exceed 100% of the total allowable expense.

### Right to Receive and Release Needed Information

Certain facts about health care coverage and services are needed to apply these COB rules and to determine benefits payable under this Plan and other plans. The Plan Administrator may get the facts needed from, or give them to, other organizations or persons for the purpose of applying these rules and determining benefits payable under this Plan and other plans covering the person claiming benefits.

The Plan Administrator does not need to tell, or get the consent of, any person to do this. Each person claiming benefits under this Plan must give UnitedHealthcare any facts needed to apply those rules and determine benefits payable. If you do not provide UnitedHealthcare the information needed to apply these rules and determine the Benefits payable, your claim for Benefits will be denied.

### Overpayment and Underpayment of Benefits

If you are covered under more than one medical plan, there is a possibility that the other plan will pay a benefit that UnitedHealthcare should have paid. If this occurs, the Plan may pay the other plan the amount owed.

If the Plan pays you more than it owes under this COB provision, you should pay the excess back promptly. Otherwise, the Company may recover the amount in the form of salary, wages, or benefits payable under any Company-sponsored benefit plans, including this Plan, subject to the provisions of any applicable law. The Company also reserves the right to recover any overpayment by legal action or offset payments on future Eligible Expenses.

If the Plan overpays a health care provider, UnitedHealthcare reserves the right to recover the excess amount, by legal action if necessary.

### *Refund of Overpayments*

If Fiserv pays for Benefits for expenses incurred on account of a Covered Person, that Covered Person, or any other person or organization that was paid, must make a refund to Fiserv if:

- all or some of the expenses were not paid by the Covered Person or did not legally have to be paid by the Covered Person;

- all or some of the payment Fiserv made exceeded the Benefits under the Plan; or

- all or some of the payment was made in error.

The refund equals the amount Fiserv paid in excess of the amount that should have paid under the Plan. If the refund is due from another person or organization, the Covered Person agrees to help Fiserv get the refund when requested.

If the Covered Person, or any other person or organization that was paid, does not promptly refund the full amount, Fiserv may reduce the amount of any future Benefits for the Covered Person that are payable under the Plan. The reductions will equal the amount of the required refund. Fiserv may have other rights in addition to the right to reduce future Benefits.

## SECTION 11 - SUBROGATION AND REIMBURSEMENT

**What this section includes:**
■ How your Benefits are impacted if you suffer a Sickness or Injury caused by a third party.

The Plan has a right to subrogation and reimbursement, as defined below.

**Right of Recovery**

The Plan has the right to recover benefits it has paid on you or your Dependent's behalf that were:

■ made in error;

■ due to a mistake in fact;

■ advanced (paid out) during the time period of meeting the calendar year Deductible; or

■ advanced (paid out) during the time period of meeting the Out-of-Pocket Maximum for the calendar year.

Benefits paid because you or your Dependent misrepresented facts are also subject to recovery.

If the Plan provides a Benefit for you or your Dependent that exceeds the amount that should have been paid, the Plan will:

■ require that the overpayment be returned when requested, or

■ reduce a future benefit payment for you or your Dependent by the amount of the overpayment.

If the Plan provides an advancement of Benefits to you or your Dependent during the time period of the Deductible and/or meeting the Out-of-Pocket Maximum for the calendar year, the Plan will send you or your Dependent a monthly statement identifying the amount you owe with payment instructions. The Plan has the right to recover Benefits it has advanced by:

■ submitting a reminder letter to you or a covered Dependent that details any outstanding balance owed to the Plan; and

■ conducting courtesy calls to you or a covered Dependent to discuss any outstanding balance owed to the Plan.

**Right to Subrogation**

The right to subrogation means the Plan is substituted to one person or entity in the place of another with respect to a legal claim so that the substituted party gains the rights of the original and shall succeed to any and all legal claims that you may be entitled to pursue against any third party for Benefits that the Plan has paid. Subrogation applies when the Plan has paid on your behalf Benefits for a Sickness or Injury for which a third party is considered responsible, e.g. an insurance carrier if you are involved in an auto accident.

The Plan shall be subrogated to, and shall succeed to, all rights of recovery from any or all third parties, under any legal theory of any type, for 100 percent of any services and Benefits the Plan has paid on your behalf relating to any Sickness or Injury caused by any third party.

**HOLLY EXHIBIT 14**          **PAGE 116**                    JRDEF00026841