# EXHIBIT 17

# UnitedHealthcare Choice Plus

# United HealthCare Insurance Company

## Certificate of Coverage

For
The BMS Enterprises, Inc.
Enrolling Group Number: 707909
Effective Date: April 1, 2009

Offered and Underwritten by
United HealthCare Insurance Company

CCOV.I.07.TX

JRDEF00002748

HOLLY EXHIBIT 17            PAGE 135

# Table of Contents

## Schedule of Benefits ...................................................................................................1
Accessing Benefits........................................................................................................................1
Requests for Pre-authorization of Services..................................................................................1
Care Coordination$^{SM}$ ....................................................................................................................3
Special Note Regarding Medicare ...............................................................................................3
Benefits .........................................................................................................................................3
Benefit Limits................................................................................................................................6
Additional Benefits Required By Texas Law ............................................................................21
Eligible Expenses .......................................................................................................................24
Provider Network .......................................................................................................................24
Designated Facilities and Other Providers................................................................................25
Health Services from Non-Network Providers Paid as Network Benefits ...............................25
Continuity of Care......................................................................................................................25

## Certificate of Coverage ............................................................................................1
Certificate of Coverage is Part of Policy .....................................................................................1
Changes to the Document............................................................................................................1
Other Information You Should Have..........................................................................................1

## Introduction to Your Certificate ............................................................................2
How to Use this Document...........................................................................................................2
Information about Defined Terms ...............................................................................................2
Don't Hesitate to Contact Us .......................................................................................................2

## Your Responsibilities ...............................................................................................3
Be Enrolled and Pay Required Contributions.............................................................................3
Be Aware this Benefit Plan Does Not Pay for All Health Services ............................................3
Decide What Services You Should Receive ................................................................................3
Choose Your Physician................................................................................................................3
Pay Your Share ............................................................................................................................3
Pay the Cost of Excluded Services...............................................................................................3
Show Your ID Card......................................................................................................................4
File Claims with Complete and Accurate Information ...............................................................4
Use Your Prior Health Care Coverage........................................................................................4

## Our Responsibilities .................................................................................................5
Determine Benefits ......................................................................................................................5
Pay for Our Portion of the Cost of Covered Health Services .....................................................5
Pay Network Providers................................................................................................................5
Pay for Covered Health Services Provided by Non-Network Providers ....................................5
Review and Determine Benefits In Accordance with our Reimbursement Policies...................5
Offer Health Education Services to You......................................................................................6

## Certificate of Coverage Table of Contents ...........................................................7
## Section 1: Covered Health Services ......................................................................8
Benefits for Covered Health Services..........................................................................................8
1. Ambulance Services .................................................................................................................8
2. Clinical Trials ..........................................................................................................................9
3. Congenital Heart Disease Surgeries......................................................................................10
4. Dental Services - Accident Only ............................................................................................10
5. Diabetes Services...................................................................................................................11
6. Durable Medical Equipment .................................................................................................12
7. Emergency Health Services - Outpatient ..............................................................................13
8. Home Health Care .................................................................................................................13
9. Hospice Care..........................................................................................................................13

