# EXHIBIT 21

# Summary Plan Description

# United HealthCare Insurance Company

# PPO Basic

## for

## DS Waters of America, Inc.

Group Number: 147260
Effective Date: January 1, 2009

**HOLLY EXHIBIT 21**        **PAGE 170**        JRDEF00070394

# Table of Contents

**Introduction ............................................................. 1**
How to Use this Document ........................................................... 1
Information about Defined Terms ................................................ 1
Your Contribution to the Benefit Costs ........................................ 1
Customer Service and Claims Submittal ..................................... 1

**Section 1: What's Covered--Benefits ................. 3**
Accessing Benefits ........................................................................ 3
Copayment .................................................................................... 3
Eligible Expenses ......................................................................... 4
Notification Requirements ........................................................... 4
Payment Information .................................................................... 5
Annual Deductible ........................................................................ 5
Out-of-Pocket Maximum .............................................................. 5
Maximum Plan Benefit ................................................................. 6
Benefit Information ...................................................................... 7
1. Acupuncture Services ............................................................... 7
2. Ambulance Services - Emergency only .................................. 7
3. Dental Services - Accident only ............................................... 7
4. Durable Medical Equipment ..................................................... 9
5. Emergency Health Services .................................................... 11
6. Eye Examinations ..................................................................... 11
7. Home Health Care .................................................................... 11

*To continue reading, go to right column on this page.*

8. Hospice Care ............................................................................. 13
9. Hospital - Inpatient Stay ........................................................... 14
10. Injections received in a Physician's Office .......................... 15
11. Maternity Services .................................................................. 15
12. Mental Health and Substance Abuse Services - Outpatient ....... 16
13. Mental Health and Substance Abuse Services - Inpatient and Intermediate ................................................................................. 17
14. Outpatient Surgery, Diagnostic and Therapeutic Services ......... 18
15. Physician's Office Services ................................................... 20
16. Professional Fees for Surgical and Medical Services ......... 21
17. Prosthetic Devices .................................................................. 21
18. Reconstructive Procedures .................................................... 23
19. Rehabilitation Services - Outpatient Therapy ...................... 24
20. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services ........................................................................................ 25
21. Spinal Treatment ..................................................................... 26
22. Transplantation Services ........................................................ 26
23. Urgent Care Center Services ................................................. 28

**Section 2: What's Not Covered--Exclusions ... 29**
How We Use Headings in this Section ....................................... 29
We Do not Pay Benefits for Exclusions ..................................... 29
A. Alternative Treatments ............................................................ 29
B. Comfort or Convenience .......................................................... 29
C. Dental ......................................................................................... 30
D. Drugs – Please refer to the Outpatient Prescription Drug Rider attached to this Summary Plan Description ................... 30
E. Experimental, Investigational or Unproven Services ........... 30

*To continue reading, go to left column on next page.*

| | |
|---|---|
| F. Foot Care................................................................30 | When to Enroll and When Coverage Begins........................40 |
| G. Medical Supplies and Appliances...........................30 | Initial Enrollment Period..........................................................40 |
| H. Mental Health/Substance Abuse...........................31 | Open Enrollment Period..........................................................40 |
| I. Nutrition..................................................................31 | New Eligible Persons...............................................................40 |
| J. Physical Appearance..............................................31 | Adding New Dependents........................................................40 |
| K. Providers.................................................................32 | Special Enrollment Period......................................................42 |
| L. Reproduction..........................................................32 | |
| M. Services Provided under Another Plan.................32 | **Section 5: How to File a Claim...................43** |
| N. Transplants............................................................33 | If You Receive Covered Health Services from a Network Provider..................................................................................43 |
| O. Travel....................................................................33 | |
| P. Vision and Hearing................................................33 | Filing a Claim for Benefits......................................................43 |
| Q. All Other Exclusions............................................33 | |
| | **Section 6: Questions, Complaints and Appeals...................................................46** |
| **Section 3: Description of Network and Non-Network Benefits..........................35** | What to Do First.....................................................................46 |
| Network Benefits.......................................................35 | How to Appeal a Claim Decision..........................................46 |
| Non-Network Benefits...............................................36 | Appeal Process........................................................................47 |
| Your Responsibility for Notification........................37 | Appeals Determinations.........................................................47 |
| Emergency Health Services.......................................37 | Urgent Claim Appeals that Require Immediate Action......47 |
| **Section 4: When Coverage Begins............38** | **Section 7: Coordination of Benefits..........49** |
| How to Enroll............................................................38 | Benefits When You Have Coverage under More than One Plan.....49 |
| If You Are Hospitalized When Your Coverage Begins........38 | When Coordination of Benefits Applies...............................49 |
| If You Are Eligible for Medicare..............................38 | Definitions..............................................................................49 |
| Who is Eligible for Coverage....................................39 | Order of Benefit Determination Rules..................................50 |
| Eligible Person..........................................................39 | Effect on the Benefits of this Plan.........................................52 |
| Dependent................................................................39 | Right to Receive and Release Needed Information.............53 |

