UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  CV-14-03053-MWF (VBKx)          Date: September 17, 2015
Title:    Almont Ambulatory Surgery Center, LLC, et al. -v- UnitedHealth Group, Inc., et al.

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Sheri Kleeger |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Daron L. Tooch | Andrew Holly |
| Eric D. Chan | R.J. Zayed |
| Cross-Defendants | Bryan Westerfeld |
| Barbara E. Taylor | Tim Branson |
| Ryan D. Kashfian | |
| Robert Kashfian | |

**Proceedings**          MOTION TO DISMISS SECOND AMENDED COMPLAINT AND JOINDERS [166][168][175][203[204][205][206]

The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

:rs
1/25

---

**CIVIL MINUTES—GENERAL**                    1