1  **BRYAN WESTERFELD (S.B. # 218253)**
   bwesterfeld@calemployerlaw.com
2  **NICOLE E. WURSCHER (S.B. # 245879)**
   nwurscher@calemployerlaw.com
3  **WALRAVEN & WESTERFELD LLP**
   101 Enterprise, Suite 350
4  Aliso Viejo, CA 92656
   Telephone: (949) 215-1997
5  Facsimile: (949) 215-1999

6  **R.J. ZAYED (MN ID #0309849)**
   zayed.rj@dorsey.com
7  **TIMOTHY BRANSON (MN ID #174713)**
   branson.tim@dorsey.com
8  **ANDREW HOLLY (MN ID #308353)**
   holly.andrew@dorsey.com
9  *Admitted pro hac vice*
   **DORSEY & WHITNEY LLP**
10 Suite 1500, 50 South Sixth Street
   Minneapolis, MN 55402-1498
11 Telephone: (612) 340-2600
   Facsimile: (612) 340-2868
12
   Attorneys for Defendant UnitedHealth Group Incorporated;
13 and Defendants/Counterclaim Plaintiffs
   United Healthcare Services, Inc., UnitedHealthcare
14 Insurance Company, OptumInsight, Inc.

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITEDHEALTH GROUP, INCORPORATED; *et al.*, <br><br> Defendants. <br>_____<br> UNITED HEALTHCARE SERVICES, INC.; *et al.*, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> ALMONT AMBULATORY SURGERY CENTER, LLC; *et al.*, <br><br> Counterclaim Defendants. | Case No 2:14-cv-03053-MWF(VBKx) <br><br> **COUNTERCLAIM PLAINTIFFS' RESPONSE TO SHEPPARD MULLIN RICHTER & HAMPTON LLP'S MOTION TO WITHDRAW AS COUNSEL FOR COUNTERCLAIM DEFENDANTS MICHAEL AND JULIAN OMIDI** <br><br> **DATE: Oct. 19, 2015** <br> **TIME: 10:00 a.m.** <br> **DEPT.: Courtroom 16** <br><br> (Superior Court of the State of California, County of Los Angeles, Central District Case Number: BC540056) <br><br> Complaint filed: March 21, 2014 |

On September 16, 2015, Sheppard Mullin Richter & Hampton LLP ("Sheppard Mullin") filed a motion requesting that the Court permit it to withdraw as counsel of record for Counterclaim Defendants Michael and Julian Omidi. Dkt. No. 223. Counterclaim-Plaintiffs, United Healthcare Services, Inc., United Healthcare Insurance Company, and OptumInsight, Inc., (collectively "United"), take no position with respect to Sheppard Mullin's motion to withdraw, including the factual basis underlying the motion. United does believe, however, that Michael and Julian Omidi should be represented by substitute counsel, given the complexity of this case and considerations of judicial economy.

Dated: September 23, 2015                **WALRAVEN & WESTERFELD LLP**

By: /s/ BRYAN S. WESTERFELD
    BRYAN S. WESTERFELD

Attorneys for Defendant UnitedHealth Group Incorporated;
and Defendants/Counterclaim Plaintiffs United Healthcare Services, Inc., UnitedHealthcare
Insurance Company, OptumInsight, Inc.

Dated: September 23, 2015                **DORSEY & WHITNEY LLP**

By: /s/ RJ ZAYED
    RJ ZAYED

*Admitted Pro Hac Vice*
Attorneys for Defendant UnitedHealth Group Incorporated;
and Defendants/Counterclaim Plaintiffs United Healthcare Services, Inc., UnitedHealthcare
Insurance Company, OptumInsight, Inc.