1  Julian Omidi
2  Michael Omidi
   P.O. Box 24947
3  Los Angeles, CA 90024
4  *Counterclaim-Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Almont Ambulatory Surgery Center, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Unitedhealth Group, Inc., et al., <br><br> Defendants. | Case No. 14-CV-03053-MWF (VBKx) <br><br> **COUNTERCLAIM DEFENDANT JULIAN AND MICHAEL OMIDI'S OPPOSITION TO AND REQUEST FOR IN CAMERA HEARING REGARDING SHEPPARD MULLIN RICHTER & HAMPTON LLP'S MOTION TO WITHDRAW AS COUNSEL FOR COUNTERCLAIM DEFENDANTS MICHAEL AND JULIAN OMIDI** |
| United Healthcare Services, Inc., et al., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> Almont Ambulatory Surgery Center, LLC, et al., <br><br> Counterclaim Defendants. | DATE: Oct. 19, 2015 <br> TIME: 10:00 a.m. <br> DEPT.: Courtroom 16 <br><br> (*Superior Court of the State of California, County of Los Angeles, Central District Case Number: BC540056*) <br><br> Complaint filed: March 21, 2014 |

1

**COUNTERCLAIM DEFENDANT JULIAN AND MICHAEL OMIDI'S OPPOSITION AND REQUEST FOR AN *IN CAMERA* HEARING—Case No. 14-CV-03053**

# COUNTERCLAIM DEFENDANT'S OPPOSITION TO AND REQUEST FOR *IN CAMERA* HEARING REGARDING SHEPPARD MULLIN RICHTER & HAMPTON LLP'S MOTION TO WITHDRAW

Counterclaim Defendants Julian and Michael Omidi ("Counterclaim Defendants") hereby oppose Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin") motion to withdraw as counsel. Sheppard Mullin has been advising Counterclaim Defendants for years.

Allowing Sheppard Mullin to withdraw will be severally prejudicial to Counterclaim Defendants. Counterclaim Defendants cannot further discuss this matter in public because it will reveal attorney-client privileged information.

For this reason, Counterclaim Defendants request an *in camera* hearing to discuss this matter and preserve the attorney client privilege. Counterclaim Defendants would also like to discuss the claims and assertions made by Sheppard Mullin in its motion.

Respectfully Submitted,

Dated: September 28, 2015

_____
Julian Omidi

Dated: September 28, 2015

_____
Michael Omidi

# PROOF OF SERVICE

I am employed and a resident of the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 6380 Wilshire Boulevard, Suite 820, Los Angeles, California, 90048.

On September 28, 2015, I served the document described as:

**COUNTERCLAIM DEFENDANT JULIAN AND MICHAEL OMIDI'S OPPOSITION TO AND REQUEST FOR IN CAMERA HEARING REGARDING SHEPPARD MULLIN RICHTER & HAMPTON LLP'S MOTION TO WITHDRAW AS COUNSEL FOR COUNTERCLAIM DEFENDANTS MICHAEL AND JULIAN OMIDI**

Upon the interested parties in this action in a sealed envelope addressed as follows:
**SEE ATTACHED SERVICE LIST**

\_\_X\_\_ (By Mail) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in affidavit.

_____(By Facsimile Transmission) I caused the foregoing document to be served by facsimile transmission to each of the interested parties at the facsimile machine telecopy number shown in the service list attached hereto.

_____ (By Electronic Mail) I caused the foregoing document to be served in ".pdf format" from my electronic mail address, without error, situated and transmitted on this office's server for the web address www.yahoo.com to each of the interested parties at the email address shown in the service list attached hereto.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on this 28th day of September, 2015, at Los Angeles, California.

