# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC , et al.<br><br>PLAINTIFF(S),<br><br>v.<br><br>UNITEDHEALTH GROUP, INC. , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:14−cv−03053−MWF−AFM<br><br><br><br>**REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE** |

     A Motion to Disqualify __Judge Michael W. Fitzgerald__ was filed on __1/20/16__. Pursuant to General Order 14−03 and Local Rule 72−5, this motion is referred to __Judge Otis D. Wright, II__ for determination.

Clerk, U.S. District Court

__January 20, 2016__
Date

By __/s/ *Madelina Guerrero*__
Deputy Clerk

---

### FOR COURT USE ONLY

Ruling on prior motion(s):  _X_ No __ Yes.  Refer to document number(s): __

---

*cc:   Judge Assigned to Case*
*     Judge Assigned to Determine Motion*
*     Counsel of Record*