Robert J. Rice, Esq. (SBN 131255)
LAW OFFICES OF ROBERT J. RICE
rjriceesq5@gmail.com
6380 Wilshire Boulevard, Suite 820
Los Angeles, California 90048
Telephone (323) 297-3700

*Attorney for Respondent*,
JULIAN OMIDI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, a California limited liability company, et al., <br><br> Plaintiffs, <br> v. <br><br> UNITEDHEALTH GROUP, INC.; UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY; OPTUMINSIGHT, INC., and DOES 1 through 20, <br><br> Defendants. <br><br> UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY; OPTUMINSIGHT, INC., <br><br> Counterclaim Plaintiffs, <br> v. <br><br> ALMONT AMBULATORY SURGERY CENTER, LLC, a California limited liability company; et al., <br><br> Counterclaim Defendants. | Case No. 14-CV-03053-MWF (VBKx) <br><br> **NOTICE OF ERRATA TO DKT 265** <br><br> Date: February 29, 2016 <br> Time: 9:00 a.m. <br> Ctrm: 1600 <br><br> Case assigned to: Honorable Michael W. Fitzgerald <br><br> Disqualification Motion Referred to: Honorable Otis D. Wright II |

-i-
NOTICE OF ERRATA

# NOTICE OF ERRATA

Counterclaim Defendant Julian Omidi files this notice of Errata. On January 29, 2016 Defendant Julian Omidi electronically filed Supplemental Motion to Disqualify the Government, DKT 265. It has come to Counterclaim Defendant's attention that a number in DKT 265 is inadvertently incorrect. On line 2 of page 5 of the memorandum, "$24,800" should be replaced with "$15,200".

Dated: February 1, 2016                         Respectfully submitted,

/s/ Robert J. Rice
Robert J. Rice, Esq.
LAW OFFICES OF ROBERT J. RICE
rjriceesq5@gmail.com
6380 Wilshire Boulevard, Suite 820
Los Angeles, California 90048
Telephone (323) 297-3700

Attorney for Respondent,
JULIAN OMIDI

# PROOF OF SERVICE

I am employed and a resident of the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 6380 Wilshire Boulevard, Suite 820, Los Angeles, California, 90048.

On February 1, 2016, I served the document described as:

## NOTICE OF ERRATA

Upon the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

_____ (By Mail) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in affidavit.

_____ (By Facsimile Transmission) I caused the foregoing document to be served by facsimile transmission to each of the interested parties at the facsimile machine telecopy number shown in the service list attached hereto.

\_\_X\_\_ (By Electronic Mail/ECF) I served the above entitled document through the court's ECF system to all parties listed on the ECF's record. I checked the CM/ECF docket for this case and determined that the listed persons were so served:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 1, 2016, at Los Angeles, California.

/s/ Robert J. Rice
Robert J. Rice

-1-
PROOF OF SERVICE

**SERVICE LIST**

Barbara E Taylor        asotelo@sheppardmullin.com, btaylor@sheppardmullin.com, pchand@sheppardmullin.com

Stephen P Lucke        wolfe.susan@dorsey.com, lucke.steve@dorsey.com

Timothy E Branson        skwiera.linda@dorsey.com, branson.tim@dorsey.com

Daron L Tooch        grodriguez@health-law.com, hlbdocket@health-law.com, dtooch@health-law.com

Michelle S Grant        skwiera.linda@dorsey.com, grant.michelle@dorsey.com, vallant.katherine@dorsey.com

Ryan Daniel Kashfian        ptokar@kashfianlaw.com, ecf-filings@kashfianlaw.com, onovak@kashfianlaw.com, ryan@kashfianlaw.com

Bryan David Daly        bdaly@sheppardmullin.com

Michael E Rowe        rowe.michael@dorsey.com

Rabea Jamal Zayed        motzko.sheila@dorsey.com, zayed.rj@dorsey.com

Bridget A Gordon        grodriguez@health-law.com, bgordon@health-law.com

Evan J Davis        evan.davis@usdoj.gov, susan.cavallone@usdoj.gov

Eric David Chan        grodriguez@health-law.com, echan@health-law.com

Kirsten Schubert        hilgers.sheri@dorsey.com, schubert.kirsten@dorsey.com

Olga Novak        ecf-filings@kashfianlaw.com, onovak@kashfianlaw.com

Robert J Rice        rjriceesq@aol.com, rjriceesq5@gmail.com

Katherine Markowski Dru        kdru@health-law.com, hlbdocket@health-law.com, greese@health-law.com

Nicole Elizabeth Wurscher        kls@walravenlaw.com, new@walravenlaw.com

Consuelo S Woodhead        usacac.criminal@usdoj.gov, consuelo.woodhead@usdoj.gov

Maureen Jaroscak   maureenjaroscak@live.com

Bryan Scott Westerfeld   bwesterfeld@walravenlaw.com

Larry A Walraven   jridley@calemployerlaw.com, bwesterfeld@calemployerlaw.com, ksullivan@calemployerlaw.com, lwalraven@calemployerlaw.com

Andrew J Holly   kaemmer.lori@dorsey.com, holly.andrew@dorsey.com

Kristen A Williams   kristen.williams@usdoj.gov, usacac.criminal@usdoj.gov

Charles L Kreindler   aanguiano@sheppardmullin.com, ckreindler@sheppardmullin.com

Robert Adam Kashfian   anna@kashfianlaw.com, ecf-filings@kashfianlaw.com, robert@kashfianlaw.com