1    Robert J. Rice, Esq. (SBN 131255)
     LAW OFFICES OF ROBERT J. RICE
2    rjriceesq5@gmail.com
     6380 Wilshire Boulevard, Suite 820
3    Los Angeles, California 90048
     Telephone (323) 297-3700
4
     *Attorney for Respondent,*
5    JULIAN OMIDI

6

7                    **UNITED STATES DISTRICT COURT**

8        **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

9

10   ALMONT AMBULATORY                    ) Case No. 14-CV-03053-MWF (VBKx)
     SURGERY CENTER, LLC, a               )
11   California limited liability company, et ) **UNDER SEAL**
     al.,                                 )
12                                        ) **EXHIBITS TO REPLY TO**
                                          ) **OPPOSITION FROM UNITED**
13             Plaintiffs,                ) **HEALTHCARE GREOUP IN**
                                          ) **OPPOSITION TO MOTION TO**
14        v.                              ) **RECUSE JUDGE MICHAEL W.**
                                          ) **FITZGERALD**
15   UNITEDHEALTH GROUP, INC.;            )
     UNITED HEALTHCARE SERVICES,          )
16   INC., UNITED HEALTHCARE              ) Date:        March ___, 2016
     INSURANCE COMPANY;                   ) Time:        9:00 a.m.
17   OPTUMINSIGHT, INC., and DOES 1       ) Ctrm:        1600
     through 20,                          )
18                                        ) Honorable Michael W. Fitzgerald
          Defendants.                     )
19   ─────────────────────────────       )
                                          )
20   UNITED HEALTHCARE SERVICES,          )    REDACTED
     INC., UNITED HEALTHCARE              )
21   INSURANCE COMPANY;                   )
     OPTUMINSIGHT, INC.,                  )
22                                        )
                                          )
23             Counterclaim Plaintiffs,   )
          v.                              )
24                                        )
     ALMONT AMBULATORY                    )
25   SURGERY CENTER, LLC, a               )
     California limited liability company; et )
26   al.,                                 )
                                          )
27             Counterclaim Defendants.   )

28

                                  -1-

                                EXHIBITS

Exhibit "A"

1/23/2016 ▬▬▬▬Los Angeles-Griffith Park/Los Feliz, California 90027 I Los Angeles

 **BlockShopper** Los Angeles

    Search

» Register    Log In

Home Research | Local News | For Sale | Real Estate Agents | Mortgage

▬▬▬▬Los Angeles-Griffith Park/Los Feliz, CA 90027

**Home Details** | Refinance



| | |
|---|---|
| Owner: | **Patrick R Fitzgerald, And Michael W Fitzgerald** |
| City: | **Los Angeles-Griffith Park/Los Feliz** |
| Zip: | **90027** |
| County: | **Los Angeles County CA** |
| Region: | **Central City/East LA** |
| Neighborhood: | **Los Angeles-Griffith Park/Los Feliz** |
| Subdivision: | — |
| Street: | |
| View your Credit Score today. Free! | |
| Yr. Built: | **1936** |
| Builder: | — |
| Sqft (land I living): | **N/A land I 2,203 living** |
| Bedrooms: | **3** |
| Bathrooms: | **4** |
| Property Taxes: | **$5,964.37 (2010)** |
| Stories: | — |



Own ▬▬▬▬ Claim your home and add details!

### Sales History

| Price | Type | Date | B-Buyer/S-Seller | Agent |
|---|---|---|---|---|
| N/A | Resale | 08/22/2002 | B: Michael W Fitzgerald, Patrick Raymond Fitzgerald | BA: N/A |
| | | | S: Patrick R Fitzgerald, Patrick Raymond Fitzgerald | SA: N/A |

### Info & Demographics

| Information | | Demographics | |
|---|---|---|---|
| Elementary School: | N/A | Median Income | $96,716 |
| Middle School: | N/A | White: All* | 79.5% |
| High School: | **Hollywood Senior High School** | White: Latin or Hispanic* | 4.3% |
| U.S. Representative: | **U.S. Rep. Adam Schiff (D-29)** | Black or African American* | 2.9% |
| | | American Indian and Alaska Native* | 0% |
| | | Native Hawaiian and Pacific Islander* | 0% |
| | | Asian* | 16.7% |
| | | Census Tract: | 1893/South of Griffith Park Observatory |
| | | *Alone or in combination | Source: U.S. Census |

**Agent Rank: Los Angeles-Griffith Park/Los Feliz**

1. Dorothy Carter
2. George Moreno
3. Barry Sloane
4. Richard Stanley
5. Daniel Carson
6. Boni Bryant
7. Konstantine Valissaratkos
8. Holly Purcell
9. Claudia Hipolito
10. Jennifer Bertolet

Find highest ranked agents in:

Loading...

