ROBERT RICE (State Bar No. 131255)
LAW OFFICES ROBERT RICE
6380 Wilshire Blvd Ste 820
Los Angeles, CA 90048
Telephone: (323) 297- 3700
Facsimile: (323) 591- 0101
E-Mail: rjriceesq5@gmail.com

Attorneys for Respondent
JULIAN OMIDI

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, a California limited liability company, et al., <br><br> Plaintiffs, <br> v. <br> UNITEDHEALTH GROUP, INC.; UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY; OPTUMINSIGHT, INC., and DOES 1 through 20, <br><br> Defendants. | Case No. 2:14-cv-03053-MWF(VBKx) <br> Honorable Michael W. Fitzgerald <br><br> **REDACTED DECLARATION OF IAN SHAKRAMY IN SUPPORT OF COUNTERCLAIM DEFENDANT JULIAN OMIDI'S OBJECTION AND OPPOSITION TO DKT 258** <br><br> Date: March ___, 2016 <br> Time: 9:00 a.m. <br> Ctrm: 1600 <br><br> Honorable Michael W. Fitzgerald |
| UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY; OPTUMINSIGHT, INC., <br><br> Counterclaim Plaintiffs, <br> v. <br> ALMONT AMBULATORY SURGERY CENTER, LLC, a California limited liability company; et al., <br> Counterclaim Defendants. | |

REDACTED DECLARATION OF IAN SHAKRAMY IN SUPPORT OF
COUNTERCLAIM DEFENDANT JULIAN OMIDI

## DECLARATION OF IAN SHAKRAMY

I, Ian Shakramy, hereby declare and say:

1. I am a resident of the County of Los Angeles, State of California. I make this statement of my own personal knowledge. If called as a witness I would competently testify as follows:

2. I have been engaged as an attorney starting on November 2014 to assist in litigation matters involving Golden State Practice Management, Inc. and its affiliates, assignees and agents.

3. One of my earlier tasks was to investigate and obtain statements from patients who were part of an ongoing civil litigation with United Healthcare and a pending criminal investigation by the U.S. Department of Justice.

4. One such patient is example patient #14 of fifteen (15) original example patients in United Healthcare complaint, ████████.

5. My colleague and I, James Fleming (another attorney), spoke to him at a local restaurant near his place of employment sometime in March of 2015. We asked him about his experience with the Lap Band surgery and prepared his statement for his review and signature.

6. ████████ stated he was happy with the services provided and stated that no one had ever misled him, contrary to the United Healthcare lawsuit allegations. He was friendly to us and he communicated directly with James Fleming regarding any possible edits to his declaration. He committed sending a signed copy via email directly to Mr. Fleming. He also expressed interest in possibly pursuing a case against Allergan, the makers of the Lap Band, due to a design or manufacturing defect.

7. On or about June 2015, ████████ and Mr. Fleming spoke by phone. I was nearby to hear Mr. Fleming. After the phone call, Mr. Fleming told me that ████████ was visited by the FBI and seemed very upset. He didn't want to have any further contact with us.

8. In June and July 2015, James Fleming attempted to contact ████████ several times. To my knowledge, ████████ has not replied to Mr. Fleming's emails, nor has he returned any of Mr. Fleming's calls.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of January, 2016 at Los Angeles, California.

_____
Ian S. Shakramy

# PROOF OF SERVICE

I am employed and a resident of the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 6380 Wilshire Boulevard, Suite 820, Los Angeles, California, 90048.

On February 10, 2016, I served the document described as:
REPLY TO UNITED OPPOSITION TO RECUSAL, DKT 268

Upon the interested parties in this action as follows:
SEE ATTACHED SERVICE LIST

(By Mail) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in affidavit.

(By Facsimile Transmission) I caused the foregoing document to be served by facsimile transmission to each of the interested parties at the facsimile machine telecopy number shown in the service list attached hereto.

  X   (By Electronic Mail/ECF) Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/10/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated in the attached service list below:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 10, 2016, at Los Angeles, California.

/s/ Robert J. Rice

Case No. 2:14-cv-03053-MWF(VBKx)

## SERVICE LIST

Barbara E Taylor     asotelo@sheppardmullin.com, btaylor@sheppardmullin.com, pchand@sheppardmullin.com

Stephen P Lucke     wolfe.susan@dorsey.com, lucke.steve@dorsey.com

Timothy E Branson     skwiera.linda@dorsey.com, branson.tim@dorsey.com

Daron L Tooch     grodriguez@health-law.com, hlbdocket@health-law.com, dtooch@health-law.com

Michelle S Grant     skwiera.linda@dorsey.com, grant.michelle@dorsey.com, vallant.katherine@dorsey.com

Ryan Daniel Kashfian     ptokar@kashfianlaw.com, ecf-filings@kashfianlaw.com, onovak@kashfianlaw.com, ryan@kashfianlaw.com

Bryan David Daly     bdaly@sheppardmullin.com

Michael E Rowe     rowe.michael@dorsey.com

Rabea Jamal Zayed     motzko.sheila@dorsey.com, zayed.rj@dorsey.com

Bridget A Gordon     grodriguez@health-law.com, bgordon@health-law.com

Evan J Davis     evan.davis@usdoj.gov, susan.cavallone@usdoj.gov

Eric David Chan     grodriguez@health-law.com, echan@health-law.com

Kirsten Schubert     hilgers.sheri@dorsey.com, schubert.kirsten@dorsey.com

Olga Novak     ecf-filings@kashfianlaw.com, onovak@kashfianlaw.com

Robert J Rice     rjriceesq@aol.com, rjriceesq5@gmail.com

Katherine Markowski Dru     kdru@health-law.com, hlbdocket@health-law.com, greese@health-law.com

Nicole Elizabeth Wurscher     kls@walravenlaw.com, new@walravenlaw.com

Consuelo S Woodhead     usacac.criminal@usdoj.gov, consuelo.woodhead@usdoj.gov

Maureen Jaroscak     maureenjaroscak@live.com

Bryan Scott Westerfeld     bwesterfeld@walravenlaw.com

Larry A Walraven     jridley@calemployerlaw.com, bwesterfeld@calemployerlaw.com, ksullivan@calemployerlaw.com, lwalraven@calemployerlaw.com

Andrew J Holly     kaemmer.lori@dorsey.com, holly.andrew@dorsey.com

REDACTED DECLARATION OF IAN SHAKRAMY IN SUPPORT OF COUNTERCLAIM DEFENDANT JULIAN OMIDI

1  Kristen A Williams    kristen.williams@usdoj.gov, usacac.criminal@usdoj.gov

2  Charles L Kreindler    aanguiano@sheppardmullin.com, ckreindler@sheppardmullin.com

3

4  Robert Adam Kashfian    anna@kashfianlaw.com, ecf-filings@kashfianlaw.com, robert@kashfianlaw.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REDACTED DECLARATION OF IAN SHAKRAMY IN SUPPORT OF
COUNTERCLAIM DEFENDANT JULIAN OMIDI