BRYAN S. WESTERFELD (S.B. # 218253)
bwesterfeld@calemployerlaw.com
NICOLE E. WURSCHER (S.B # 245879)
nwurscher@calemployerlaw.com
WALRAVEN & WESTERFELD LLP
101 Enterprise, Suite 350
Aliso Viejo, CA 92656
Telephone:  (949) 215-1997
Facsimile:   (949) 215-1999

R.J. ZAYED (MN ID #0309849)
zayed.rj@dorsey.com
STEPHEN P. LUCKE (MN ID #151210)
lucke.steve@dorsey.com
TIMOTHY BRANSON (MN ID #174713)
branson.tim@dorsey.com
*Admitted pro hac vice*
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:   (612) 340-2868

Attorneys for Defendant UnitedHealth Group Incorporated;
and Defendants/Counterclaim Plaintiffs
United Healthcare Services, Inc., UnitedHealthcare
Insurance Company; OptumInsight, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, *et al.*,<br><br>Defendants.<br>_____<br>UNITED HEALTHCARE SERVICES, INC., *et al.*,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*,<br><br>Counter-Defendants. | Case No 2:14-cv-03053-MWF(AFMx)<br><br>**DECLARATION OF BRYAN S. WESTERFELD IN SUPPORT OF UNITED'S OPPOSITION TO COUNTER-DEFENDANTS JULIAN AND MICHAEL OMIDI'S MOTION TO QUASH**<br><br>Case assigned to: Hon. Michael W. Fitzgerald<br><br>Magistrate Judge: Hon. Alexander F. MacKinnon<br><br>Disqualification Motion Referred to: Judge Otis D. Wright II |

I, **BRYAN S. WESTERFELD**, declare as follows:

1. I am a partner at the law firm of Walraven & Westerfeld LLP, attorneys for Defendants and Counter-Plaintiffs in the above-captioned action. I make this Declaration in support of United's opposition to Counterclaim Defendants' Motion to Quash. This Declaration is based on personal knowledge and I would be able to testify to the facts stated herein.

2. On January 22, 2016, Michael Rowe and I as counsel for United conferred with Mr. Robert Rice, counsel for Julian and Michael Omidi, regarding the Omidis' intention to file a Motion to Quash. During this conference counsel for United indicated that it had identified the bank accounts subject to its October 7, 2015, bank subpoenas in one of these three ways: (i) publicly available information identifying the accounts seized by federal prosecutors in its ongoing investigation related to the Omidis, (ii) information gathered from the initial Wells Fargo subpoena; and (iii) accounts into which fraudulently induced United checks were deposited.

3. Following that conference, on February 11, 2016, I sent Mr. Rice an email reiterating the three ways in which United identified the bank accounts now at issue. Attached hereto as **Exhibit 1** is a true and correct copy of my email to Mr. Rice.

4. One of the ways in which United learned of these bank accounts is through publicly filed documents in other matters, including a matter in which Cindy Omidi petitioned the federal government for the return of certain seized assets. Attached hereto as **Exhibit 2** is a true and correct copy of a seizure warrant executed against twelve accounts held at Deutsche Bank Securities, Inc. This document was publicly filed on March 13, 2015 in Case No. 2:15-cv-00389-ODW-VBK, Dkt. 13-8.

5. Attached hereto as **Exhibit 3** is a true and correct excerpt from the Government's motion to dismiss Cindy Omidi's petition for the return of funds in which the Government identifies twelve Deutsche Bank Securities, Inc. accounts and two Bank of America, N.A. accounts. This document was publicly filed on March 13, 2015 in Case No. 2:15-cv-00389-ODW-VBK, Dkt. 13.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a Certification and Notice of Interested Parties filed on January 30, 2015 in Case No. 2:15-cv-00389-ODW-VBK, Dkt. 7, in which Counterclaim Defendants Cindy Omidi and Property Care Insurance, Inc. claim an interest in certain Deutsche Bank Securities, Inc. and Bank of America, N.A. bank accounts.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a document previously produced by Wells Fargo and stamped WF_00066386 - WF_00066390 showing the relationship between Wells Fargo account xxxxxx5471 and known Omidi entity San Diego Surgery, LLC, and Counterclaim Defendants Michael, Julian, and Cindy Omidi.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiffs and Counter-Defendant Providers' Responses to United Defendants'/Counterclaimants' First Request for Documents served on United on December 8, 2014.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiffs and Counter-Defendant Providers' Responses to United Defendants'/Counterclaimants' First Set of Interrogatories served on United on December 8, 2014.

10. Attached hereto as **Exhibit 8** is a true and correct copy of Exhibit C to the SACC, entitled "Checks Endorsed by Julian or Michael Omidi."

11. Attached hereto as **Exhibit 9** is a true and correct copy of Exhibit D to the SACC, entitled "United Checks Endorsed by Top Surgeons."

12. Attached hereto as **Exhibit 10** is a true and correct copy of Exhibit E to the SACC, entitled "United Checks Deposited into Wells Fargo Bank Account A."

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: February 19, 2016

WALRAVEN & WESTERFELD LLP

By: _____
Bryan S. Westerfeld