Exhibit 8

# EXHIBIT C

## CHECKS ENDORSED BY JULIAN OR MICHAEL OMIDI

**The Omidis** (central node, with Julian Omidi and Michael Omidi connecting to it)

Entities connected to The Omidis:

- George Mednik, MD
- Ultrasound Specialists/Mednik
- Ciro Surgery Center LLC
- Corrective Surgery Specialists
- Gynecology Specialists/Bonni
- Valencia ASC
- Valencia Anesthesia LLC
- Valencia Ultrasound LLC
- West Hills Anesthesia LLC
- Lapband Specialists LLC/James A Hartleroad MD
- Nadia I Kihiczak MD
- Pacific West Dermatology A Med/Julian C Omidi MD
- Reconstructive Surgery Special/Brian R West MD
- Reconstructive Surgery Specialists
- Beverly Hills Ultrasound/Mednik
- Beverly Hills Anesthesia LLC
- Valencia Gastroenterology LLC
- Valencia Laboratory LLC
- Valencia Laboratory LLC/George Mednik MD
- West Hills Gastroenterology LLC/Morton E Alpert MD
- West Hills Surgery LLC/Kevork G Tashjian MD
- West Hills Gastroenterology
- Bakersfield Surgery Center
- Anesthesia Specialists LLC
- Valencia Anesthesia LLC/Steven L Mandel MD
- Valencia Gastroenterology LLC/Atul Madan MD
- West Hills Anesthesia LLC/Daniel S Shin MD
- West Hills Anesthesia LLC/Steven L Mandel MD
- West Hills Laboratory LLC
- Valley Surgical Center LLC
- West Hills Ultrasound LLC
- Almont ASC
- Skin Cancer & Reconstructive
- Skin Cancer & Reconstructive Surgery Specialists
- Valencia Gastroenterology LLC / Marvin A Perer MD
- Valencia Ultrasound LLC/George Mednik MD
- West Hills Anesthesia LLC/Sean Shahriar Shahangian MD
- New Life Surgery Center LLC
- Woodlake ASC
- West Hills Surgery Center LLC
- Bakersfield Surgery Institute
- Beverly Hills Laboratory LLC
- Beverly Hills Surgery Center
- Lapband Specialists LLC
- Modern Institute of Plastic Surgery
- Pacific West Dermatology, Inc.
- Skin Cancer & Reconst./Nadia
- Reconst. Surgery Specialists/Ollie
- Beverly Hills Anesthesia LLC / Scott C Bickman MD
- Beverly Hills Gastroenterology/ Atul Madan MD
- Lapband Specialists LLC/Atabak Aliaei MD
- Lapband Specialists LLC/Atul Madan MD
- Lapband Specialists LLC/George Kevork Tashjian MD

Exhibit C - Page 77
Ex. 8 - Page 200-

# Exhibit 9



UNITED CHECKS ENDORSED BY TOP SURGEONS

**EXHIBIT D**

# Exhibit 10

# EXHIBIT E

## UNITED CHECKS DEPOSITED INTO WELLS FARGO BANK ACCOUNT A

Central node: **Wells Fargo Bank Account A — $6,570,315.63**

Entities feeding into the account:

- GETA Medical Inc.
- Laboratory Specialists LLC
- Lapband Specialists LLC
- Lapband Specialists LLC/Madan
- Lapband Specialists LLC/Gee
- Lapband Specialists LLC/Tashjian
- MAFL Medical
- Modern Institute of Plastic Surgery
- Modern Institute of Plastic Surgery & Anti Aging
- New Life Surgery Center LLC
- Palmdale ASC
- Reconstructive Surgery Specialists/Von Maur
- Reconstructive Surgery Specialists/Jackson
- Corrective Surgery Specialists
- Almont ASC
- Beverly Hills Surgery LLC
- West Hills Surgery LLC
- Anesthesia Specialists LLC
- Endoscopy Specialists LLC
- ARBO Medical Inc
- Michael Omidi
- Lapband Specialists LLC/Hartleroad
- Skin Cancer & Reconstructive/Jackson
- West Hills Gastroenterology/Alpert
- West Hills Surgery LLC/Gee
- West Hills Ultrasound LLC
- West Hills Laboratory LLC
- West Hills Gastroenterology
- Valley Surgical Center
- Ultrasound Specialists/Mednik
- West Hills Anesthesia LLC
- West Hills Anesthesia LLC/Shin
- West Hills Anesthesia LLC/Kon
- West Hills Anesthesia LLC/Mandel
- West Hills Anesthesia LLC/Steiner
- Rash Medical Inc/Shamtob
- West Hills Surgery LLC/Madan

Exhibit E
Ex. 10 - Page 79
-202-