# Exhibit 1

**From:** Bryan Westerfeld
**Sent:** Thursday, February 11, 2016 2:37 PM
**To:** rjriceesq5@gmail.com
**Cc:** dima@aristovlaw.com; rowe.michael@dorsey.com; Grant.Michelle@dorsey.com
**Subject:** RE: Motion Protective Order

Bob,

Thank you for confirming the briefing and hearing schedule. Also, and to reiterate what we said during our January 22, 2016, meet-and-confer session, United identified the subpoenaed back accounts based on its review of: (i) public records identifying accounts seized by the government; (ii) Wells Fargo bank records previously produced in this litigation; and (iii) cancelled checks

Bryan

**From:** Robert Rice [mailto:rjriceesq5@gmail.com]
**Sent:** Wednesday, February 10, 2016 3:02 PM
**To:** Bryan Westerfeld
**Cc:** Dmitriy Aristov
**Subject:** Re: Motion Protective Order

Counsel:

We anticipate a draft for your review on friday February 12, 2016 and follow the proposed schedule.

Robert Rice

On Tue, Feb 9, 2016 at 3:21 PM, Bryan Westerfeld <bwesterfeld@walravenlaw.com> wrote:

Bob,

I have not received any response from you to me e-mails below. Please confirm by tomorrow that we are moving forward with the schedule detailed below. If we do not hear from you by tomorrow, we will request a conference with Magistrate MacKinnon to avoid any further delay in scheduling a hearing.

Bryan

**From:** Bryan Westerfeld
**Sent:** Wednesday, February 3, 2016 9:43 AM
**To:** Robert Rice <rjriceesq5@gmail.com>
**Cc:** Dmitriy Aristov <dima@aristovlaw.com>; 'rowe.michael@dorsey.com' <rowe.michael@dorsey.com>

**Subject:** RE: Motion Protective Order

Bob, following up on my e-mail below, please confirm we are moving forward based on the following schedule:

- February 12 – Omidis to provide their portion of the joint stipulation for the motion.
- February 19 – United to provide its portion of the joint stipulation for filing.
- March 15 – Hearing on motion.

Thank you.

Bryan

---

**From:** Bryan Westerfeld
**Sent:** Thursday, January 28, 2016 11:50 AM
**To:** 'Robert Rice'
**Cc:** Dmitriy Aristov; rowe.michael@dorsey.com
**Subject:** RE: Motion Protective Order

Bob,

We will accept a filing date for the motion on February 19, if we can agree to the earliest available hearing date, which for Magistrate MacKinnon is March 15, 2016 (Magistrate Judge MacKinnon hears motions on Tuesdays at 10:00am). Based on the February 19 filing date and under Local Rule 37, we will expect to receive from you the Omidis' portion of the joint stipulation for the motion by February 12, and we will provide you our portion for filing on February 19.

Regards,

Bryan

**From:** Robert Rice [mailto:rjriceesq5@gmail.com]
**Sent:** Wednesday, January 27, 2016 9:18 AM
**To:** Bryan Westerfeld
**Cc:** Dmitriy Aristov
**Subject:** Motion Protective Order

Bryan

Based upon our discussions and meet and confer related to the pending subpoenas, a Motion for Protective Order will be filed February 19, 2016.

Please forward dates for the hearing on the motion that are open for your office.

Thank you for you cooperation.

Robert Rice