Exhibit 2

ORIGINAL

# United States District Court

___CENTRAL___          **DISTRICT OF** ____ ___CALIFORNIA___

In the Matter of the Seizure of
(Address or Brief description of property or premises to be seized)

All funds on deposit in Deutsche Bank Securities, Inc.
account numbers
**REDACTED**

**SEIZURE WARRANT**

**CASE NUMBER:**

**14 - 1031█**

TO: <u>United States Food and Drug Administration (FDA), Office of Criminal Investigations (OCI)</u> and any Authorized Officer of the
United States, Affidavit(s) having been made before me by <u>SPECIAL AGENT ZEVA PETTIGREW</u> who has reason to believe that in
the Southern District of New York there is now certain property which is subject to forfeiture to the United States, namely (describe the
property to be seized)

All funds on deposit in Deutsche Bank Securities, Inc. account numbers    **REDACTED**

which is (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under 18 U.S.C. § 981(a)(1)(A) and (C) and (b)

concerning a violation of Title _18_ United States Code, Section(s) 1341, 1343 and 1347.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is
subject to seizure and that grounds exist for the issuance of this seizure warrant.

**Deutsche Bank Securities, Inc. is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to
the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the United States Marshals
Service.**

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in
the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written
inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

5/23/14        12-35 pm
Date and Time Issued

_____    Los Angeles, California
                           City and State

Hon. Victor B. Kenton, U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

Steven R. Welk
SRW
5/21/14

Exhibit G

2o
Ex. 2 - Page 6

Case 2:14-cv-03053-MWF-AFM    Document 295-2    Filed 02/25/16    Page 3 of 3    Page
ID #:10410
Case 2:15-cv-00389-ODW-VBK    Document 13-6    Filed 03/13/15    Page 2 of 2    Page ID #:172

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br><br>*MAY 31, 2014* | DATE AND TIME WARRANT EXECUTED<br><br>*JUNE 4, 2014 @ 8:50Am* | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>*KRIS KWONG, PARALEGAL W: 212/250-5148* |

INVENTORY MADE IN THE PRESENCE OF

*DOUGLAS SLOAN, DIRECTOR, RISK - ANTI- MONEY LAUNDERING; 212/250-7208*

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

*KRIS KWONG*
*PARALEGAL* } *SEIZURE WARRANT*
*W: 212/250-5148* } *SERVED ON.*

*- account balance print-outs*
*- 1st page of Monthly Statements for*
*each account for May 2014*

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*Matthew N. Comerford, JUNE 4, 2014*

Subscribed, sworn to, and returned before me this date.

_____      _____
U.S. Judge or Magistrate              Date

*27*