Exhibit 4

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Spertus, Landes & Umhofer, LLP
Matthew D. Umhofer (SBN 206607)
1990 S. Bundy Dr., Suite 705
Los Angeles, CA 90025
310-826-4700; matthew@spertuslaw.com

ATTORNEY(S) FOR: Cindy Omidi, Asset Mgt Irrev. Trusts via Trustee Asiatrust Nevis Ltd, aka Asiatrust Ltd, and Property Care Insurance, Inc.

CLEAR FORM

FILED
CLERK, U.S. DISTRICT COURT

Jan 30, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: KMU   DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE
SEIZURE OF FUNDS ON
DEPOSIT IN VARIOUS BANK
ACCOUNTS et al.
                    Plaintiff(s),
v.

                    Defendant(s).

CASE NUMBER:
14-1031M & 14-1270M
LACV15-0389 AB (VBKx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Cindy Omidi, Asset Mgt Irrev. Trusts via Trustee Asiatrust Nevis Ltd, aka Asiatrust Ltd, and Property Care Insurance, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Cindy Omidi: | Legal and/or Equitable Owner of Seized Funds |
| 2. Asset Management Irrevocable Trusts: | Legal and/or Equitable Owner of Seized Funds |
| 3. Asiatrust Nevis Ltd, aka Asiatrust Ltd: | Legal and/or Equitable Owner of Seized Funds |
| 4. Property Care Insurance, Inc.: | Legal and/or Equitable Owner of Seized Funds |

1/15/2015
Date

Signature

LODGED
CLERK, U.S. DISTRICT COURT
JAN 20 2015
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Attorney of record for (or name of party appearing in pro per):
Cindy Omidi, Asset Mgt Irrev. Trusts via Trustee Asiatrust Nevis Ltd, aka Asiatrust Ltd, and Property Care Insurance, Inc.

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA     )
                        )
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action. My business address is 1990 S. Bundy Drive, Suite 705, Los Angeles, California 90025. On January 16, 2015, I served the foregoing documents CERTIFICATE AND NOTICE OF INTERESTED PARTIES, on the interested party in this action, as follows:

> Consuelo Woodhead
> Deputy Chief, Major Frauds Section
> United States Attorney's Office
> 312 N. Spring Street, 12th Floor
> Los Angeles, CA 90012
>
> Steven Welk
> Section Chief, Asset Forfeiture Section
> United States Attorney's Office
> 312 N. Spring Street, 12th Floor
> Los Angeles, CA 90012

[X] **(VIA MAIL)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Los Angeles, California. I am readily familiar with the practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

[] **(E-MAIL)** I caused a copy of the documents to be sent to the persons at the e-mail addresses listed above.

[X] **(FEDERAL COURT ONLY)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2015, at Los Angeles, California.

*/s/ Irene Clark*
Irene Clark