# Exhibit 5

**REDACTED**

WF_00066386
CONFIDENTIAL

**REDACTED**

WF_00066387
CONFIDENTIAL

**REDACTED**

WF_00066388
CONFIDENTIAL

**REDACTED**

WF_00066389
CONFIDENTIAL

**REDACTED**

WF_00066390
CONFIDENTIAL