# Exhibit 8

# EXHIBIT C

## CHECKS ENDORSED BY JULIAN OR MICHAEL OMIIDI

Central node: **The Omidis**

Connected to Julian Omidi and Michael Omidi.

Entities connected to The Omidis / Julian Omidi / Michael Omidi:

- George Mednik, MD
- Ultrasound Specialists/Mednik
- Ciro Surgery Center LLC
- Corrective Surgery Specialists
- Gynecology Specialists/Bonni
- Valencia ASC
- Valencia Anesthesia LLC
- Valencia Ultrasound LLC
- West Hills Anesthesia LLC
- Lapband Specialists LLC/James A Hartleroad MD
- Nadia I Kihiczak MD
- Pacific West Dermatology A Med/Julian C Omidi MD
- Reconstructive Surgery Special/Brian R West MD
- Reconstructive Surgery Specialists
- Beverly Hills Ultrasound/Mednik
- Beverly Hills Anesthesia LLC
- Valencia Gastroenterology LLC
- Valencia Laboratory LLC
- Valencia Laboratory LLC/George Mednik MD
- West Hills Gastroenterology LLC/Morton E Alpert MD
- West Hills Surgery LLC/Kevork G Tashjian MD
- Valley Surgical Center LLC
- West Hills Gastroenterology
- Bakersfield Surgery Center
- Anesthesia Specialists LLC
- Valencia Anesthesia LLC/Steven L Mandel MD
- Valencia Gastroenterology LLC/Atul Madan MD
- West Hills Anesthesia LLC/Daniel S Shin MD
- West Hills Anesthesia LLC/Steven L Mandel MD
- West Hills Laboratory LLC
- West Hills Ultrasound LLC
- Almont ASC
- Skin Cancer & Reconstructive
- Skin Cancer & Reconstructive Surgery Specialists
- Valencia Gastroenterology LLC/Marvin A Perer MD
- Valencia Ultrasound LLC/George Mednik MD
- West Hills Anesthesia LLC/Sean Shahriar Shahangian MD
- New Life Surgery Center LLC
- Woodlake ASC
- West Hills Surgery Center LLC
- Bakersfield Surgery Institute
- Beverly Hills Laboratory LLC
- Beverly Hills Surgery Center
- Lapband Specialists LLC
- Modern Institute of Plastic Surgery
- Pacific West Dermatology, Inc.
- Skin Cancer & Reconst./Nadia
- Reconst. Surgery Specialists/Ollie
- Beverly Hills Anesthesia LLC / Scott C Bickman MD
- Beverly Hills Gastroenterology/ Atul Madan MD
- Lapband Specialists LLC/Atabak Allaei MD
- Lapband Specialists LLC/Atul Madan MD
- Lapband Specialists LLC/George Kevork Tashjian MD

Exhibit C
Ex. 8 - Page 77 -200-