Exhibit 9



UNITED CHECKS ENDORSED BY TOP SURGEONS

**EXHIBIT D**