JRDEF00002750

HOLLY EXHIBIT 17          PAGE 136

10. Hospital - Inpatient Stay .................................................................................................................. 14
11. Lab, X-Ray and Diagnostics - Outpatient ........................................................................................ 14
12. Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient ................................................................................................................................................................ 14
13. Mental Health and Substance Abuse Services - Inpatient and Intermediate .................................. 15
14. Mental Health and Substance Abuse Services - Outpatient ........................................................... 15
15. Ostomy Supplies .............................................................................................................................. 15
16. Pharmaceutical Products - Outpatient ............................................................................................. 16
17. Physician Fees for Surgical and Medical Services .......................................................................... 16
18. Physician's Office Services - Sickness and Injury ........................................................................... 16
19. Pregnancy - Maternity Services and Complications of Pregnancy .................................................. 16
20. Preventive Care Services ................................................................................................................. 17
21. Prosthetic Devices ............................................................................................................................ 18
22. Reconstructive Procedures .............................................................................................................. 19
23. Rehabilitation Services - Outpatient Therapy and Manipulation Services ...................................... 19
24. Scopic Procedures - Outpatient Diagnostic and Therapeutic .......................................................... 19
25. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services .................................................... 20
26. Surgery - Outpatient ......................................................................................................................... 21
27. Therapeutic Treatments - Outpatient ............................................................................................... 21
28. Transplantation Services .................................................................................................................. 21
29. Urgent Care Center Services ........................................................................................................... 21
30. Vision Examinations ......................................................................................................................... 22
Additional Benefits Required By Texas Law ......................................................................................... 22
31. Acquired Brain Injury ........................................................................................................................ 22
32. Chemical Dependency Services - Outpatient, Inpatient and Intermediate ...................................... 23
33. Mental Health Services for Serious Mental Illness - Inpatient and Intermediate ............................. 23
34. Mental Health Services for Serious Mental Illness - Outpatient ...................................................... 24
35. Temporomandibular Joint Services .................................................................................................. 24
**Section 2: Exclusions and Limitations ............................................................. 25**
How We Use Headings in this Section ................................................................................................... 25
We do not Pay Benefits for Exclusions .................................................................................................. 25
Benefit Limitations ................................................................................................................................... 25
A. Alternative Treatments ....................................................................................................................... 25
B. Dental .................................................................................................................................................. 25
C. Devices, Appliances and Prosthetics ................................................................................................. 26
D. Drugs ................................................................................................................................................... 27
E. Experimental or Investigational or Unproven Services ...................................................................... 27
F. Foot Care ............................................................................................................................................. 27
G. Medical Supplies ................................................................................................................................. 28
H. Mental Health/Substance Abuse ........................................................................................................ 28
I. Nutrition ................................................................................................................................................. 29
J. Personal Care, Comfort or Convenience ............................................................................................ 29
K. Physical Appearance .......................................................................................................................... 30
L. Procedures and Treatments ................................................................................................................ 31
M. Providers ............................................................................................................................................. 31
N. Reproduction ....................................................................................................................................... 32
O. Services Provided under another Plan ............................................................................................... 32
P. Transplants .......................................................................................................................................... 32
Q. Travel ................................................................................................................................................... 32
R. Types of Care ...................................................................................................................................... 33
S. Vision and Hearing .............................................................................................................................. 33
T. All Other Exclusions ............................................................................................................................ 33
**Section 3: When Coverage Begins ................................................................... 35**
How to Enroll ........................................................................................................................................... 35
If You Are Hospitalized When Your Coverage Begins ........................................................................... 35

JRDEF00002751

**HOLLY EXHIBIT 17**    **PAGE 137**

Who is Eligible for Coverage ........................................................................................................... 35
Eligible Person ................................................................................................................................ 35
Dependent ....................................................................................................................................... 35
When to Enroll and When Coverage Begins .................................................................................. 36
Initial Enrollment Period .................................................................................................................. 36
Open Enrollment Period .................................................................................................................. 36
New Eligible Persons ...................................................................................................................... 36
Adding New Dependents ................................................................................................................ 36
Special Enrollment Period ............................................................................................................... 37

## Section 4: When Coverage Ends ........................................................................ 39
General Information about When Coverage Ends .......................................................................... 39
Events Ending Your Coverage ........................................................................................................ 39
Other Events Ending Your Coverage .............................................................................................. 40
Coverage for a Disabled Dependent Child ..................................................................................... 40
Extended Coverage for Total Disability ........................................................................................... 40
Continuation of Coverage ................................................................................................................ 41
Continuation of Coverage Under State Law ................................................................................... 41
Qualifying Events for State Continuation Coverage Due to Reasons Other than Severance of the Family Relationship ......................................................................................................................... 41
Notification Requirements and Election Period for State Continuation Coverage Due to Reasons Other than Severance of the Family Relationship .......................................................................... 41
Terminating Events for State Continuation Coverage Due to Reasons Other than Severance of the Family Relationship ......................................................................................................................... 42
Qualifying Events for State Continuation Coverage Due to Severance of the Family Relationship ....... 42
Notification Requirements and Election Period for State Continuation Coverage Due to Severance of the Family Relationship ............................................................................................................ 42
Termination Events for State Continuation Coverage Due to Severance of the Family Relationship .... 42
Texas Health Insurance Risk Pool .................................................................................................. 43