*To continue reading, go to right column on this page.*     *To continue reading, go to left column on next page.*

United HealthCare Insurance Company PPO Basic for DS Waters of America, Inc. - 01/01/09

ii                                                                                                                                    (Table of Contents)

Payments Made .................................................................. 53
Right of Recovery ............................................................. 53

**Section 8: When Coverage Ends ................. 54**
General Information about When Coverage Ends ........... 54
Events Ending Your Coverage ........................................ 55
The Entire Plan Ends ...................................................... 55
You Are No Longer Eligible ........................................... 55
The Claims Administrator Receives Notice to End Coverage ........ 55
Participant Retires or Is Pensioned .................................. 55
Other Events Ending Your Coverage .............................. 56
Fraud, Misrepresentation or False Information ............... 56
Material Violation ............................................................ 56
Improper Use of ID Card ................................................ 56
Failure to Pay .................................................................. 56
Threatening Behavior ...................................................... 56
Coverage for a Handicapped Child ................................. 57
Extended Coverage for Total Disability .......................... 57
Continuation of Coverage ............................................... 57
Continuation Coverage under Federal Law (COBRA) ... 57
Qualifying Events for Continuation Coverage under Federal Law (COBRA) ............................................................... 58
Notification Requirements and Election Period for Continuation Coverage under Federal Law (COBRA) ........ 58
Terminating Events for Continuation Coverage under Federal Law (COBRA) ................................................................ 60

**Section 9: General Legal Provisions ............. 62**

Plan Document ................................................................ 62
Relationship with Providers ............................................ 62
Your Relationship with Providers ................................... 62
Incentives to Providers .................................................... 63
Incentives to You ............................................................. 63
Rebates and Other Payments ........................................... 63
Interpretation of Benefits ................................................ 63
Administrative Services .................................................. 64
Amendments to the Plan ................................................. 64
Clerical Error ................................................................... 64
Information and Records ................................................. 64
Examination of Covered Persons .................................... 65
Workers' Compensation not Affected ............................. 65
Medicare Eligibility ........................................................ 65
Subrogation and Reimbursement .................................... 65
Refund of Overpayments ................................................ 67
Limitation of Action ........................................................ 67

**Section 10: Glossary of Defined Terms ........ 69**

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

(Table of Contents)

United HealthCare Insurance Company PPO Basic for DS Waters of America, Inc. - 01/01/09

iii

# Section 9:
# General Legal Provisions

> This section provides you with information about:
> - General legal provisions concerning the Plan.

## Plan Document

This Summary Plan Description presents an overview of your Benefits. In the event of any discrepancy between this Summary Plan Description and the official Plan Document, the Plan Document shall govern.

## Relationship with Providers

The relationships between us, the Claims Administrator, and Network providers are solely contractual relationships between independent contractors. Network providers are not our agents or employees. Nor are they agents or employees of the Claims Administrator. Neither we nor any of our employees are agents or employees of Network providers.

We do not provide health care services or supplies, nor do we practice medicine. Instead, we pay Benefits. Network providers are independent practitioners who run their own offices and facilities. The credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided. Network providers are not our employees or employees of the Claims Administrator; nor do we

To continue reading, go to right column on this page.

have any other relationship with Network providers such as principal-agent or joint venture. Neither we nor the Claims Administrator are liable for any act or omission of any provider.

The Claims Administrator is not considered to be an employer of the Plan Administrator for any purpose with respect to the administration or provision of benefits under this Plan.

We and the Plan Administrator are solely responsible for all of the following:

- Enrollment and classification changes (including classification changes resulting in your enrollment or the termination of your coverage).
- The timely payment of Benefits.
- Notifying you of the termination or modifications to the Plan.

## Your Relationship with Providers

The relationship between you and any provider is that of provider and patient.