/s/ James Fleming

James Fleming

3

COUNTERCLAIM DEFENDANT JULIAN AND MICHAEL OMIDI'S OPPOSITION AND REQUEST FOR AN *IN CAMERA* HEARING—Case No. 14-CV-03053

## SERVICE LIST

| | |
|---|---|
| Daron L Tooch<br>Eric David Chan<br>**HOOPER, LUNDY, AND BOOKMAN P C**<br>1875 Century Park East Suite 1600<br>Los Angeles, CA 90067-2517<br>Phone: 310-551-8111<br>Fax: 310-551-8181<br>dtooch@health-law.com | *Attorneys for Plaintiff and Attorneys for Counter Defendants*,<br>ALMONT AMBULATORY SURGERY CENTER, LLC, BAKERSFIELD SURGERY INSTITUTE, LLC, INDEPENDENT MEDICAL SERVICES, INC., MODERN INSTITUTE OF PLASTIC SURGERY & ANTIAGING, INC., NEW LIFE SURGERY CENTER, LLC, ORANGE GROVE SURGERY CENTER, LLC, SAN DIEGO AMBULATORY SURGERY CENTER, LLC, SKIN CANCER & RECONSTRUCTIVE SURGERY SPECIALISTS OF BEVERLY HILLS, INC., VALENCIA AMBULATORY SURGERY CENTER, LLC, and WEST HILLS SURGERY CENTER, LLC |
| Robert Kashfian, Esq.<br>Ryan Kashfian, Esq.<br>**KASHFIAN & KASHFIAN, LLP**<br>1875 Century Park East, Suite 1340<br>Los Angeles, California 90067<br>Telephone (310)751-7578<br>robert@kashfianlaw.com<br>ryan@kashfianlaw.com | *Attorneys for Counter Defendants*,<br>CINDY OMIDI, PROPERTY CARE INSURANCE, INC., and DEVIDA, USA, LLC |
| Charles Kreindler, Esq.<br>Barbara Taylor, Esq.<br>**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**<br>333 South Hope Street,<br>43rd Floor Los Angeles, California 90071<br>Telephone (213)620-1780<br>ckreindler@sheppardmullin.com<br>btaylor@sheppardmullin.com | *Attorneys for Counter Defendants*,<br>MICHAEL OMIDI and JULIAN OMIDI |

COUNTERCLAIM DEFENDANT JULIAN AND MICHAEL OMIDI'S OPPOSITION AND REQUEST FOR AN *IN CAMERA* HEARING—Case No. 14-CV-03053

| | |
|---|---|
| Bryan Westerfeld<br>Nicole E. Wursher<br>nwurscher@calemployerlaw.com<br>**WALRAVEN & WESTERFELD LLP**<br>101 Enterprise, Suite 350<br>Aliso Viejo, CA 92656<br>Telephone: (949) 215-1997<br>Facsimile: (949) 215-1999<br><br>R.J. Zayed<br>zayed.rj@dorsey.com<br>Timothy Branson<br>branson.tim@dorsey.com<br>Andrew Holly<br>holly.andrew@dorsey.com<br>*Admitted pro hac vice*<br>**DORSEY & WHITNEY LLP**<br>50 South Sixth Street Minneapolis, Suite 1500,<br>MN 55402-1498<br>Telephone: (612) 340-2600<br>Facsimile: (612) 340-2868 | *Attorneys for Defendants and Counter Plaintiffs,*<br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTHCARE INSURANCE COMPANY, OPTUMINSIGHT, INC., |
| Eileen M. Decker, Esq.<br>**UNITED STATES ATTORNEY**<br>Lawrence S. Middleton, Esq.<br>**ASSISTANT UNITED STATES ATTORNEY CHIEF, CRIMINAL DIVISION**<br>Consuelo S. Woodhead, Esq.<br>**ASSISTANT UNITED STATES ATTORNEY DEPUTY CHIEF, MAJOR FRAUDS SECTION**<br>Evan J. Davis, Esq.<br>Kristen A. Williams, Esq.<br>**ASSISTANT UNITED STATES ATTORNEYS MAJOR FRAUDS SECTION**<br>1100 United States Courthouse<br>312 North Spring Street<br>Los Angeles, California 90012<br>Telephone: (213) 894-3987/ 0526<br>Facsimile: (213) 894-6269<br>Consuelo.Woodhead@usdoj.gov<br>Kristen.Williams@usdoj.gov | *Attorneys for Interveners,*<br>UNITED STATES OF AMERICA |

5

**COUNTERCLAIM DEFENDANT JULIAN AND MICHAEL OMIDI'S OPPOSITION AND REQUEST FOR AN *IN CAMERA* HEARING—Case No. 14-CV-03053**