**Home Resource Center**
for Los Angeles-Griffith Park/Los Feliz, California

**Mortgage Center**
Get rates from top local mortgage lenders

Sign up for access to more local offers

  

Popular Women Dresses FREE SHIPPING   **STYLEWE** Buy >>

### Notes

Read more notes in Los Angeles-Griffith Park/Los Feliz



April 4, 2010 I Mahealani Dominguez
**Grand Spanish in the heart of Los Feliz**
Here is another home I was priviledged to be involved

**1922 Courtyard style Spanish in Los Feliz** Mahealani Dominguez
**Charming Los Feliz Starter Home** Mahealani Dominguez
**Sleek Traditional on Canyon Drive** Mahealani Dominguez

Exhibit "B"



UP TO
FREE
AIR
2 FOR 1
CRUISE

Exhibit "C"




50+ Matches for Michael Fitzgerald in People Search


FITZGERALD, MICHAEL contributed $500.00 to ActBlue in 2010




FITZGERALD, MICHAEL contributed $1000.00 to ActBlue in 2010



Exhibit "D"

**CAMPAIGN FINANCE > Search Contributions to Candidates and Officeholders**

## Campaign Contributions

<< New Search | << Main Menu

[Print Friendly | Excel]

[Page: >> ]

| Date ▲▼ | Contributor▲▼ | Candidate/ ▲▼ Officeholder | Schedule▲▼ (Type) | Amount▲▼ |
|---|---|---|---|---|
| 05/28/99 | **Michael Fitzgerald** (Individual) Los Angeles, CA 90027 Occupation: Attorney Employer: Corbin & Fitzgerald | **Michael Feuer** City Attorney 990461 - Mike Feuer for City Attorney | A - Monetary Contribution Received *Period:* 01/01/99 to 06/30/99 *Election:* 04/10/01 | $500.00 |
| 06/30/99 | **Michael Fitzgerald** (Individual) Los Angeles, CA 90027 Occupation: Attorney Employer: Corbin & Fitzgerald | **Michael Feuer** City Attorney 990461 - Mike Feuer for City Attorney | A - Monetary Contribution Received *Period:* 01/01/99 to 06/30/99 *Election:* 04/10/01 | $500.00 |
| 04/28/00 | **Michael Fitzgerald** (Individual) Los Angeles, CA 90027 Occupation: Attorney Employer: Corbin & Fitzgerald | **Jack Weiss** Council Member - District 5 1222641 - Committee to Elect Jack Weiss L.A. City Council | A - Monetary Contribution Received *Period:* 01/01/00 to 06/30/00 *Election:* 04/10/01 | $500.00 |
| 04/27/01 | **Michael Fitzgerald** (Individual) Los Angeles, CA 90027 Occupation: Attorney Employer: Corbin & Fitzgerald | **Michael Feuer** City Attorney 1234361 - Mike Feuer for City Attorney-General | A - Monetary Contribution Received *Period:* 04/05/01 to 05/19/01 *Election:* 06/05/01 | $500.00 |
| 04/25/01 | **Michael Fitzgerald** (Individual) Los Angeles, CA 90027 Occupation: Attorney Employer: Corbin & Fitzgerald | **Jack Weiss** Council Member - District 5 1234332 - Jack Weiss for City Council General Election Committee | A - Monetary Contribution Received *Period:* 01/01/01 to 05/19/01 *Election:* 06/05/01 | $500.00 |
| 05/31/01 | **Michael Fitzgerald** (Individual) Los Angeles, CA 90027 Occupation: Attorney Employer: Corbin & Fitzgerald | **Michael Feuer** City Attorney 1234361 - Mike Feuer for City Attorney-General | A - Monetary Contribution Received *Period:* 05/31/01 to 06/30/01 *Election:* 06/05/01 | $500.00 |
| 11/10/03 | **Michael Fitzgerald** (Individual) Los Angeles, CA 90027 Occupation: Attorney Employer: Corbin & Fitzgerald | **Jack S. Weiss** Council Member - District 5 1259382 - Committee to Re-Elect Jack Weiss | A - Monetary Contribution Received *Period:* 10/01/03 to 12/31/03 *Election:* 04/05/05 | $500.00 |
| 02/16/05 | **Michael Fitzgerald** (Individual) Los Angeles, CA 90027 | **Antonio Villaraigosa** 1267602 - Villaraigosa for Mayor 2005 | A - Monetary Contribution | $1,000.00 |