## Section 5: How to File a Claim ......................................................................... 44
If You Receive Covered Health Services from a Network Provider ............................................... 44
If You Receive Covered Health Services from a Non-Network Provider ...................................... 44
Required Information ...................................................................................................................... 44
Payment of Benefits ........................................................................................................................ 44

## Section 6: Questions, Complaints and Appeals ............................................. 46
What to Do if You Have a Question ................................................................................................ 46
What to Do if You Have a Complaint .............................................................................................. 46
How to Request an Appeal ............................................................................................................. 46
Request for Pre-authorization of Services ...................................................................................... 47
Appeal Process ............................................................................................................................... 47
How to Appeal an Adverse Determination ...................................................................................... 47
Denied Appeals Specialty Provider Review ................................................................................... 47
Denied Appeals Independent Review Organization ...................................................................... 48
Urgent Appeals that Require Immediate Action ............................................................................. 48
How to Appeal a Non-clinical Benefit Determination ..................................................................... 48

## Section 7: Coordination of Benefits ................................................................ 50
Benefits When You Have Coverage under More than One Plan ................................................... 50
When Coordination of Benefits Applies .......................................................................................... 50
Definitions ........................................................................................................................................ 50
Order of Benefit Determination Rules ............................................................................................. 51
Effect on the Benefits of This Plan .................................................................................................. 53
Right to Receive and Release Needed Information ...................................................................... 54
Payments Made .............................................................................................................................. 54
Right of Recovery ............................................................................................................................ 54

## Section 8: General Legal Provisions .............................................................. 55

JRDEF00002752

**HOLLY EXHIBIT 17**          **PAGE 138**

Your Relationship with Us .................................................................................................... 55
Our Relationship with Providers and Enrolling Groups ........................................................ 55
Your Relationship with Providers and Enrolling Groups ...................................................... 56
Notice ................................................................................................................................... 56
Statements by Enrolling Group or Subscriber ..................................................................... 56
Incentives to Providers ........................................................................................................ 56
Incentives to You ................................................................................................................. 56
Interpretation of Benefits ..................................................................................................... 56
Administrative Services ....................................................................................................... 57
Amendments to the Policy .................................................................................................. 57
Information and Records ..................................................................................................... 57
Examination of Covered Persons ........................................................................................ 58
Workers' Compensation not Affected .................................................................................. 58
Subrogation ......................................................................................................................... 58
Reimbursement ................................................................................................................... 58
Refund of Overpayments .................................................................................................... 60
Limitation of Action .............................................................................................................. 60
Entire Policy ........................................................................................................................ 60
**Section 9: Defined Terms ..........................................................................................61**
36. Acquired Brain Injury ...................................................................................................... 1

# Amendments, Riders and Notices (As Applicable)

**Residential Treatment Amendment**
**Autism Spectrum Disorder Amendment**
**Acquired Brain Injury Amendment**
**Outpatient Prescription Drug Rider**
**Women's Health and Cancer Rights Act of 1998**
**Statement of Rights under the Newborns' and Mothers' Health Protection Act**
**Claims and Appeal Notice**
**Notice of Privacy Practices**
**Financial Information Privacy Notice**
**Summary of State Laws on Use and Disclosure of Certain Types of Medical Information**
**Statement of Employee Retirement Income Security Act of 1974 (ERISA) Rights**
**ERISA Statement**

JRDEF00002753

**HOLLY EXHIBIT 17**        **PAGE 139**

# Certificate of Coverage

# United HealthCare Insurance Company

## Certificate of Coverage is Part of Policy

This *Certificate of Coverage* (*Certificate*) is part of the Policy that is a legal document between United HealthCare Insurance Company and the Enrolling Group to provide Benefits to Covered Persons, subject to the terms, conditions, exclusions and limitations of the Policy. We issue the Policy based on the Enrolling Group's application and payment of the required Policy Charges.

In addition to this *Certificate* the Policy includes:

- The *Group Policy*.
- The *Schedule of Benefits*.
- The Enrolling Group's application.
- Riders.
- Amendments.

You can review the Policy at the office of the Enrolling Group during regular business hours.