- You are responsible for choosing your own provider.
- You must decide if any provider treating you is right for you. This includes Network providers you choose and providers to whom you have been referred.
- You must decide with your provider what care you should receive.
- Your provider is solely responsible for the quality of the services provided to you.

The relationship between you and us is that of employer and employee, Dependent or other classification as defined in the Plan.

To continue reading, go to left column on next page.

United HealthCare Insurance Company PPO Basic for DS Waters of America, Inc. - 01/01/09
(Section 9: General Legal Provisions)
62

HOLLY EXHIBIT 21       PAGE 174       JRDEF00070460

## Incentives to Providers

The Claims Administrator pays Network providers through various types of contractual arrangements, some of which may include financial incentives to promote the delivery of health care in a cost efficient and effective manner. These financial incentives are not intended to affect your access to health care.

Examples of financial incentives for Network providers are:

- Bonuses for performance based on factors that may include quality, member satisfaction, and/or cost effectiveness.
- Capitation - a group of Network providers receives a monthly payment for each Covered Person who selects a Network provider within the group to perform or coordinate certain health services. The Network providers receive this monthly payment regardless of whether the cost of providing or arranging to provide the Covered Person's health care is less than or more than the payment.

The methods used to pay specific Network providers may vary. From time to time, the payment method may change. If you have questions about whether your Network provider's contract includes any financial incentives, we encourage you to discuss those questions with your provider. You may also contact the Claims Administrator at the telephone number on your ID card. They can advise whether your Network provider is paid by any financial incentive, including those listed above; however, the specific terms of the contract, including rates of payment, are confidential and cannot be disclosed.

## Incentives to You

Sometimes the Claims Administrator may offer coupons or other incentives to encourage you to participate in various wellness programs or certain disease management programs. The decision about whether or not to participate is yours alone but we recommend that you discuss participating in such programs with your Physician. These incentives are not Benefits and do not alter or affect your Benefits. Contact the Claims Administrator if you have any questions.

## Rebates and Other Payments

We and the Claims Administrator may receive rebates for certain drugs that are administered to you in a Physician's office, or at a Hospital or Alternate Facility. This includes rebates for those drugs that are administered to you before you meet your Annual Deductible. We and the Claims Administrator do not pass these rebates on to you, nor are they applied to your Annual Deductible or taken into account in determining your Copayments.

## Interpretation of Benefits

We and the Claims Administrator have sole and exclusive discretion to do all of the following:

- Interpret Benefits under the Plan.
- Interpret the other terms, conditions, limitations and exclusions of the Plan, including this SPD and any Riders and Amendments.
- Make factual determinations related to the Plan and its Benefits.

We and the Claims Administrator may delegate this discretionary authority to other persons or entities who provide services in regard to the administration of the Plan.

In certain circumstances, for purposes of overall cost savings or efficiency, we may, in our sole discretion, offer Benefits for services that would otherwise not be Covered Health Services. The fact that

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

we do so in any particular case shall not in any way be deemed to require us to do so in other similar cases.

## Administrative Services

We may, in our sole discretion, arrange for various persons or entities to provide administrative services in regard to the Plan, such as claims processing. The identity of the service providers and the nature of the services they provide may be changed from time to time in our sole discretion. We are not required to give you prior notice of any such change, nor are we required to obtain your approval. You must cooperate with those persons or entities in the performance of their responsibilities.

## Amendments to the Plan

We reserve the right, in our sole discretion and without your approval, to change, interpret, modify, withdraw or add Benefits or terminate the Plan. Plan Amendments and Riders are effective on the date we specify.

Any provision of the Plan which, on its effective date, is in conflict with the requirements of federal statutes or regulations, or applicable state law provisions not otherwise preempted by ERISA (of the jurisdiction in which the Plan is delivered) is hereby amended to conform to the minimum requirements of such statutes and regulations.

Any change or amendment to or termination of the Plan, its benefits or its terms and conditions, in whole or in part, shall be made solely in a written amendment (in the case of a change or amendment) or in a written resolution (in the case of a termination), whether prospective or retroactive, to the Plan, in accordance with the procedure established by us. Covered Persons will receive notice of

*To continue reading, go to right column on this page.*

any material modification to the Plan. No one has the authority to make any oral modification to the SPD.

## Clerical Error

If a clerical error or other mistake occurs, that error does not create a right to Benefits. These errors include, but are not limited to, providing misinformation on eligibility or Benefit coverages or entitlements. It is your responsibility to confirm the accuracy of statements made by us or our designees, including the Claims Administrator, in accordance with the terms of this SPD and other Plan documents.