| | | | Received | |
|---|---|---|---|---|
| | Occupation: Attorney<br>Employer: Corbin & Fitzgerald LLP | | *Period:* 01/23/05 to 02/19/05<br>*Election:* 03/08/05 | |
| 04/01/05 | **Michael Fitzgerald**<br>(Individual)<br>Los Angeles, CA 90027<br>Occupation: Attorney<br>Employer: Corbin & Fitzgerald LLP | **Antonio Villaraigosa**<br>1275257 - Villaraigosa for Mayor 2005 - GENERAL | A - Monetary Contribution Received<br><br>*Period:* 01/01/05 to 04/02/05<br>*Election:* 05/17/05 | $1,000.00 |
| 06/16/05 | **Michael Fitzgerald**<br>(Individual)<br>Los Angeles, CA 90027<br>Occupation: Attorney<br>Employer: Corbin & Fitzgerald | **Jack S. Weiss**<br>Council Member - District 5<br>1234332 - Jack Weiss Officeholder Account | A - Monetary Contribution Received<br><br>*Period:* 04/01/05 to 06/30/05<br>*Election:* 06/07/05 | $500.00 |
| 06/13/06 | **Michael Fitzgerald**<br>(Individual)<br>Los Angeles, CA 90027<br>Occupation: Attorney<br>Employer: Corbin & Fitzgerald | **Jack S. Weiss**<br>Council Member - District 5<br>1234332 - Jack Weiss Officeholder Account | A - Monetary Contribution Received<br><br>*Period:* 04/01/06 to 06/30/06<br>*Election:* 06/07/05 | $500.00 |
| 11/28/07 | **Michael Fitzgerald**<br>(Individual)<br>Los Angeles, CA 90027<br>Occupation: Attorney<br>Employer: Corbin & Fitzgerald | **Jack S. Weiss**<br>City Attorney<br>1296355 - JACK WEISS FOR LOS ANGELES CITY ATTORNEY | A - Monetary Contribution Received<br><br>*Period:* 07/01/07 to 12/31/07<br>*Election:* 04/07/09 | $1,000.00 |
| 02/11/09 | **Michael Fitzgerald**<br>(Individual)<br>Los Angeles, CA 90027<br>Occupation: Attorney<br>Employer: Corbin & Fitzgerald LLP | **Antonio Villaraigosa**<br>Mayor<br>1305101 - Antonio R. Villaraigosa for Mayor 2009 | A - Monetary Contribution Received<br><br>*Period:* 01/18/09 to 02/14/09<br>*Election:* 03/03/09 | $1,000.00 |
| 03/05/09 | **Michael Fitzgerald**<br>(Individual)<br>Los Angeles, CA 90027<br>Occupation: Attorney<br>Employer: Corbin & Fitzgerald | **Jack S. Weiss**<br>City Attorney<br>1316235 - JACK WEISS FOR LOS ANGELES CITY ATTORNEY 2009 GENERAL | A - Monetary Contribution Received<br><br>*Period:* 01/91/09 to 04/04/09 | $1,000.00 |
| 02/26/09 | **Michael W. Fitzgerald**<br>(Individual)<br>Los Angeles, CA 90027<br>Occupation: Lawyer<br>Employer: Corbin, Fitzgerald & Athey, LLP | **Eric Garcetti**<br>Council Member - District 13<br>1304681 - Garcetti for Council 2009 | A - Monetary Contribution Received<br><br>*Period:* 02/26/09 to 06/30/09<br>*Election:* 03/03/09 | $500.00 |
| | | **Total Monetary Contributions (A):** | | **$10,000.00**<br>(does not include unitemized) |
| | | **Total Amount Received:** | | **$10,000.00** |

[Print Friendly | Excel]

[Page: >> ]

Case 2:14-cv-03053-MWF-AFM    Document 269-1    Filed 02/05/16    Page 11 of 23   Page ID #:9823

**Disclaimer:** EFS data is input by candidate committees. The Commission does not amend information to edit variations in spelling, punctuation, use of abbreviations or inaccuracies. Therefore, search results may not be 100% accurate or inclusive.