## Changes to the Document

We may from time to time modify this *Certificate* by attaching legal documents called Riders and/or Amendments that may change certain provisions of the *Certificate*. When that happens we will send you a new *Certificate*, Rider or Amendment pages.

No one can make any changes to the Policy unless those changes are in writing and agreed to by the Enrolling Group or required by state or federal law.

## Other Information You Should Have

We have the right to change, interpret, modify, withdraw or add Benefits, or to terminate the Policy, as permitted by law, without Subscriber's approval.

On its effective date this *Certificate* replaces and overrules any *Certificate* that we may have previously issued to you. This *Certificate* will in turn be overruled by any *Certificate* we issue to you in the future.

The Policy will take effect on the date specified in the Policy. Coverage under the Policy will begin at 12:01 a.m. and end at 12:00 midnight in the time zone of the Enrolling Group's location. The Policy will remain in effect as long as the Policy Charges are paid when they are due, subject to termination of the Policy.

We are delivering the Policy in the State of Texas. The Policy is governed by ERISA unless the Enrolling Group is not an employee welfare benefit plan as defined by ERISA. To the extent that state law applies, the laws of the State of Texas are the laws that govern the Policy.

THE POLICY UNDER WHICH THIS CERTIFICATE IS ISSUED IS NOT A POLICY OF WORKERS' COMPENSATION INSURANCE. YOU SHOULD CONSULT YOUR EMPLOYER TO DETERMINE WHETHER YOUR EMPLOYER IS A SUBSCRIBER TO THE WORKERS' COMPENSATION SYSTEM.

COC.CER.I.07.TX 1

JRDEF00002780

HOLLY EXHIBIT 17 PAGE 140

# Introduction to Your Certificate

We are pleased to provide you with this *Certificate*. This *Certificate* and the other Policy documents describe your Benefits, as well as your rights and responsibilities, under the Policy.

## How to Use this Document

We encourage you to read your *Certificate* and any attached Riders and/or Amendments carefully.

We especially encourage you to review the Benefit limitations of this *Certificate* by reading the attached *Schedule of Benefits* along with *Section 1: Covered Health Services* and *Section 2: Exclusions and Limitations*. You should also carefully read *Section 8: General Legal Provisions* to better understand how this *Certificate* and your Benefits work. You should call us if you have questions about the limits of the coverage available to you.

Many of the sections of the *Certificate* are related to other sections of the document. You may not have all of the information you need by reading just one section. We also encourage you to keep your *Certificate* and *Schedule of Benefits* and any attachments in a safe place for your future reference.

If there is a conflict between this *Certificate* and any summaries provided to you by the Enrolling Group, this *Certificate* will control.

Please be aware that your Physician is not responsible for knowing or communicating your Benefits.

## Information about Defined Terms

Because this *Certificate* is part of a legal document, we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in *Section 9: Defined Terms*. You can refer to *Section 9: Defined Terms* as you read this document to have a clearer understanding of your *Certificate*.

When we use the words "we," "us," and "our" in this document, we are referring to United HealthCare Insurance Company. When we use the words "you" and "your," we are referring to people who are Covered Persons, as that term is defined in *Section 9: Defined Terms*.

## Don't Hesitate to Contact Us

Throughout the document you will find statements that encourage you to contact us for further information. Whenever you have a question or concern regarding your Benefits, please call us using the telephone number for *Customer Care* listed on your ID card. It will be our pleasure to assist you.

# Section 8: General Legal Provisions

## Your Relationship with Us

In order to make choices about your health care coverage and treatment, we believe that it is important for you to understand how we interact with your Enrolling Group's Benefit plan and how it may affect you. We help finance or administer the Enrolling Group's Benefit plan in which you are enrolled. We do not provide medical services or make treatment decisions. This means:

- We do not decide what care you need or will receive. You and your Physician make those decisions.

- We communicate to you decisions about whether the Enrolling Group's Benefit plan will cover or pay for the health care that you may receive. The plan pays for Covered Health Services, which are more fully described in this *Certificate*.

- The plan may not pay for all treatments you or your Physician may believe are necessary. If the plan does not pay, you will be responsible for the cost.