## Information and Records

At times we or the Claims Administrator may need additional information from you. You agree to furnish us and/or the Claims Administrator with all information and proofs that we may reasonably require regarding any matters pertaining to the Plan. If you do not provide this information when we request it, we may delay or deny payment of your Benefits.

By accepting Benefits under the Plan, you authorize and direct any person or institution that has provided services to you to furnish us or the Claims Administrator with all information or copies of records relating to the services provided to you. We or the Claims Administrator have the right to request this information at any reasonable time. This applies to all Covered Persons, including Enrolled Dependents whether or not they have signed the Participant's enrollment form. We and the Claims Administrator agree that such information and records will be considered confidential.

We and the Claims Administrator have the right to release any and all records concerning health care services which are necessary to

*To continue reading, go to left column on next page.*

United HealthCare Insurance Company PPO Basic for DS Waters of America, Inc. - 01/01/09
64
(Section 9: General Legal Provisions)

HOLLY EXHIBIT 21          PAGE 176                                          JRDEF00070462

implement and administer the terms of the Plan, for appropriate medical review or quality assessment, or as we are required to do by law or regulation. During and after the term of the Plan, we, the Claims Administrator, and our related entities may use and transfer the information gathered under the Plan for research and analytic purposes.

For complete listings of your medical records or billing statements we recommend that you contact your health care provider. Providers may charge you reasonable fees to cover their costs for providing records or completing requested forms.

If you request medical forms or records from us, we also may charge you reasonable fees to cover costs for completing the forms or providing the records.

In some cases, we or the Claims Administrator will designate other persons or entities to request records or information from or related to you, and to release those records as necessary. Such designees have the same rights to this information as the Plan Administrator.

# Examination of Covered Persons

In the event of a question or dispute regarding your right to Benefits, we may require that a Network Physician of our choice examine you at our expense.

# Workers' Compensation not Affected

Benefits provided under the Plan do not substitute for and do not affect any requirements for coverage by workers' compensation insurance.

*To continue reading, go to right column on this page.*

# Medicare Eligibility

Benefits under the Plan are not intended to supplement any coverage provided by Medicare. Nevertheless, in some circumstances Covered Persons who are eligible for or enrolled in Medicare may also be enrolled under the Plan.

## *If you are eligible for or enrolled in Medicare, please read the following information carefully.*

If you are eligible for Medicare on a primary basis (Medicare pays before Benefits under the Plan), you **should** enroll for and maintain coverage under both Medicare Part A and Part B. If you don't enroll and maintain that coverage, and if we are the secondary payer as described in (Section 7: Coordination of Benefits), we will pay Benefits under the Plan as if you were covered under both Medicare Part A and Part B. As a result, you will be responsible for the costs that Medicare would have paid and you will incur a larger out-of-pocket cost.

If you are enrolled in a Medicare Advantage (Medicare Part C) plan on a primary basis (Medicare pays before Benefits under the Plan), you **should** follow all rules of that plan that require you to seek services from that plan's participating providers. When we are the secondary payer, we will pay any Benefits available to you under the Plan as if you had followed all rules of the Medicare Advantage plan. You will be responsible for any additional costs or reduced Benefits that result from your failure to follow these rules, and you will incur a larger out-of-pocket cost.

# Subrogation and Reimbursement

The Plan has a right to subrogation and reimbursement, as defined below.

*To continue reading, go to left column on next page.*

(Section 9: General Legal Provisions)

***Right to Subrogation***

The right to subrogation means the Plan is substituted to any legal claims that you may be entitled to pursue for Benefits that the Plan has paid. Subrogation applies when the Plan has paid Benefits for a Sickness or Injury for which a third party is considered responsible, e.g. an insurance carrier if you are involved in an auto accident.

The Plan shall be subrogated to, and shall succeed to, all rights of recovery from any or all third parties, under any legal theory of any type, for 100 percent of any services and Benefits the Plan has paid on your behalf relating to any Sickness or Injury caused by any third party.

***Right to Reimbursement***

The right to reimbursement means that if a third party causes a Sickness or Injury for which you receive a settlement, judgment, or other recovery, you must use those proceeds to fully return to the Plan 100% of any Benefits you received for that Sickness or Injury.