Select Language    ⌄

Powered by Google **Translate**

© 2016 City of Los Angeles, unless otherwise noted. All logos, names, insignias, etc. of City departments, offices, and commissions are trademarks of the City of Los Angeles. Unauthorized use is prohibited.

[credits | requirements | site disclaimer | translation disclaimer]

Exhibit "E"

# Cell Phone Search

Search Criteria

**State:** Ca
**Last:** fitzgerald
**First:** patrick
**Middle:** r
**Include Historical:** Yes

Phone Listings - No Records Found

Hide | Historical Records - 8 records

Hide | Historical Record

| Name: | FITZGERALD, PATRICK R | | DOB: | 01/18/1966 |
|---|---|---|---|---|
| Address: | 92082 | Map It | Phone: | |
| Report Date: | 01/21/2016 | | | |

Hide | Historical Record

| Name: | FITZGERALD, PATRICK R | | DOB: | 01/18/1966 |
|---|---|---|---|---|
| Address: | 92082 | Map It | Phone: | |
| Report Date: | 01/19/2016 | | | |

Hide | Historical Record

| Name: | FITZGERALD, PATRICK R | | DOB: | 07/11/1959 |
|---|---|---|---|---|
| Address: | 90027 | Map It | Phone: | |
| Report Date: | 01/18/2016 | | | |

Hide | Historical Record

| Name: | FITZGERALD, PATRICK R | | DOB: | 01/18/1966 |
|---|---|---|---|---|
| Address: | 92082- | Map It | Phone: | |
| Report Date: | 01/17/2016 | | | |

Hide | Historical Record

| Name: | FITZGERALD, PATRICK R | | DOB: | 06/12/1956 |
|---|---|---|---|---|
| Address: | 90706 | Map It | Phone: | |
| Report Date: | 01/16/2016 | | | |

Hide | Historical Record

| Name: | FITZGERALD, PATRICK R | | DOB: | 02/27/1985 |
|---|---|---|---|---|
| Address: | 90245- | Map It | Phone: | |
| Report Date: | 01/09/2016 | | | |

Hide | Historical Record

| Name: | FITZGERALD, PATRICK R | | | |
|---|---|---|---|---|
| Address: | 91782 | Map It | Phone: | |
| Report Date: | 05/05/2014 | | | |

Hide | Historical Record

| Name: | FITZGERALD, PATRICK R | | DOB: | 1959 |
| Address: | 92083 | Map It | Phone: | |
| Report Date: | 06/01/1993 | | | |

# Exhibit "F"

1/23/2016                                    Tracers Information Specialists, Inc. - Phone Search

# Phone Search

## 11 Records

| Search Criteria |
|---|
| **Phone Number:** ███████ |

**Phone Search - 11 records**

[ Hide ] Phone Record

**Reported Date:** 01/18/2016
**Name:** PATRICK RAYMOND FITZGERALD
**Address:** ███████
**City:** LOS ANGELES
**State:** CA
**Zip Code:** 90027█████
**County:** ███████
**Phone Number:** ███████
**Phone Carrier:** PACIFIC BELL

[ Hide ] Phone Record

**Reported Date:** 07/01/2015
**Name:** MICHAEL W FITZGERALD
**Address:** ███████
**City:** ███████
**State:** CA
**Zip Code:** 90027
**County:** ███████
**Phone Number:** ███████
**Phone Carrier:** PACIFIC BELL

[ Hide ] Phone Record

**Reported Date:** 06/08/2015
**Name:** MICHAEL WALTER FITZGERALD
**Address:** ███████
**City:** ███████
**State:** ███████
**Zip Code:** 90027█████
**County:** ███████
**Phone Number:** ███████
**Phone Carrier:** PACIFIC BELL

[ Hide ] Phone Record

**Reported Date:** 04/01/2015
**Name:** PATRICK R FITZGERALD
**Address:** ███████

1/23/2016    Tracers Information Specialists, Inc. - Phone Search

**City:** L█████████
**State:** █████████
**Zip Code:** █████████
**County:** █████████
**Phone Number:** █████████
**Phone Carrier:** PACIFIC BELL

[ Hide ] Phone Record

**Reported Date:** 05/30/2014
**Name:** MICHAEL W FITZGERALD
**Address:** █████████
**City:** █████████
**State:** █████████
**Zip Code:** 90027-█
**County:** █████████
**Phone Number:** █████████
**Phone Carrier:** PACIFIC BELL