We may use individually identifiable information about you to identify for you (and you alone) procedures, products or services that you may find valuable. We will use individually identifiable information about you as permitted or required by law, including in our operations and in our research. We will use de-identified data for commercial purposes including research.

Please refer to our *Notice of Privacy Practices* for details.

## Our Relationship with Providers and Enrolling Groups

The relationships between us and Network providers and Enrolling Groups are solely contractual relationships between independent contractors. Network providers and Enrolling Groups are not our agents or employees. Neither we nor any of our employees are agents or employees of Network providers or the Enrolling Groups.

We do not provide health care services or supplies, nor do we practice medicine. Instead, we arrange for health care providers to participate in a Network and we pay Benefits. Network providers are independent practitioners who run their own offices and facilities. Our credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided. They are not our employees nor do we have any other relationship with Network providers such as principal-agent or joint venture. We are not liable for any act or omission of any provider.

We are not considered to be an employer for any purpose with respect to the administration or provision of benefits under the Enrolling Group's Benefit plan. We are not responsible for fulfilling any duties or obligations of an employer with respect to the Enrolling Group's Benefit plan.

The Enrolling Group is solely responsible for all of the following:

- Enrollment and classification changes (including classification changes resulting in your enrollment or the termination of your coverage).

- The timely payment of the Policy Charge to us.

- Notifying you of the termination of the Policy.

When the Enrolling Group purchases the Policy to provide coverage under a benefit plan governed by the *Employee Retirement Income Security Act* ("ERISA"), 29 U.S.C. §1001 et seq., we are not the plan administrator or named fiduciary of the benefit plan, as those terms are used in ERISA. If you have questions about your welfare benefit plan, you should contact the Enrolling Group. If you have any

JRDEF00002834

**HOLLY EXHIBIT 17**      **PAGE 142**

questions about this statement or about your rights under ERISA, contact the nearest area office of the *Employee Benefits Security Administration, U. S. Department of Labor.*

## Your Relationship with Providers and Enrolling Groups

The relationship between you and any provider is that of provider and patient.

- You are responsible for choosing your own provider.
- You are responsible for paying, directly to your provider, any amount identified as a member responsibility, including Copayments, Coinsurance, any Annual Deductible and any amount that exceeds Eligible Expenses.
- You are responsible for paying, directly to your provider, the cost of any non-Covered Health Service.
- You must decide if any provider treating you is right for you. This includes Network providers you choose and providers to whom you have been referred.
- You must decide with your provider what care you should receive.
- Your provider is solely responsible for the quality of the services provided to you.

The relationship between you and the Enrolling Group is that of employer and employee, Dependent or other classification as defined in the Policy.

## Notice

When we provide written notice regarding administration of the Policy to an authorized representative of the Enrolling Group, that notice is deemed notice to all affected Subscribers and their Enrolled Dependents. The Enrolling Group is responsible for giving notice to you.

## Statements by Enrolling Group or Subscriber

All statements made by the Enrolling Group or by a Subscriber shall, in the absence of fraud, be deemed representations and not warranties. Except for fraudulent statements, we will not use any statement made by the Enrolling Group to void the Policy after it has been in force for a period of two years.

## Incentives to Providers

We pay Network providers through various types of contractual arrangements, some of which may include financial incentives to promote the delivery of health care in a cost efficient and effective manner. These financial incentives are not intended to affect your access to health care.

## Incentives to You

Sometimes we may offer coupons or other incentives to encourage you to participate in various wellness programs or certain disease management programs. The decision about whether or not to participate is yours alone but we recommend that you discuss participating in such programs with your Physician. These incentives are not Benefits and do not alter or affect your Benefits. Contact us if you have any questions.

## Interpretation of Benefits

We have the discretion in accordance with state and federal law, to do all of the following:

- Interpret Benefits under the Policy.
- Interpret the other terms, conditions, limitations and exclusions set out in the Policy, including this *Certificate*, the *Schedule of Benefits*, and any Riders and/or Amendments.
- Make factual determinations related to the Policy and its Benefits.

We may delegate this discretionary authority to other persons or entities that provide services in regard to the administration of the Policy.

In certain circumstances, for purposes of overall cost savings or efficiency, we may, in our discretion, offer Benefits for services that would otherwise not be Covered Health Services. The fact that we do so in any particular case shall not in any way be deemed to require us to do so in other similar cases.