***Third Parties***

The following persons and entities are considered third parties:

- A person or entity alleged to have caused you to suffer a Sickness, Injury or damages, or who is legally responsible for the Sickness, Injury or damages.
- The Plan Sponsor.
- Any person or entity who is or may be obligated to provide you with benefits or payments under:
  — Underinsured or uninsured motorist insurance.
  — Medical provisions of no-fault or traditional insurance (auto, homeowners or otherwise).
  — Workers' compensation coverage.

*To continue reading, go to right column on this page.*

  — Any other insurance carrier or third party administrator.

***Subrogation and Reimbursement Provisions***

As a Covered Person, you agree to the following:

- The Plan has a first priority right to receive payment on any claim against a third party before you receive payment from that third party.
- The Plan's subrogation and reimbursement rights apply to full and partial settlements, judgments, or other recoveries paid or payable to you or your representative, no matter how those proceeds are captioned or characterized. Payments include, but are not limited to, economic, non-economic, and punitive damages. The Plan is not required to help you to pursue your claim for damages or personal injuries, or pay any of your associated costs, including attorneys' fees. No so-called "Fund Doctrine" or "Common Fund Doctrine" or "Attorney's Fund Doctrine" shall defeat this right.
- The Plan may enforce its subrogation and reimbursement rights regardless of whether you have been "made whole" (fully compensated for your injuries and damages).
- You will cooperate with the Plan and its agents in a timely manner to protect its legal and equitable rights to subrogation and reimbursement, including, but not limited to:
  — Complying with the terms of this section.
  — Providing any relevant information requested.
  — Signing and/or delivering documents at its request.
  — Appearing at medical examinations and legal proceedings, such as depositions or hearings.
  — Obtaining the Plan's consent before releasing any party from liability or payment of medical expenses.

*To continue reading, go to left column on next page.*

HOLLY EXHIBIT 21        PAGE 178        JRDEF00070464

- If you receive payment as part of a settlement or judgment from any third party as a result of a Sickness or Injury, and the Plan alleges some or all of those funds are due and owed to it, you agree to hold those settlement funds in trust, either in a separate bank account in your name or in your attorney's trust account. You agree that you will serve as a trustee over those funds to the extent of the Benefits the Plan has paid.
- If the Plan incurs attorneys' fees and costs in order to collect third party settlement funds held by you or your representative, the Plan has the right to recover those fees and costs from you.
- You may not accept any settlement that does not fully reimburse the Plan, without its written approval.
- You will assign to the Plan all rights of recovery against third parties to the extent of Benefits the Plan has provided for a Sickness or Injury caused by a third party.
- The Plan's rights will not be reduced due to your own negligence.
- The Plan may file suit in your name and take appropriate action to assert its rights under this section. The Plan is not required to pay you part of any recovery it may obtain from a third party, even if it files suit in your name.
- The provisions of this section apply to the parents, guardian, or other representative of an Enrolled Dependent child who incurs a Sickness or Injury caused by a third party.
- In case of your wrongful death, the provisions of this section apply to your estate, the personal representative of your estate, and your heirs.
- Your failure to cooperate with the Plan or its agents is considered a breach of contract. As such, the Plan has the right to terminate your Benefits, deny future Benefits, take legal action against you, and/or set off from any future Benefits the value of

*To continue reading, go to right column on this page.*

Benefits the Plan has paid relating to any Sickness or Injury caused by any third party to the extent not recovered by the Plan due to you or your representative not cooperating with the Plan.
- If a third party causes you to suffer a Sickness or Injury while you are covered under this Plan, the provisions of this section continue to apply, even after you are no longer a Covered Person.

## Refund of Overpayments

If we pay Benefits for expenses incurred on account of a Covered Person, that Covered Person, or any other person or organization that was paid, must make a refund to us if either of the following apply:

- All or some of the expenses were not paid by the Covered Person or did not legally have to be paid by the Covered Person.
- All or some of the payment we made exceeded the Benefits under the Plan.

The refund equals the amount we paid in excess of the amount we should have paid under the Plan. If the refund is due from another person or organization, the Covered Person agrees to help us get the refund when requested.

If the Covered Person, or any other person or organization that was paid, does not promptly refund the full amount, we may reduce the amount of any future Benefits that are payable under the Plan. The reductions will equal the amount of the required refund. We may have other rights in addition to the right to reduce future benefits.