[ Hide ] Phone Record

**Reported Date:** 11/07/2013
**Name:** MICHAEL FITZGERALD
**Address:** █████████
**City:** █████████
**State:** █████████
**Zip Code:** 90027-█
**County:** LOS ANGELES
**Phone Number:** █████████
**Phone Carrier:** PACIFIC BELL

[ Hide ] Phone Record

**Reported Date:** 04/19/2012
**Name:** MICHAEL FITZGERALD
**Address:** █████████
**City:** █████████
**State:** █████████
**Zip Code:** 90027-█
**County:** █████████
**Phone Number:** █████████
**Phone Carrier:** PACIFIC BELL

[ Hide ] Phone Record

**Reported Date:** 03/13/2012
**Name:** MICHAEL FITZGERALD
**Address:** █████████
**City:** █████████
**State:** █████████
**Zip Code:** 90027
**County:** █████████
**Phone Number:** █████████

1/23/2016                    Tracers Information Specialists, Inc. - Phone Search

**Phone Carrier:** PACIFIC BELL

[ Hide ] Phone Record

**Reported Date:** 05/20/2009
**Name:** M FITZGERALD
**City:** ████████████
**State:** ██
**Zip Code:** 90028
**County:** ████████████
**Phone Number:** ████████████
**Phone Carrier:** PACIFIC BELL

[ Hide ] Phone Record

**Reported Date:** 01/01/2004
**Name:** MICHAEL WALTER FITZGERALD
**Address:** ████████████
**City:** ████████
**State:** ██
**Zip Code:** 90027-████
**County:** ████████████
**Phone Number:** ████████████
**Phone Carrier:** PACIFIC BELL

[ Hide ] Phone Record

**Reported Date:** 11/13/2000
**Name:** PATRICK R FITZGERALD
**Address:** ████████
**City:** ████████
**State:** ██
**Zip Code:** 90026-████
**County:** ████████████
**Phone Number:** ████████████
**Phone Carrier:** PACIFIC BELL
**Secondary Phone Number:** ████████
**Secondary Phone Carrier:** VERIZON CALIFORNIA INC.-CA (GTE)

Exhibit "G"

| SCHEDULE A | ITEMIZED RECEIPTS | | Use separate schedule(s) for each category of the Detailed Summary Page | PAGE 17 | OF 69 |
|---|---|---|---|---|---|
| | | | | FOR LINE NUMBER 11(a) (i) | |

Contributions From Individuals/Persons

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purpose, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**                                                    (01/01/99 - 06/30/99)

Schiff for Congress                          C00343871

| A. Full Name, Mailing Address and ZIP Code | Name of Employer | Date (month, day, year) | Amount of Each Receipt this Period |
|---|---|---|---|
| Norman Paintech 10106 Empyrean Way, #102 Los Angeles, CA 90067 | Liberty Building Company | 06/30/99 | 1,000.00 |
| | Occupation Builder | | |
| Receipt For: [X] Primary  General  Other (specify): | Aggregate Year-to-Date  $ 1,000.00 | | |
| B. Full Name, Mailing Address and ZIP Code | Name of Employer | Date (month, day, year) | Amount of Each Receipt this Period |
| Jerry K. Fields 10508 Clearwood Court Los Angeles, CA 90077-2019 | Self-Employed | 06/29/99 | 1,000.00 |
| | Occupation Private Judge | | |
| Receipt For: [X] Primary  General  Other (specify): | Aggregate Year-to-Date  $ 1,000.00 | | |
| C. Full Name, Mailing Address and ZIP Code | Name of Employer | Date (month, day, year) | Amount of Each Receipt this Period |
| Michael S. Fields 301 North Canon Drive, Suite 320 Beverly Hills, CA 90210 | Michael S. Fields Attorney at Law | 06/29/99 | 250.00 |
| | Occupation Attorney | | |
| Receipt For: [X] Primary  General  Other (specify): | Aggregate Year-to-Date  $ 250.00 | | |
| D. Full Name, Mailing Address and ZIP Code | Name of Employer | Date (month, day, year) | Amount of Each Receipt this Period |
| Michael W. Fitzgerald 90027 | Corbin & Fitzgerald LLP | 06/04/99 | 1,000.00 |
| | Occupation Attorney | | |
| Receipt For: [X] Primary  General  Other (specify): | Aggregate Year-to-Date  $ 1,000.00 | | |
| E. Full Name, Mailing Address and ZIP Code | Name of Employer | Date (month, day, year) | Amount of Each Receipt this Period |
| Patrick B. Fitzgerald ▆▆▆▆ | U.S. Department of Justice | 06/14/99 | 250.00 |
| | Occupation Attorney | | |
| Receipt For: [X] Primary  General  Other (specify): | Aggregate Year-to-Date  $ 250.00 | | |
| F. Full Name, Mailing Address and ZIP Code | Name of Employer | Date (month, day, year) | Amount of Each Receipt this Period |
| Bernard Fleischer 11768C Moorpark Street Studio City, CA 91604 | PacFed | 06/20/99 | 500.00 |
| | Occupation Administrator | | |
| Receipt For: [X] Primary  General  Other (specify): | Aggregate Year-to-Date  $ 500.00 | | |
| G. Full Name, Mailing Address and ZIP Code | Name of Employer | Date (month, day, year) | Amount of Each Receipt this Period |
| Anne Flett-Giordano 2504 Anacapa Santa Barbara, CA 93105 | Paramount Studios | 06/26/99 | 1,000.00 |
| | Occupation Writer | | |
| Receipt For: [X] Primary  General  Other (specify): | Aggregate Year-to-Date  $ 1,000.00 | | |