## Administrative Services

We may, in our sole discretion, arrange for various persons or entities to provide administrative services in regard to the Policy, such as claims processing. The identity of the service providers and the nature of the services they provide may be changed from time to time in our sole discretion. We are not required to give you prior notice of any such change, nor are we required to obtain your approval. You must cooperate with those persons or entities in the performance of their responsibilities.

## Amendments to the Policy

To the extent permitted by law we reserve the right, in our sole discretion and without your approval, to change, interpret, modify, withdraw or add Benefits or terminate the Policy.

Any provision of the Policy which, on its effective date, is in conflict with the requirements of state or federal statutes or regulations (of the jurisdiction in which the Policy is delivered) is hereby amended to conform to the minimum requirements of such statutes and regulations.

No other change may be made to the Policy unless it is made by an Amendment or Rider which has been signed by one of our officers. All of the following conditions apply:

- Amendments to the Policy are effective 31 days after we send written notice to the Enrolling Group.
- Riders are effective on the date we specify.
- No agent has the authority to change the Policy or to waive any of its provisions.
- No one has authority to make any oral changes or amendments to the Policy.

## Information and Records

We may use your individually identifiable health information to administer the Policy and pay claims, to identify procedures, products, or services that you may find valuable, and as otherwise permitted or required by law. We may request additional information from you to decide your claim for Benefits. We will keep this information confidential. We may also use your de-identified data for commercial purposes, including research, as permitted by law. More detail about how we may use or disclose your information is found in our *Notice of Privacy Practices*.

By accepting Benefits under the Policy, you authorize and direct any person or institution that has provided services to you to furnish us with all information or copies of records relating to the services provided to you. We have the right to request this information at any reasonable time. This applies to all Covered Persons, including Enrolled Dependents whether or not they have signed the Subscriber's enrollment form. We agree that such information and records will be considered confidential.

COC.LGL.I.07.TX                 57

JRDEF00002836

**HOLLY EXHIBIT 17**         **PAGE 144**

We have the right to release any and all records concerning health care services which are necessary to implement and administer the terms of the Policy, for appropriate medical review or quality assessment, or as we are required to do by law or regulation. During and after the term of the Policy, we and our related entities may use and transfer the information gathered under the Policy in a de-identified format for commercial purposes, including research and analytic purposes. Please refer to our Notice of Privacy Practices.

For complete listings of your medical records or billing statements we recommend that you contact your health care provider. Providers may charge you reasonable fees to cover their costs for providing records or completing requested forms.

If you request medical forms or records from us, we also may charge you reasonable fees to cover costs for completing the forms or providing the records.

In some cases, as permitted by law, we will designate other persons or entities to request records or information from or related to you, and to release those records as necessary. Our designees have the same rights to this information as we have.

## Examination of Covered Persons

In the event of a question or dispute regarding your right to Benefits, we may require that a Network Physician of our choice examine you at our expense.

## Workers' Compensation not Affected

Benefits provided under the Policy do not substitute for and do not affect any requirements for coverage by workers' compensation insurance.

## Subrogation

Subrogation is the substitution of one person or entity in the place of another with reference to a lawful claim, demand or right. Immediately upon paying or providing any Benefit, we shall be subrogated to any type of recovery for the reasonable value of any services and Benefits we provided to you.

## Reimbursement

Reimbursement is the payment by you out of the recovery received from any third party to us to be limited to the amount of medical benefits paid by us. We may request and receive reimbursement of any type of recovery for the reasonable value of any services and Benefits we provided to you. We may receive reimbursement for the total amount of past benefits paid not to exceed the amount you receive from any third party.

You agree as follows:

- That you will cooperate with us in protecting our legal and equitable rights to subrogation and reimbursement, including, but not limited to:
    - providing any relevant information requested by us,
    - signing and/or delivering such documents as we or our agents reasonably request to secure the subrogation and reimbursement claim,
    - responding to requests for information about any accident or injuries,
    - making court appearances, and

JRDEF00002837

**HOLLY EXHIBIT 17**        **PAGE 145**

- obtaining our consent or our agents' consent before releasing any party from liability or payment of medical expenses.

- That failure to cooperate in this manner shall be deemed by us to be a breach of contract, and may result in the instigation of legal action against you.

- That no court costs or attorneys' fees may be deducted from our recovery without our express written consent; any so-called "Fund Doctrine" or "Common Fund Doctrine" or "Attorney's Fund Doctrine" shall not defeat this right, and we are not required to participate in or pay court costs or attorneys' fees to the attorney hired by you to pursue your damage/personal injury claim.

- That regardless of whether you have been fully compensated or made whole, we may collect from you the proceeds of any full or partial recovery that you or your legal representative obtain, whether in the form of a settlement (either before or after any determination of liability) or judgment, with such proceeds available for collection to include any and all amounts earmarked as non-economic damage settlement or judgment.

- That you agree that if you receive any payment from any potentially responsible party as a result of an injury or illness, whether by settlement (either before or after any determination of liability), or judgment, you will serve as a constructive trustee over the funds, and failure to hold such funds in trust will be deemed by us to be as a breach of your duties hereunder.

- That you or an authorized agent, such as your attorney, must hold any funds due and owing us, as stated herein, separately and alone, and failure to hold funds as such will be deemed by us to be as a breach of contract, and may result in the instigation of legal action against you.

- That you will assign to us all rights of recovery against Third Parties, to the extent of the reasonable value of services and Benefits we provided.

- That our rights will be considered as the first priority claim against Third Parties, including tortfeasors from whom you are seeking recovery, to be paid before any other of your claims are paid.

- That we may, at our option, take necessary and appropriate action to preserve our rights under these subrogation provisions, including filing suit in your name, which does not obligate us in any way to pay you part of any recovery we might obtain.

- That we shall not be obligated in any way to pursue this right independently or on your behalf.

- That in the case of your wrongful death, the provisions of this section will apply to your estate, the personal representative of your estate, and your heirs.

- That the provisions of this section apply to the parents, guardian, or other representative of a Dependent child who incurs a Sickness or Injury caused by a Third Party. If a parent or guardian may bring a claim for damages arising out of a minor's Injury, the terms of this subrogation and reimbursement clause shall apply to that claim.

In addition to any rights and in consideration of the coverage provided by this *Certificate*, we shall also have an independent right to be reimbursed by you for the reasonable value of any services and Benefits we provide to you and the independent right to enforce subrogation rights from any or all of the following listed below:

- Third parties including any person alleged to have caused you to suffer injuries or damages.

- Your employer.

- Any person or entity who is or may be obligated to provide Benefits or payments to you, including Benefits or payments for underinsured or uninsured motorist protection, no-fault or traditional auto insurance, medical payment coverage (auto, homeowners or otherwise) workers' compensation coverage, other insurance carriers to third party administrators.

COC.LGL.I.07.TX                          59

JRDEF00002838

**HOLLY EXHIBIT 17**          **PAGE 146**

- Any person or entity who is liable for payment to you on any equitable or legal liability theory.

These persons or entities are collectively referred to as "third parties".

## Refund of Overpayments

If we pay Benefits for expenses incurred on account of a Covered Person, that Covered Person, or any other person or organization that was paid, must make a refund to us if any of the following apply:

- All or some of the expenses were not paid by the Covered Person or did not legally have to be paid by the Covered Person.
- All or some of the payment we made exceeded the Benefits under the Policy.
- All or some of the payment was made in error.

The refund equals the amount we paid in excess of the amount we should have paid under the Policy. If the refund is due from another person or organization, the Covered Person agrees to help us get the refund when requested.

If the Covered Person, or any other person or organization that was paid, does not promptly refund the full amount, we may reduce the amount of any future Benefits for the Covered Person that are payable under the Policy. The reductions will equal the amount of the required refund. We may have other rights in addition to the right to reduce future benefits.

## Limitation of Action

If you want to bring a legal action against us you must do so within three years of the date we notified you of our final decision on your appeal or you cannot any legal action involving claim or coverage against us.

## Entire Policy

The Policy issued to the Enrolling Group, including this *Certificate*, the *Schedule of Benefits*, the Enrolling Group's application, and any Riders and/or Amendments, constitutes the entire Policy.