## Limitation of Action

If you want to bring a legal action against us or the Claims Administrator you must do so within three years from the expiration

*To continue reading, go to left column on next page.*

JRDEF00070465
HOLLY EXHIBIT 21     PAGE 179

# Attachment II

## Summary Plan Description

**Name of Plan:** DS Waters of America, Inc. Welfare Benefit Plan

**Name, Address and Telephone Number of Plan Sponsor and Named Fiduciary:**

DS Waters of America, Inc..
5660 New Northside Dr
Suite 500
Atlanta, GA 30328
(800) 928-3747

The Plan Sponsor retains all fiduciary responsibilities with respect to the Plan except to the extent the Plan Sponsor has delegated or allocated to other persons or entities one or more fiduciary responsibility with respect to the Plan.

**Employer Identification Number (EIN):** 20-5743877

**IRS Plan Number:** 501

**Effective Date of Plan:** January 1, 2009

**Type of Plan:** Group health care coverage plan

*To continue reading, go to right column on this page.*

**Name, Business address, and Business Telephone Number of Plan Administrator:**

DS Waters of America, Inc.
5660 New Northside Dr
Suite 500
Atlanta, GA 30328
(800) 928-3747

**Claims Administrator:** The company which provides certain administrative services for the Plan.

United HealthCare Insurance Company
Attn: Claims
450 Columbus Blvd.
Hartford, CT 06115-0450

The Claims Administrator shall not be deemed or construed as an employer for any purpose with respect to the administration or provision of benefits under the Plan Sponsor's Plan. The Claims Administrator shall not be responsible for fulfilling any duties or obligations of an employer with respect to the Plan Sponsor's Plan.

**Type of Administration of the Plan:** The Plan Sponsor provides certain administrative services in connection with its Plan. The Plan Sponsor may, from time to time in its sole discretion, contract with outside parties to arrange for the provision of other administrative services including arrangement of access to a Network Provider; claims processing services, including coordination of benefits and subrogation; utilization management and complaint resolution assistance. This external administrator is referred to as the Claims Administrator. The Plan Sponsor also has selected a provider network established by United HealthCare Insurance Company. The provider network selected for this Plan is the Choice Plus network.

*To continue reading, go to left column on next page.*

United HealthCare Insurance Company PPO Basic for DS Waters of America, Inc. - 01/01/09

I

(Attachment II)

The named fiduciary of Plan is DS Waters of America, Inc., the Plan Sponsor.

**Person designated as agent for service of legal process:**
Service of process may also be made upon the Plan Administrator.

**Source of contributions under the Plan:** There are no contributions to the Plan. All Benefits under the Plan are paid from the general assets of the Plan Sponsor. Any required employee contributions are used to partially reimburse the Plan Sponsor for Benefits under the Plan.

**Method of calculating the amount of contribution:** Employee-required contributions to the Plan Sponsor are the employee's share of costs as determined by Plan Sponsor. From time to time the Plan Sponsor will determine the required employee contributions for reimbursement to the Plan Sponsor and distribute a schedule of such required contributions to employees.

**Date of the end of the year for purposes of maintaining Plan's fiscal records:** The Plan year shall be a twelve month period ending December 31.

**Determinations of Qualified Medical Child Support Orders:**

The Plan's procedures for handling qualified medical child support orders are available without charge upon request to the Plan Administrator.

---

Although the Plan Sponsor currently intends to continue the Benefits provided by this Plan, the Plan Sponsor reserves the right, at any time and for any reason or no reason at all, to change, amend, interpret, modify, withdraw or add Benefits or terminate this Plan or

*To continue reading, go to right column on this page.*

this Summary Plan Description, in whole or in part and in its sole discretion, without prior notice to or approval by Plan participants and their beneficiaries. Any change or amendment to or termination of the Plan, its benefits or its terms and conditions, in whole or in part, shall be made solely in a written amendment (in the case of a change or amendment) or in a written resolution (in the case of termination), whether prospective or retroactive, to the Plan. The amendment or resolution is effective only when approved by the body or person to whom such authority is formally granted by the terms of the Plan. No person or entity has any authority to make any oral changes or amendments to the Plan.

==Benefits under the Plan are furnished in accordance with the Plan Description issued by the Plan Sponsor, including this Summary Plan Description.==

Participant's rights under the Employee Retirement Income Security Act of 1974 (ERISA) and the procedures to be followed in regard to denied claims or other complaints relating to the Plan are set forth in the body of this Summary Plan Description.

## Statement of Employee Retirement Income Security Act of 1974 (ERISA) Rights

As a participant in the Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

### Receive Information About Your Plan and Benefits

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all

*To continue reading, go to left column on next page.*