SUBTOTAL of Receipts This Page (optional) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    5,000.00

TOTAL This Period (last page this line number only) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Exhibit "H"




Los Angeles County Registrar-Recorder/County Clerk

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

February 04, 2016

This is a certified Abstract of an Affidavit of Registration currently on file with the Los Angeles County Registrar-Recorder/County Clerk. The authenticity of this documentation bears the seal of the Registrar- Recorder/County Clerk imprinted in purple ink, and may be verified, if necessary, by contacting the Election Information Section at (562) 466-1310, Monday through Friday, between 8 a.m. to 5 p.m..

The Abstract verifies the voter registration status of the person named below.  It has been provided in lieu of a photocopy of the Affidavit of Registration and is evidence  of citizenship for voting purposes only. Additional documentation may be necessary if used for proof of citizenship when traveling outside the United States.  You may want to contact the foreign country's governmental tourism office or consult your travel agent.

**DEAN C. LOGAN**
REGISTRAR-RECORDER/COUNTY CLERK

---

## VOTER REGISTRATION ABSTRACT

*VOTER ID:*                                *STATUS:*           **ACTIVE**

*NAME:*  **MR PATRICK RAYMOND FITZGERALD**          *CONDITION:*        **MINOR ITEM CORRECTION**

*ADDRESS:* 90027          *CONDITION DATE:* 

*PARTY:*           *AFFIDAVIT:*
*BIRTHPLACE:*          *REGISTRATION DATE:*
*BIRTHDATE:*          *AFFIDAVIT RECEIVED :* 
                      *MICROFILM NUMBER:*

This is a true certified document
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

FEB - 4 2016

Dean C. Logan REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA



 Los Angeles County Registrar-Recorder/County Clerk

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

February 04, 2016

This is a certified Abstract of an Affidavit of Registration currently on file with the Los Angeles County Registrar-Recorder/County Clerk. The authenticity of this documentation bears the seal of the Registrar- Recorder/County Clerk imprinted in purple ink, and may be verified, if necessary, by contacting the Election Information Section at (562) 466-1310, Monday through Friday, between 8 a.m. to 5 p.m..

The Abstract verifies the voter registration status of the person named below. It has been provided in lieu of a photocopy of the Affidavit of Registration and is evidence of citizenship for voting purposes only. Additional documentation may be necessary if used for proof of citizenship when traveling outside the United States. You may want to contact the foreign country's governmental tourism office or consult your travel agent.

**DEAN C. LOGAN**
REGISTRAR-RECORDER/COUNTY CLERK



## VOTER REGISTRATION ABSTRACT

| | |
|---|---|
| *VOTER ID:* ▓▓▓ | *STATUS:* **ACTIVE** |
| *NAME:* **MR MICHAEL WALTER FITZGERALD** | *CONDITION:* **MINOR ITEM CORRECTION** |
| | *CONDITION DATE:* ▓▓▓ |
| *ADDRESS:* ▓▓▓ 90027 | |



| | |
|---|---|
| *PARTY:* | *AFFIDAVIT:* |
| *BIRTHPLACE:* | *REGISTRATION DATE:* |
| *BIRTHDATE:* | *AFFIDAVIT RECEIVED :* |
| | *MICROFILM NUMBER:* |



This is a true certified document
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

FEB - 4 2016   



Dean C. Logan REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA