ROBERT RICE (State Bar No. 131255)
LAW OFFICES ROBERT RICE
6380 Wilshire Blvd Ste 820
Los Angeles, CA 90048
Telephone: (323) 297- 3700
Facsimile: (323) 591- 0101
E-Mail: Robert@RobertRiceLaw.com

Attorneys for Individual Counterclaim
Defendants Michael Omidi, M.D. and Julian Omidi

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

COUNTERCLAIM DEFENDANTS AMBULATORY SURGERY CENTER, LLC, a California limited liability company, et al.,

Plaintiffs,

v.

UNITEDHEALTH GROUP, INC.; UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY; OPTUMINSIGHT, INC., and DOES 1 through 20,

Defendants.

UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY; OPTUMINSIGHT, INC.,

Counterclaim Plaintiffs,

v.

COUNTERCLAIM DEFENDANTS AMBULATORY SURGERY CENTER, LLC, a California limited liability company; et al.,

Counterclaim Defendants.

Case No. 2:14-cv-03053-MWF(AFMx)

[*Assigned to Magistrate Alexander MacKinnon*]

**DECLARATION OF DMITRIY ARISTOV IN SUPPORT OF COUNTERCLAIM DEFENDANTS' SUPPLEMENTAL MEMORANDUM PURSUANT TO LOCAL RULE 37-2.3 RE: COUNTERCLAIM DEFENDANTS' MOTION TO QUASH SUBPOENAS DUCES TECUMS SERVED ON VARIOUS BANKS**

Date:       March 15, 2016
Time:       10:00 a.m.
Courtroom:  H 9th Floor,
            312 N. Spring Street

Complaint Filed:   March 21, 2014
Trial Date:        None Set

I, DMITRIY ARISTOV ESQ, declare as follows:

1. I am over the age of 18 and I am an Attorney Licensed by the State of California, State Bar #298467. The following facts are within my knowledge and if called upon as a witness, I could and would competently testify hereto.

2. A review of the Summary Plan Descriptions "SPDs" provided by United reveal a new issue upon which the Court has not ruled in this case. United's subpoenas in this matter are based on an effort to prove a right under the SPDs, and not under the Plans themselves. An examination of the SPDs demonstrates United has no right to issue the subpoenas because the subpoenas rely on SPDs and not the Plans, the only enforceable documents. Contrary to United's claim, Judge Fitzgerald has never ruled these SPDs provided by United are Plan documents.

3. I have reviewed the language of the Summary Plan Descriptions and other documents produced by United for this case and can attest to the following:

   a. In the overwhelming majority of the SPD's, the language itself purports to at least the existence of an Official Controlling Plan Document outside of the SPD. For example, similar to the SPD which was rejected as not being the Plan document in *Prichard v. Metro. Life Ins. Co.*, 783 F.3d 1166 (9th Cir. 2015), in many Summary Plan Descriptions under "General Legal Provisions", the SPD's state:

      > "This Summary Plan Description presents an overview of your Benefits. In the event of any discrepancy between this Summary Plan Description and the official Plan Document, the Plan Document shall govern." See EXHIBITS 1, 2, 3, 4, 5 attached herein.

Despite the majority of the Summary Plan Descriptions referring to an "official" written "plan" document, the review of the discovery production shows that for the majority of plans, no such "plan"document exists. The Plans that have been produced by and large do not have the subrogation provisions that are alleged by United to be in the SPDs.

**DECLARATION OF DMITRIY ARISTOV IN SUPPORT OF SUPPLEMENTAL MEMORANDUM**

1      b. Many of the SPD's are strikingly similar to each other despite being

2         represented to be from different Plans.  As the Supreme Court explained in

3         *U.S. Airways, Inc. v. McCutchen,* 133 S. Ct. 1537 (2013), "a health-plan

4         administrator … may bring suit under § 502(a)(3) for "appropriate equitable

5         relief ... to enforce ... the terms of the plan." *McCutchen,* 133 S. Ct. at 1544.

6         The court went on to emphasize specifically that an administrator's ability to

7         seek relief was strictly limited to enforcing the actual terms of the plan or the

8         ERISA statutes: "The section under which this suit is brought 'does not,

9         after all, authorize 'appropriate equitable relief' *at large*,' rather, it

10       countenances only such relief as will enforce '*the terms of the plan*' or the

11       statute, § 1132(a)(3). *Id.* at 1548 (emphasis original).  The vast majority of

12       the United's SPD's have "contrary indications" which  the Ninth Circuit in

13       *Prichard* ruled made them not Plan documents, *id*. at 1171, despite a

14       declaration from the Plan (IBM) stating that it was the plan. Given the

15       significant similarities of many of the hundreds of SPDs provided in

16       discovery by United, it appears that United, and not the Plan Sponsors, have

17       drafted these documents.  United purports these SPDs represent "Plans"

18       though it appears United has drafted them given the extensive similarities.

19       *Colucci v. Agfa Corp. Severance Pay Plan*, 431 F.3d 170, 176 (4th Cir.

20       2005).  ("[T]he administrator [United] is not free to alter the terms of the

21       plan").  Also, my review of United's discovery production indicates that the

22       vast majority of the SPDs have "contrary indications" as described in

23       *Prichard* and do not represent the terms of the Plans.

24      c. Language in the vast majority of the SPDs acknowledge the fundamental

25         difference between an SPD and the actual Plan. Specifically, in a number of

26         Summary Plan Descriptions, the language acknowledges the complexity of

27         the Plan language and its legal weight in determination of benefits.

28         Summary Plan Description for Whole Foods Market Group Benefit Plan,

explicitly states that:

> "This SPD summarizes the main provisions of the Welfare Plan and the Benefit Programs. It does not constitute the complete plan document for any of the Welfare Plan or the Benefit Programs. **The Welfare Plan and the Benefit Programs are represented by separate plan documents, which are lengthy, complex legal documents, and, in some cases, separate insurance contracts**, each of which are available at the Plan Administrator's office for your inspection. In case of any conflict between the provisions of the actual plans and this SPD, the provisions of the actual plans will control." EXHIBIT 6, attached herein. (Emphasis added).

d. Such language similar to the above consistently appears in other SPDs produced by United, even though they use differing words. For example, the ADP Summary Plan Description for 2014 states:

> "The full text of the Flex Plan is contained in legal documents. **Plan documents govern the administration of our benefit plans and contain more detailed information in explicit legal text**. These documents are on file in the Corporate Benefits Department. If a question should arise concerning the nature of these benefits the actual legal document of the Plans will rule." EXHIBIT 7, attached herein. (Emphasis added).

e. Similar language appears in the following Summary Plan Descriptions: Abbot Laboratories (See EXHIBIT 8) and the BOC Group. (See EXHIBIT 9), attached herein.

f. In addition by their very wording, the vast majority Summary Plan Descriptions produced by United contain language that an official plan documents exists.

**DECLARATION OF DMITRIY ARISTOV IN SUPPORT OF SUPPLEMENTAL MEMORANDUM**

4.  In sum, my review shows that United's reliance on SPDs in its subpoena request and not the Plans, renders the subpoenas invalid.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 1st day of March, 2016 at Los Angeles, California.

/s/ Dmitriy Aristov
Dmitriy Aristov, Esq.

**DECLARATION OF DMITRIY ARISTOV IN SUPPORT OF SUPPLEMENTAL MEMORANDUM**

EXHIBIT 1

# Summary Plan Description

## Choice Plus Silver Plan

## for



**Group Number:  706344**
**Effective Date:  January 1, 2011**

JRDEF00006550

Choice Plus Silver Plan for Stein Mart, Inc. - 01/01/11

JRDEF00006551

# Table of Contents

Introduction.......................................................... 1

How to Use this Document....................................................1

Information about Defined Terms ........................................1

Your Contribution to the Benefit Costs.............................1

Customer Service and Claims Submittal ..........................1


Section 1: What's Covered--Benefits ................. 3

Accessing Benefits .................................................................3

Copayment...............................................................................4

Eligible Expenses....................................................................4

Notification Requirements....................................................4

Special Note Regarding Mental Health and Substance Use Disorder Services ...................................................................5

Payment Information..............................................................7

Annual Deductible..................................................................7

Out-of-Pocket Maximum ......................................................7

Maximum Plan Benefit .......................**Error! Bookmark not defined.**

Benefit Information.................................................................9

1. Acupuncture services .......................................................9

2. Ambulance Services - Emergency only .........................9

3. Dental Services - Accident only .................................. 10

4. Durable Medical Equipment............................................ 11

5. Emergency Health Services............................................ 13

6. Hearing Aids.................................................................. 14

7. Home Health Care ........................................................ 15

8. Hospice Care .................................................................. 17

9. Hospital - Inpatient Stay ............................................. 18

10. Infertility Services ...................................................... 18

11. Injections received in a Physician's Office................... 19

12. Inpatient Rehabilitation Facility Services ................. 19

13. Maternity Services....................................................... 20

14. Mental Health Services .............................................. 21

15. Outpatient Surgery, Diagnostic and Therapeutic Services ........... 23

16. Physician's Office Services ........................................ 26

17. Professional Fees for Surgical and Medical Services.................... 28

18. Prosthetic Devices ....................................................... 29

19. Reconstructive Procedures .......................................... 30

20. Rehabilitation Services - Outpatient Therapy ............... 31

21. Skilled Nursing Facility Services................................ 33

22. Spinal Treatment, Chiropractic and Osteopathic Manipulative Therapy................................................. 33

23. Substance Use Disorder Services ............................... 34

24. Transplantation Services ............................................ 36

25. Urgent Care Center Services ..................................... 38

26. Temporomandibular Joint Syndrome- Orthognathic Surgery..... 38

27. Diabetic Counseling ..................................................... 39

28. Pre-Admission Testing ............................................... 39

29. Second Surgical Opinion ........................................... 39

30. Cancer Resource Services ........................................... 40

31. Nutrition ...................................................................... 41

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

# Section 2: What's Not Covered--Exclusions... 42

How We Use Headings in this Section .................................................... 42
We Do not Pay Benefits for Exclusions .............................................. 42
A. Alternative Treatments ....................................................................... 42
B. Comfort or Convenience ..................................................................... 42
C. Dental .................................................................................................... 43
D. Drugs (covered through Pharmacy Benefit Provider) .................. 43
E. Experimental, Investigational or Unproven Services .................... 43
F. Foot Care ............................................................................................... 43
G. Medical Supplies and Appliances ..................................................... 44
H. Mental Health/Substance Use Disorder ......................................... 44
I. Nutrition ................................................................................................. 45
J. Physical Appearance ............................................................................. 45
K. Providers .............................................................................................. 45
L. Reproduction ....................................................................................... 46
M. Services Provided under Another Plan ........................................... 46
N. Transplants ........................................................................................... 46
O. Travel .................................................................................................... 46
P. Vision ..................................................................................................... 46
R. All Other Exclusions .......................................................................... 47

# Section 3: Description of Network and Non-Network Benefits ..................................... 49

Network Benefits ....................................................................................... 49
Non-Network Benefits ............................................................................. 51
Emergency Health Services ..................................................................... 52

# Section 4: When Coverage Begins ................... 53

How to Enroll ............................................................................................ 53
If You Are Hospitalized When Your Coverage Begins ...................... 53
If You Are Eligible for Medicare ........................................................... 53
Who is Eligible for Coverage ................................................................. 54
Eligible Person .......................................................................................... 54
Dependent .................................................................................................. 54
When to Enroll and When Coverage Begins ....................................... 55
Initial Enrollment Period ........................................................................ 55
Open Enrollment Period ......................................................................... 55
New Eligible Persons ............................................................................... 55
Adding New Dependents ......................................................................... 56
Special Enrollment Period ....................................................................... 57
Dependent Child Special Open Enrollment Period ........................... 58

# Section 5: How to File a Claim ...................... 59

If You Receive Covered Health Services from a Network Provider .... 59
Filing a Claim for Benefits ...................................................................... 59

# Section 6: Questions, Complaints and Appeals ............................................................ 62

What to Do First ........................................................................................ 62
How to Appeal a Claim Decision ........................................................... 62
Appeal Process .......................................................................................... 63
Appeals Determinations ........................................................................... 63
Urgent Claim Appeals that Require Immediate Action ..................... 63

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

Voluntary External Review Program ...................................................... 64

# Section 7: Coordination of Benefits ................ 65

Benefits When You Have Coverage under More than One Plan ..... 65
When Coordination of Benefits Applies ............................................... 65
Definitions ............................................................................................... 65
Order of Benefit Determination Rules ................................................. 67
Effect on the Benefits of this Plan ....................................................... 68
Right to Receive and Release Needed Information ............................ 69
Payments Made ...................................................................................... 69
Right of Recovery .................................................................................. 70

# Section 8: When Coverage Ends ..................... 71

General Information about When Coverage Ends ............................. 71
Events Ending Your Coverage .............................................................. 72
The Entire Plan Ends .............................................................................. 72
You Are No Longer Eligible ................................................................... 72
The Claims Administrator Receives Notice to End Coverage ......... 72
Participant Retires or Is Pensioned ..................................................... 72
Other Events Ending Your Coverage ................................................... 73
Fraud, Misrepresentation or False Information .................................. 73
Threatening Behavior ............................................................................. 73
Coverage for a Handicapped Child ...................................................... 74
Extended Coverage for Total Disability ............................................... 74
Continuation of Coverage ..................................................................... 74
Continuation Coverage under Federal Law (COBRA) ....................... 75
Qualifying Events for Continuation Coverage under Federal
Law (COBRA) .......................................................................................... 75

*To continue reading, go to right column on this page.*

Notification Requirements and Election Period for
Continuation Coverage under Federal Law (COBRA) ...................... 75
Terminating Events for Continuation Coverage under Federal
Law (COBRA) .......................................................................................... 77

# Section 9: General Legal Provisions ............... 79

Plan Document ....................................................................................... 79
Relationship with Providers ................................................................. 79
Your Relationship with Providers ........................................................ 79
Incentives to Providers ......................................................................... 80
Incentives to You .................................................................................... 80
Rebates and Other Payments .............................................................. 80
Interpretation of Benefits ..................................................................... 80
Administrative Services ......................................................................... 81
Amendments to the Plan ...................................................................... 81
Clerical Error ........................................................................................... 81
Information and Records ........................................................................ 81
Examination of Covered Persons ......................................................... 82
Workers' Compensation not Affected ................................................. 82
Medicare Eligibility ................................................................................ 82
Subrogation and Reimbursement ........................................................ 83
Refund of Overpayments ...................................................................... 84
Limitation of Action ............................................................................... 85

# Section 10: Glossary of Defined Terms ........... 86

*To continue reading, go to left column on next page.*

# Section 9:
# General Legal Provisions

> This section provides you with information about:
> • General legal provisions concerning the Plan.

## Plan Document

This Summary Plan Description presents an overview of your Benefits. In the event of any discrepancy between this Summary Plan Description and the official Plan Document, the Plan Document shall govern.

## Relationship with Providers

The relationships between us, the Claims Administrator, and Network providers are solely contractual relationships between independent contractors. Network providers are not our agents or employees. Nor are they agents or employees of the Claims Administrator. Neither we nor any of our employees are agents or employees of Network providers.

We do not provide health care services or supplies, nor do we practice medicine. Instead, we pay Benefits. Network providers are independent practitioners who run their own offices and facilities. The credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided. Network providers are not our employees or employees of the Claims Administrator; nor do we

*To continue reading, go to right column on this page.*

have any other relationship with Network providers such as principal-agent or joint venture. Neither we nor the Claims Administrator are liable for any act or omission of any provider.

The Claims Administrator is not considered to be an employer of the Plan Administrator for any purpose with respect to the administration or provision of benefits under this Plan.

We and the Plan Administrator are solely responsible for all of the following:

- Enrollment and classification changes (including classification changes resulting in your enrollment or the termination of your coverage).
- The timely payment of Benefits.
- Notifying you of the termination or modifications to the Plan.

## Your Relationship with Providers

The relationship between you and any provider is that of provider and patient.

- You are responsible for choosing your own provider.
- You must decide if any provider treating you is right for you. This includes Network providers you choose and providers to whom you have been referred.
- You must decide with your provider what care you should receive.
- Your provider is solely responsible for the quality of the services provided to you.

The relationship between you and us is that of employer and employee, Dependent or other classification as defined in the Plan.

*To continue reading, go to left column on next page.*

JRDEF00006634

EXHIBIT 2

# Summary Plan Description

# Choice Plus PPO Plan

# for

# NEC Corporation of America

**Group Number:  702172**
**Effective Date:  April 1, 2011**

JRDEF00001526

Choice Plus Plan for NEC Corporation of America - 04/01/11

JRDEF00001527

# Table of Contents

**Introduction** ....................................................... 1

How to Use this Document ...................................... 1

Information about Defined Terms............................... 1

Your Contribution to the Benefit Costs...................... 1

Customer Service and Claims Submittal..................... 1

**Section 1: What's Covered--Benefits ................. 3**

Accessing Benefits .................................................. 3

Copayment ............................................................. 4

Eligible Expenses .................................................... 4

Notification Requirements......................................... 4

Special Note Regarding Mental Health and Substance Use Disorder Services ................................................... 5

Payment Information ................................................ 6

Annual Deductible ................................................... 6

Out-of-Pocket Maximum .......................................... 6

Maximum Plan Benefit.............................................. 6

Benefit Information .................................................. 7

1. Acupuncture Services .......................................... 7

2. Allergy Injections ............................................... 7

3. Ambulance Services - Emergency only.................... 8

4. Breast Reduction Surgery..................................... 8

5. Cancer Resource Services .................................... 8

6. Dental Services - Accident only ............................ 9

7. Durable Medical Equipment including Foot Orthotics and Prosthetic Devices ................................................. 10

8. Emergency Health Services ................................. 12

9. Eye Examinations .............................................. 13

10. Gum Grafts...................................................... 13

11. Hearing Aids ................................................... 13

12. Home Health Care ............................................ 14

13. Hospice Care ................................................... 15

14. Hospital - Inpatient Stay ................................... 16

15. Infertility Services............................................ 17

16. Injections received in a Physician's Office ............ 17

17. Maternity Services ........................................... 17

18. Medical Supplies and Appliances........................ 19

19. Mental Health Services ..................................... 19

20. Morbid Obesity ............................................... 21

Benefits are not covered Out of Network.................... 21

21. Neurobiological Disorders - Mental Health Services for Autism Spectrum Disorders (Excludes Applied Behavioral Analysis)............................................................... 23

22. Ostomy Supplies .............................................. 25

23. Outpatient Surgery, Diagnostic and Therapeutic Services........... 25

24. Overseas/Out of U.S. Coverage.......................... 27

25. Physician's Office Services................................. 28

26. Private Duty Nursing......................................... 30

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

JRDEF00001528

27. Professional Fees for Surgical and Medical Services .................... 30

28. Reconstructive Procedures ................................................................. 31

29. Rehabilitation Services - Outpatient Therapy ................................. 32

30. Routine Hearing Exam/Screening ..................................................... 33

31. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services .................................................................................................... 34

32. Smoking Cessation ............................................................................. 35

33. Spinal Treatment ................................................................................. 36

34. Substance Use Disorder Services ...................................................... 36

35. Temporomandibular Joint Dysfunction (TMJ) ............................. 38

36. Transplantation Services .................................................................... 39

37. Urgent Care Center Services ............................................................. 42

38. Wigs ....................................................................................................... 43

39. Wisdom Teeth ...................................................................................... 43

## Section 2: What's Not Covered--Exclusions... 45

How We Use Headings in this Section ................................................. 45

We Do not Pay Benefits for Exclusions .............................................. 45

A. Alternative Treatments ....................................................................... 45

B. Comfort or Convenience .................................................................... 45

C. Dental .................................................................................................... 46

D. Drugs ..................................................................................................... 46

E. Experimental, Investigational or Unproven Services .................... 46

F. Foot Care ............................................................................................... 46

G. Medical Supplies and Appliances ..................................................... 47

H. Mental Health/Substance Use Disorder .......................................... 47

I. Nutrition ................................................................................................. 48

J. Physical Appearance ............................................................................ 48

*To continue reading, go to right column on this page.*

K. Providers .............................................................................................. 48

L. Reproduction ........................................................................................ 48

M. Services Provided under Another Plan ............................................ 49

N. Transplants ........................................................................................... 49

O. Overseas/Out of U.S. Coverage ......................................................... 49

P. Vision and Hearing .............................................................................. 49

Q. All Other Exclusions ........................................................................... 49

## Section 3: Description of Network and Non-Network Benefits ...................................... 51

Network Benefits ..................................................................................... 51

Non-Network Benefits ............................................................................ 53

Emergency Health Services .................................................................... 53

Out of U.S. Coverage .............................................................................. 54

## Section 4: When Coverage Begins .................... 55

How to Enroll ........................................................................................... 55

If You Are Hospitalized When Your Coverage Begins ...................... 55

If You Are Eligible for Medicare ........................................................... 55

Who is Eligible for Coverage ................................................................. 56

Eligible Person ......................................................................................... 56

Dependent ................................................................................................. 56

When to Enroll and When Coverage Begins ....................................... 58

Initial Enrollment Period ........................................................................ 58

Open Enrollment Period ......................................................................... 58

New Eligible Persons ............................................................................... 58

Adding New Dependents ........................................................................ 58

*To continue reading, go to left column on next page.*

JRDEF0001529

Special Enrollment Period.......................................................................60
Dependent Child Special Open Enrollment Period ............................62

An Eligible Person who becomes covered under Medicaid or who has a Dependent child who becomes eligible for Medicaid or the state children's health plan may elect to disenroll if they notify the Plan Administrator of their eligibility for Medicaid or the state children's health plan within 60 days of becoming eligible. ...............................................................62

An Eligible Person who ceases to be covered under Medicaid or who has a Dependent child who ceases to be eligible for Medicaid or the state children's health plan may enroll if they notify the Plan Administrator of their loss of eligibility for Medicaid or the state children's health plan within 60 days of ceasing to be eligible for Medicaid or the state children's health plan. .......................................................................62

## Section 5: How to File a Claim......................... 63

If You Receive Covered Health Services from a Network Provider .................................................................................................63
Filing a Claim for Benefits ....................................................................63

## Section 6: Questions, Complaints and Appeals ............................................................... 66

What to Do First ......................................................................................66
How to Appeal a Claim Decision..........................................................66
Appeal Process .........................................................................................67
Appeals Determinations..........................................................................67
Urgent Appeals that Require Immediate Action..................................67

## Section 7: Coordination of Benefits .................69

Benefits When You Have Coverage under More than One Plan ......69
When Coordination of Benefits Applies................................................69
Definitions................................................................................................69
Order of Benefit Determination Rules .................................................70
Effect on the Benefits of this Plan .......................................................72
Right to Receive and Release Needed Information .............................73
Payments Made.........................................................................................73
Right of Recovery....................................................................................73

## Section 8: When Coverage Ends ......................74

General Information about When Coverage Ends ...............................74
Events Ending Your Coverage ...............................................................75
The Entire Plan Ends ..............................................................................75
Employee Coverage ................................................................................75
Disability ..................................................................................................76
Leave of Absence ....................................................................................76
The Claims Administrator Receives Notice to End Coverage ...........76
Participant Retires or Is Pensioned.......................................................77
Other Events Ending Your Coverage.....................................................78
Fraud, Misrepresentation or False Information....................................78
Threatening Behavior ..............................................................................78
Dependent Coverage ...............................................................................78
Coverage for a Handicapped Child .......................................................81
Extended Coverage for Total Disability ................................................81
Continuation of Coverage ......................................................................81
Qualifying Events and Qualifying Beneficiaries .................................82

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

JRDEF00001530

Electing COBRA................................................................82

Availability of COBRA Continuation Coverage...................82

You Must Give Notice of Some Qualifying Events and Other Events ...........................................................................82

Provision of COBRA Coverage..........................................83

Length of COBRA Coverage ..............................................84

Disability extension of l8-month period of Continuation coverage ..........................................................................84

Second qualifying event extension of l 8-month period of continuation coverage......................................................84

Termination of your Continuation Coverage .....................85

Questions Regarding COBRA Continuation Coverage ......85

The American Recovery and Reinvestment Act of 2009 (ARRA) reduces the continuation coverage premium in some cases. Individual who suffer an involuntary termination of employment and loss of coverage between September 1, 2008 through March 31, 2010, may be eligible for temporary premium reduction for up to fifteen months. The Plan will provide you with a special notice if this might apply to you. You should read such notice and the related documents, paying particular attention to the discussions of the continuation coverage premium reduction provisions under ARRA. ......................85

Military Services Leave ......................................................85

## Section 9: General Legal Provisions................ 87

Plan Document....................................................................87

Relationship with Providers................................................87

Your Relationship with Providers .......................................87

Interpretation of Benefits ..................................................88

Administrative Services ......................................................88

Amendments to the Plan.....................................................88

Clerical Error......................................................................88

Information and Records.....................................................89

Examination of Covered Persons ........................................89

Workers' Compensation not Affected .................................89

Medicare Eligibility............................................................89

Subrogation and Reimbursement........................................90

Refund of Overpayments....................................................92

Limitation of Action ..........................................................92

## Section 10: Glossary of Defined Terms............93

## Your Rights If You Are Eligible For Medicare..............................................................I

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

# Section 9:
# General Legal Provisions

> This section provides you with information about:
> • General legal provisions concerning the Plan.

## Plan Document

This Summary Plan Description presents an overview of your
Benefits. In the event of any discrepancy between this Summary
Plan Description and the official Plan Document, the Plan
Document shall govern.

## Relationship with Providers

The relationships between us, the Claims Administrator, and
Network providers are solely contractual relationships between
independent contractors. Network providers are not our agents or
employees. Nor are they agents or employees of the Claims
Administrator. Neither we nor any of our employees are agents or
employees of Network providers.

We do not provide health care services or supplies, nor do we
practice medicine. Instead, we pay Benefits. Network providers are
independent practitioners who run their own offices and facilities.
The credentialing process confirms public information about the
providers' licenses and other credentials, but does not assure the
quality of the services provided. Network providers are not our
employees or employees of the Claims Administrator; nor do we

*To continue reading, go to right column on this page.*

have any other relationship with Network providers such as
principal-agent or joint venture. Neither we nor the Claims
Administrator are liable for any act or omission of any provider.

The Claims Administrator is not considered to be an employer of
the Plan Administrator for any purpose with respect to the
administration or provision of benefits under this Plan.

We and the Plan Administrator are solely responsible for all of the
following:

- Enrollment and classification changes (including classification
  changes resulting in your enrollment or the termination of your
  coverage).
- The timely payment of Benefits.
- Notifying you of the termination or modifications to the Plan.

## Your Relationship with Providers

The relationship between you and any provider is that of provider
and patient.

- You are responsible for choosing your own provider.
- You must decide if any provider treating you is right for you.
  This includes Network providers you choose and providers to
  whom you have been referred.
- You must decide with your provider what care you should
  receive.
- Your provider is solely responsible for the quality of the services
  provided to you.

The relationship between you and us is that of employer and
employee, Dependent or other classification as defined in the Plan.

*To continue reading, go to left column on next page.*

JRDEF0001618

EXHIBIT 3

# Summary Plan Description

# Options PPO Base Plan

# for

# New Breed Corporate Services Inc.

**Group Number:  701675**
**Effective Date:  January 1, 2010**

JRDEF00001655

Options PPO Base Plan for New Breed Corporate Services Inc. - 01/01/10

JRDEF00001656

# Table of Contents

Introduction ...................................................... 1

How to Use this Document ................................... 1
Information about Defined Terms.......................... 1
Your Contribution to the Benefit Costs.................. 1
Customer Service and Claims Submittal................. 1

Section 1: What's Covered--Benefits ................ 3

Accessing Benefits ............................................... 3
Copayment ......................................................... 3
Eligible Expenses ................................................ 4
Notification Requirements.................................... 4
Payment Information ........................................... 5
Annual Deductible .............................................. 5
Out-of-Pocket Maximum ..................................... 5
Maximum Plan Benefit......................................... 5
Benefit Information ............................................. 6
1. Ambulance Services - Emergency only ............... 6
2. Cancer Resource Services ................................ 6
3. Dental Services - Accident only........................ 7
4. Durable Medical Equipment ............................ 9
5. Emergency Health Services ............................ 11
6. Eye Examinations ......................................... 11
7. Home Health Care......................................... 12

8. Hospice Care.................................................13
9. Hospital - Inpatient Stay ................................15
10. Infertility Services........................................16
11. Injections received in a Physician's Office .......16
12. Maternity Services.......................................17
13. Mental Health Services.................................18
14. Neurobiological Disorders - Mental Health Services for Autism Spectrum Disorders .........................20
15. Orthoptic Training (Eye Muscle Exercise) .......22
16. Outpatient Surgery, Diagnostic and Therapeutic Services...........22
17. Physician's Office Services.............................26
18. Podiatry (Foot Care) ...................................26
19. Private Duty Nursing....................................27
20. Professional Fees for Surgical and Medical Services ....................27
21. Prosthetic Devices .......................................28
22. Reconstructive Procedures............................29
23. Rehabilitation Services - Outpatient Therapy...............30
24. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services...........32
25. Spinal Treatment - Chiropractic Services .........33
26. Substance Use Disorder................................34
27. Temporomandibular Joint Dysfunction (TMJ) .............36
28. Transplantation Services ..............................37
29. Urgent Care Center Services .........................40

Section 2: What's Not Covered--Exclusions....41

How We Use Headings in this Section .................41
We Do not Pay Benefits for Exclusions...............41

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

JRDEF0001657

A. Alternative Treatments...................................................................41

B. Comfort or Convenience ................................................................41

C. Dental............................................................................................42

D. Drugs (Refer to Pharmacy Rider) ..................................................42

E. Experimental, Investigational or Unproven Services ....................42

F. Foot Care/Podiatry (Except as described in Section 1) ................42

G. Medical Supplies and Appliances...................................................42

H. Mental Health/Substance Use Disorder........................................43

I. Nutrition .......................................................................................44

J. Physical Appearance......................................................................44

K. Preexisting Conditions..................................................................44

L. Providers.......................................................................................45

M. Reproduction ...............................................................................46

N. Services Provided under Another Plan ..........................................46

O. Transplants...................................................................................46

P. Travel............................................................................................46

Q. Vision and Hearing.......................................................................46

R. All Other Exclusions ....................................................................46

## Section 3: Description of Network and Non-Network Benefits ...................................... 49

Network Benefits ...............................................................................49

Non-Network Benefits........................................................................50

Your Responsibility for Notification...................................................51

Emergency Health Services ................................................................51

Special Mental Health Programs and Services....................................51

## Section 4: When Coverage Begins....................53

How to Enroll.....................................................................................53

If You Are Hospitalized When Your Coverage Begins.......................53

If You Are Eligible for Medicare .......................................................53

Who is Eligible for Coverage.............................................................54

Eligible Person ..................................................................................54

Dependent..........................................................................................54

Spousal Coverage ..............................................................................56

When to Enroll and When Coverage Begins ......................................57

Initial Enrollment Period...................................................................57

Open Enrollment Period.....................................................................57

New Eligible Persons..........................................................................57

Adding New Dependents.....................................................................57

Special Enrollment Period .................................................................59

## Section 5: How to File a Claim.........................61

If You Receive Covered Health Services from a Network Provider ............................................................................................61

Filing a Claim for Benefits ................................................................61

## Section 6: Questions, Complaints and Appeals ........................................................................65

What to Do First ................................................................................65

How to Appeal a Claim Decision .......................................................65

Appeal Process...................................................................................66

Appeals Determinations.....................................................................66

Urgent Appeals that Require Immediate Action .................................66

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

Authorized Representative .......................................... 67

# Section 7: Coordination of Benefits ............... 68

Benefits When You Have Coverage under More than One Plan ...... 68
When Coordination of Benefits Applies ............................... 68
Definitions .................................................................. 68
Order of Benefit Determination Rules ............................... 69
Effect on the Benefits of this Plan ................................... 71
Right to Receive and Release Needed Information ............... 72
Payments Made ........................................................... 72
Right of Recovery ........................................................ 72

# Section 8: When Coverage Ends ..................... 73

General Information about When Coverage Ends ................. 73
Events Ending Your Coverage ........................................ 74
The Entire Plan Ends .................................................... 74
You Are No Longer Eligible ........................................... 74
The Claims Administrator Receives Notice to End Coverage ........... 74
Participant Retires or Is Pensioned ................................. 74
Other Events Ending Your Coverage ............................... 75
Fraud, Misrepresentation or False Information ................... 75
Material Violation ........................................................ 75
Improper Use of ID Card ............................................... 75
Failure to Pay ............................................................. 75
Threatening Behavior ................................................... 75
Coverage for a Handicapped Child .................................. 76
Extended Coverage for Full-time Students (Michelle's Law) .............. 76
Extended Coverage for Total Disability ............................ 77

Leave of Absence or Temporary Layoff ............................. 77
Continuation of Coverage .............................................. 77
Continuation Coverage under Federal Law (COBRA) ............ 77
Qualifying Events for Continuation Coverage under Federal Law (COBRA) ............................. 78
Notification Requirements and Election Period for Continuation Coverage under Federal Law (COBRA) ............... 78
Terminating Events for Continuation Coverage under Federal Law (COBRA) ............................. 80
Continuation of Health Coverage During Family and Medical Leave (FMLA) ............................. 81
Continuation of Health Coverage During Military Leave ............... 81

# Section 9: General Legal Provisions ............... 83

Plan Document ........................................................... 83
Relationship with Providers ........................................... 83
Your Relationship with Providers .................................... 83
Incentives to Providers ................................................. 84
Incentives to You ........................................................ 84
Rebates and Other Payments .......................................... 84
Interpretation of Benefits .............................................. 84
Administrative Services ................................................. 85
Amendments to the Plan ............................................... 85
Clerical Error .............................................................. 85
Information and Records ............................................... 85
Examination of Covered Persons ..................................... 86
Workers' Compensation not Affected ............................... 86
Medicare Eligibility ..................................................... 86

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

Options PPO Base Plan for New Breed Corporate Services Inc. - 01/01/10

(Table of Contents)

Government Plans (other than Medicare and Medicaid) ................... 88

Subrogation and Reimbursement ............................................. 88

Refund of Overpayments .................................................. 90

Limitation of Action ...................................................... 90

## Section 10: Glossary of Defined Terms ........... 92

*To continue reading, go to right column on this page.*　　　　　　*To continue reading, go to left column on next page.*

JRDEF00001660

# Section 9:
# General Legal Provisions

This section provides you with information about:
- General legal provisions concerning the Plan.

## Plan Document

This Summary Plan Description presents an overview of your Benefits. In the event of any discrepancy between this Summary Plan Description and the official Plan Document, the Plan Document shall govern.

## Relationship with Providers

The relationships between us, the Claims Administrator, and Network providers are solely contractual relationships between independent contractors. Network providers are not our agents or employees. Nor are they agents or employees of the Claims Administrator. Neither we nor any of our employees are agents or employees of Network providers.

We do not provide health care services or supplies, nor do we practice medicine. Instead, we pay Benefits. Network providers are independent practitioners who run their own offices and facilities. The credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided. Network providers are not our employees or employees of the Claims Administrator; nor do we

*To continue reading, go to right column on this page.*

have any other relationship with Network providers such as principal-agent or joint venture. Neither we nor the Claims Administrator are liable for any act or omission of any provider.

The Claims Administrator is not considered to be an employer of the Plan Administrator for any purpose with respect to the administration or provision of benefits under this Plan.

We and the Plan Administrator are solely responsible for all of the following:

- Enrollment and classification changes (including classification changes resulting in your enrollment or the termination of your coverage).
- The timely payment of Benefits.
- Notifying you of the termination or modifications to the Plan.

## Your Relationship with Providers

The relationship between you and any provider is that of provider and patient.

- You are responsible for choosing your own provider.
- You must decide if any provider treating you is right for you. This includes Network providers you choose and providers to whom you have been referred.
- You must decide with your provider what care you should receive.
- Your provider is solely responsible for the quality of the services provided to you.

The relationship between you and us is that of employer and employee, Dependent or other classification as defined in the Plan.

*To continue reading, go to left column on next page.*

JRDEF0000I743

EXHIBIT 4

# Summary Plan Description

# Choice Plus Premium Plan

# for

# NCH Corporation

**Group Number:  712762**
**Effective Date:  January 1, 2010**

JRDEF00002893

Choice Plus Premium Plan for NCH Corporation - 01/01/16

JRDEF00002894

# Table of Contents

## Introduction ................................................... 1
How to Use this Document ........................................................1
Information about Defined Terms ...........................................1
Your Contribution to the Benefit Costs..................................1
Customer Service and Claims Submittal ...............................1

## Section 1: What's Covered--Benefits ................. 3
Accessing Benefits .....................................................................3
Copayment...................................................................................4
Eligible Expenses.......................................................................4
Notification Requirements .......................................................4
Payment Information .................................................................6
Annual Deductible......................................................................6
Out-of-Pocket Maximum ..........................................................6
Maximum Plan Benefit ..............................................................6
Benefit Information....................................................................7
1. Ambulance Services - Emergency only ............................7
2. Cancer Resource Services .....................................................7
3. Dental Services - Accident only ..........................................9
4. Durable Medical Equipment ............................................ 10
5. Emergency Health Services ............................................... 12
6. Home Health Care ............................................................... 13
7. Hospice Care ......................................................................... 14

8. Hospital - Inpatient Stay ..................................................... 15
9. Injections received in a Physician's Office ...................... 16
10. Maternity Services.............................................................. 16
11. Mental Health Services ..................................................... 17
12. Morbid Obesity Surgery ................................................... 19
13. Ostomy Supplies.................................................................. 19
14. Outpatient Surgery, Diagnostic and Therapeutic Services .......... 20
15. Physician's Office Services ............................................... 23
16. Professional Fees for Surgical and Medical Services .................... 24
17. Prosthetic Devices ............................................................. 24
18. Reconstructive Procedures .............................................. 25
19. Rehabilitation Services - Outpatient Therapy ............. 27
20. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services ..... 28
21. Spinal Treatment................................................................. 29
22. Substance Use Disorder Services ................................... 30
23. Temporomandibular Joint Dysfunction (TMJ)............. 31
24. Transplantation Services................................................... 32
25. Urgent Care Center Services ........................................... 35

## Section 2: What's Not Covered--Exclusions ... 36
How We Use Headings in this Section...................................36
We Do not Pay Benefits for Exclusions................................36
A. Alternative Treatments ......................................................36
B. Comfort or Convenience ....................................................36
C. Dental ....................................................................................37
D. Drugs......................................................................................37
E. Experimental, Investigational or Unproven Services ....................37

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

F. Foot Care.................................................................... 37

G. Medical Supplies and Appliances ............................... 37

H. Mental Health/Substance Use Disorder..................... 38

I. Nutrition ..................................................................... 39

J. Physical Appearance .................................................... 39

K. Preexisting Conditions ............................................... 40

L. Providers .................................................................... 40

M. Reproduction............................................................ 40

N. Services Provided under Another Plan ........................ 41

O. Transplants ................................................................ 41

P. Travel ......................................................................... 41

Q. Vision and Hearing .................................................... 41

R. All Other Exclusions .................................................. 41

## Section 3: Description of Network and Non-Network Benefits ..................................... 43

Network Benefits............................................................. 43

Non-Network Benefits ..................................................... 45

Emergency Health Services............................................... 45

Special Mental Health Programs and Services .................. 46

HealtheNotes$^{SM}$............................................................... 46

## Section 4: When Coverage Begins................... 47

How to Enroll ................................................................. 47

If You Are Hospitalized When Your Coverage Begins ...................... 47

Who is Eligible for Coverage ........................................... 48

Eligible Person ............................................................... 48

Dependent...................................................................... 48

When to Enroll and When Coverage Begins..................... 49

Initial Enrollment Period ............................................... 49

Open Enrollment Period ................................................. 49

New Eligible Persons ...................................................... 49

Adding New Dependents ................................................ 50

Special Enrollment Period ............................................... 51

Missed Initial Enrollment Period or Open Enrollment Period ......... 52

## Section 5: How to File a Claim........................ 54

If You Receive Covered Health Services from a Network Provider.................................................................. 54

Filing a Claim for Benefits ............................................. 54

## Section 6: Questions, Complaints and Appeals............................................................. 57

What to Do First ............................................................ 57

How to Appeal a Claim Decision..................................... 57

Appeal Process ............................................................... 58

Appeals Determinations.................................................. 58

Urgent Appeals that Require Immediate Action ............... 58

Voluntary External Review Program ................................ 59

## Section 7: Coordination of Benefits................. 60

Benefits When You Have Coverage under More than One Plan ...... 60

When Coordination of Benefits Applies ........................... 60

Definitions .................................................................... 60

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

Order of Benefit Determination Rules.................................................. 61

Effect on the Benefits of this Plan ...................................................... 63

Right to Receive and Release Needed Information............................. 64

Payments Made ................................................................................... 64

Right of Recovery ............................................................................... 64

# Section 8: When Coverage Ends ..................... 65

General Information about When Coverage Ends ........................... 65

Events Ending Your Coverage............................................................ 66

The Entire Plan Ends.......................................................................... 66

You Are No Longer Eligible............................................................... 66

The Claims Administrator Receives Notice to End Coverage .......... 66

Participant Retires............................................................................... 66

Other Events Ending Your Coverage ................................................ 68

Fraud, Misrepresentation or False Information .................................. 68

Material Violation ............................................................................... 68

Improper Use of ID Card ................................................................... 68

Failure to Pay...................................................................................... 68

Threatening Behavior.......................................................................... 68

Coverage for a Handicapped Child.................................................... 69

Coverage While on Disability Leave of Absence................................ 69

Continuation of Coverage .................................................................. 69

Continuation Coverage under Federal Law (COBRA) ...................... 69

Qualifying Events for Continuation Coverage under Federal Law (COBRA)....................................................................................... 70

Notification Requirements and Election Period for Continuation Coverage under Federal Law (COBRA)....................... 70

Terminating Events for Continuation Coverage under Federal Law (COBRA) ...................................................................................... 71

Uniformed Services Employment and Reemployment Rights Act....................................................................................................... 73

# Section 9: General Legal Provisions ................ 74

Plan Document ................................................................................... 74

Relationship with Providers ............................................................... 74

Your Relationship with Providers ...................................................... 74

Incentives to Providers ....................................................................... 75

Incentives to You................................................................................. 75

Rebates and Other Payments ............................................................. 75

Interpretation of Benefits ................................................................... 75

Administrative Services....................................................................... 76

Amendments to the Plan .................................................................... 76

Clerical Error ...................................................................................... 76

Information and Records..................................................................... 76

Examination of Covered Persons........................................................ 77

Workers' Compensation not Affected................................................. 77

Medicare Eligibility ............................................................................ 77

Subrogation and Reimbursement ....................................................... 77

Refund of Overpayments .................................................................... 79

Limitation of Action............................................................................ 80

# Section 10: Glossary of Defined Terms ........... 81

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

# Section 9:
# General Legal Provisions

> This section provides you with information about:
> • General legal provisions concerning the Plan.

## Plan Document

This Summary Plan Description presents an overview of your Benefits. In the event of any discrepancy between this Summary Plan Description and the official Plan Document, the Plan Document shall govern.

## Relationship with Providers

The relationships between us, the Claims Administrator, and Network providers are solely contractual relationships between independent contractors. Network providers are not our agents or employees. Nor are they agents or employees of the Claims Administrator. Neither we nor any of our employees are agents or employees of Network providers.

We do not provide health care services or supplies, nor do we practice medicine. Instead, we pay Benefits. Network providers are independent practitioners who run their own offices and facilities. The credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided. Network providers are not our employees or employees of the Claims Administrator; nor do we

*To continue reading, go to right column on this page.*

have any other relationship with Network providers such as principal-agent or joint venture. Neither we nor the Claims Administrator are liable for any act or omission of any provider.

The Claims Administrator is not considered to be an employer of the Plan Administrator for any purpose with respect to the administration or provision of benefits under this Plan.

We and the Plan Administrator are solely responsible for all of the following:

- Enrollment and classification changes (including classification changes resulting in your enrollment or the termination of your coverage).
- The timely payment of Benefits.
- Notifying you of the termination or modifications to the Plan.

## Your Relationship with Providers

The relationship between you and any provider is that of provider and patient.

- You are responsible for choosing your own provider.
- You must decide if any provider treating you is right for you. This includes Network providers you choose and providers to whom you have been referred.
- You must decide with your provider what care you should receive.
- Your provider is solely responsible for the quality of the services provided to you.

The relationship between you and us is that of employer and employee, Dependent or other classification as defined in the Plan.

*To continue reading, go to left column on next page.*

JRDEF0000²972

EXHIBIT 5

SCI DOC ID

692434

RIGHT HAND PAGE

# Summary Plan Description

# Choice

# for

# GARDA

**Group Number:  705657**
**Effective Date:  July 1, 2009**

Choice for GARDA - 06/01/09

JRDEF00003001

# Table of Contents

**Introduction** ........................................................**1**

How to Use this Document....................................................1

Information about Defined Terms ........................................1

Your Contribution to the Benefit Costs..............................1

Customer Service and Claims Submittal ............................1

**Section 1: What's Covered--Benefits ................. 3**

Accessing Benefits ...................................................................3

Copayment...................................................................................3

Eligible Expenses ......................................................................3

Notification Requirements.....................................................4

Payment Information .............................................................5

Annual Deductible....................................................................5

Hospital Deductible.................................................................5

Out-of-Pocket Maximum ......................................................5

Maximum Plan Benefit .........................................................5

Benefit Information..................................................................6

1. Acupuncture Services........................................................6

2. Ambulance Services - Emergency only .......................6

3. Dental Services - Accident only .....................................6

4. Durable Medical Equipment.........................................8

5. Emergency Health Services.............................................9

6. Eye Examinations ............................................................ 10

*To continue reading, go to right column on this page.*

7. Home Health Care............................................................ 10

8. Hospice Care ...................................................................... 11

9. Hospital - Inpatient Stay .............................................. 12

10. Infertility Services ........................................................ 12

11. Injections received in a Physician's Office.................... 12

12. Maternity Services .......................................................... 13

13. Mental Health - Outpatient......................................... 13

14. Mental Health Services - Inpatient and Intermediate.................... 14

15. Ostomy Supplies ............................................................ 15

16. Outpatient Surgery, Diagnostic and Therapeutic Services ........... 16

17. Physician's Office Services ............................................ 16

18. Professional Fees for Surgical and Medical Services .................... 17

19. Prosthetic Devices .......................................................... 17

20. Reconstructive Procedures ......................................... 18

21. Rehabilitation Services - Outpatient Therapy.............................. 19

22. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services ................................................................... 20

23. Spinal Treatment............................................................ 21

24. Transplantation Services ............................................ 21

25. Urgent Care Center Services ....................................... 23

**Section 2: What's Not Covered--Exclusions ...24**

How We Use Headings in this Section.................................. 24

We Do not Pay Benefits for Exclusions............................... 24

A. Alternative Treatments.................................................... 24

B. Comfort or Convenience ................................................. 24

C. Dental ................................................................................ 25

D. Drugs.................................................................................. 25

*To continue reading, go to left column on next page.*

Choice for GARDA - 06/01/09

JRDEF00003002

E. Experimental, Investigational or Unproven Services .................... 25
F. Foot Care ...................................................................................... 25
G. Medical Supplies and Appliances .............................................. 25
H. Mental Health/Substance Abuse ................................................. 26
I. Nutrition ....................................................................................... 26
J. Physical Appearance ..................................................................... 27
K. Preexisting Conditions ................................................................ 27
L. Providers ..................................................................................... 27
M. Reproduction .............................................................................. 27
N. Services Provided under Another Plan ....................................... 27
O. Transplants .................................................................................. 28
P. Travel ........................................................................................... 28
Q. Vision and Hearing ..................................................................... 28
R. All Other Exclusions ................................................................... 28

# Section 3: Obtaining Benefits ........................... 30

Benefits ............................................................................................ 30
Emergency Health Services ............................................................. 31

# Section 4: When Coverage Begins .................... 33

How to Enroll .................................................................................. 33
If You Are Hospitalized When Your Coverage Begins ..................... 33
If You Are Eligible for Medicare ..................................................... 33
Who is Eligible for Coverage ........................................................... 34
Eligible Person ................................................................................ 34
Dependent ....................................................................................... 34
When to Enroll and When Coverage Begins ................................... 35
Initial Enrollment Period ................................................................ 35

*To continue reading, go to right column on this page.*

Open Enrollment Period ................................................................. 35
New Eligible Persons ....................................................................... 35
Adding New Dependents ................................................................. 35
Special Enrollment Period ............................................................... 37
Late Enrollees .................................................................................. 37

# Section 5: How to File a Claim ......................... 39

If You Receive Covered Health Services from a Network
Provider ........................................................................................... 39
Filing a Claim for Benefits .............................................................. 39

# Section 6: Questions and Appeals .................... 42

What to Do First .............................................................................. 42
How to Appeal a Claim Decision ..................................................... 42
Appeal Process ................................................................................ 42
Appeals Determinations .................................................................. 43
Urgent Claim Appeals that Require Immediate Action ................... 43

# Section 7: Coordination of Benefits ................ 44

Benefits When You Have Coverage under More than One Plan ....... 44
When Coordination of Benefits Applies .......................................... 44
Definitions ...................................................................................... 44
Order of Benefit Determination Rules ............................................ 45
Effect on the Benefits of this Plan ................................................... 47
Right to Receive and Release Needed Information ........................... 48
Payments Made ............................................................................... 48
Right of Recovery ............................................................................ 48

*To continue reading, go to left column on next page.*

# Section 8: When Coverage Ends ......................49

General Information about When Coverage Ends ............................ 49
Events Ending Your Coverage ................................................................. 50
The Entire Plan Ends .................................................................................. 50
You Are No Longer Eligible ...................................................................... 50
The Plan Administrator Receives Notice to End Coverage .............. 50
Participant Retires or Is Pensioned ....................................................... 50
Other Events Ending Your Coverage ..................................................... 51
Fraud, Misrepresentation or False Information ................................... 51
Material Violation ....................................................................................... 51
Improper Use of ID Card ........................................................................... 51
Failure to Pay ............................................................................................... 51
Threatening Behavior ................................................................................. 51
Coverage for a Handicapped Child ......................................................... 52
Continuation of Coverage ......................................................................... 52
Continuation Coverage under Federal Law (COBRA) ...................... 52
Qualifying Events for Continuation Coverage under Federal
Law (COBRA) ............................................................................................... 53
Notification Requirements and Election Period for
Continuation Coverage under Federal Law (COBRA) ...................... 53
Terminating Events for Continuation Coverage under Federal
Law (COBRA) ............................................................................................... 53

# Section 9: General Legal Provisions .................55

Plan Document .............................................................................................. 55
Relationship with Providers ..................................................................... 55
Your Relationship with Providers ........................................................... 55
Incentives to Providers .............................................................................. 56

Incentives to You .......................................................................................... 56
Interpretation of Benefits .......................................................................... 56
Administrative Services .............................................................................. 56
Amendments to the Plan ............................................................................ 57
Clerical Error ................................................................................................. 57
Information and Records ............................................................................ 57
Examination of Covered Persons ............................................................ 58
Workers' Compensation not Affected .................................................... 58
Medicare Eligibility ..................................................................................... 58
Subrogation and Reimbursement ............................................................ 58
Refund of Overpayments ........................................................................... 59
Limitation of Action .................................................................................... 60

# Section 10: Glossary of Defined Terms ............61

*To continue reading, go to right column on this page.*

*To continue reading, go to left column on next page.*

JRDEF00003004

# Section 9:
# General Legal Provisions

This section provides you with information about:
- General legal provisions concerning your Plan.

## Plan Document

This Summary Plan Description presents an overview of your Benefits. In the event of any discrepancy between this Summary Plan Description and the official Plan Document, the Plan Document shall govern.

## Relationship with Providers

The relationships between us, the Claims Administrator, and Network providers are solely contractual relationships between independent contractors. Network providers are not our agents or employees. Nor are they agents or employees of the Claims Administrator. Neither we nor any of our employees are agents or employees of Network providers.

We do not provide health care services or supplies, nor do we practice medicine. Instead, we pay Benefits. Network providers are independent practitioners who run their own offices and facilities. The credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided. Network providers are not our employees or employees of the Claims Administrator; nor do we

*To continue reading, go to right column on this page.*

have any other relationship with Network providers such as principal-agent or joint venture. Neither we nor the Claims Administrator are liable for any act or omission of any provider.

The Claims Administrator is not considered to be an employer of the Plan Administrator for any purpose with respect to the administration or provision of benefits under this Plan.

We and the Plan Administrator are solely responsible for all of the following:

- Enrollment and classification changes (including classification changes resulting in your enrollment or the termination of your coverage).
- The timely payment of Benefits.
- Notifying you of the termination or modifications to the Plan.

## Your Relationship with Providers

The relationship between you and any provider is that of provider and patient.

- You are responsible for choosing your own provider.
- You must decide if any provider treating you is right for you. This includes Network providers you choose and providers to whom you have been referred.
- You must decide with your provider what care you should receive.
- Your provider is solely responsible for the quality of the services provided to you.

The relationship between you and us is that of employer and employee, Dependent or other classification as defined in the Plan.

*To continue reading, go to left column on next page.*

JRDEF00003059

EXHIBIT 6

# Whole Foods Market

# Group Benefit Plan

# Summary Plan Description

JRDEF00003140

Updated effective September 2009

Capitalized terms used in this SPD will have the meaning given to them in this SPD. For your convenience, terms generally used throughout this SPD are defined in the Glossary of Defined Terms included in *Section 1, entitled General Information*. Nonetheless, certain capitalized terms used in one Section of this SPD may be defined differently when used in another Section. For your convenience, terms applicable to a particular Section of this SPD will be defined in a separate Glossary of Defined Terms included in that Section.

The words "we", "us" and "our", as used in this SPD refer to the Welfare Plan or the applicable Benefit Program. The words "you" and "your" refer to Participants in the Welfare Plan and applicable Benefit Programs.

### *Limitations of this Description*

This SPD summarizes the main provisions of the Welfare Plan and the Benefit Programs. It does not constitute the complete plan document for any of the Welfare Plan or the Benefit Programs. The Welfare Plan and the Benefit Programs are represented by separate plan documents, which are lengthy, complex legal documents, and, in some cases, separate insurance contracts, each of which are available at the Plan Administrator's office for your inspection. In case of any conflict between the provisions of the actual plans and this SPD, the provisions of the actual plans will control.

**\*IMPORTANT NOTICE FOR NON-ENGLISH SPEAKING EMPLOYEES**

ASISTENCIA EN IDIOMA ESPANOL

Este documento contiene un resumen en ingles de los derechos and beneficios que la corresponden bajo el plan de seguro de accidente

*To continue reading, go to right column on this page.*

grupal creado y mantenido por su empresa. Si tiene alguna pregunta acerca de la informacion contenida en el documento, communiquese con el Administrador para obtener ayuda.

La direccion del Administrador es:
Whole Foods Market, Inc.
Global Vice President of Team Member Services
550 Bowie Street
Austin, TX 78738
(512) 477-4455

AUXÍLIO ESTRANGEIRO DE LINGUAGEM

Este livreto contem um resumo em inglês de seus direitos ao Plano e benefícios. Se tem dificuldade de entendimento em qualquer parte deste livreto, contatar o especialista da folha de pagamento e Beneficio para auxílio.

ASSISTANCE DE LANGUE ÉTRANGÈRE

Ce livret contient un résumé en anglais des droits et des prestations de votre Plan. Si vous avez des difficultés pour comprendre une partie de ce livret, contactez le responsable local des salaires et des prestations pour assistance.

*To continue reading, go to left column on next page.*

EXHIBIT 7



IN THE BUSINESS OF YOUR SUCCESS®

# Summary Plan Description





2014

JRDEF00052774

**Note:**  A spouse of a deceased associate who is deemed totally disabled under Social Security Disability during the three-year coverage period will have benefits extended through the length of the disability or to age 65, whichever occurs first.

### *How do My Dependents Pay for Extended Medical Coverage?*
When they enroll for extended medical benefits and any benefits elected under COBRA/COBRA Coverage Equivalent, payment must be sent to arrive by the due date.  **If coverage terminates due to non-payment of premiums, it will not be reinstated.**  ADP reserves the right to change the amount it contributes toward medical coverage and the type of coverage provided at any time.

## HIPAA Privacy

The Health Insurance Portability and Accountability Act of 1996 (HIPAA) is a federal law that, in part, requires group health plans to protect the privacy and security of your confidential health information.  The Medical, Dental, Prescription Drug, Vision, Health Care Flexible Spending Account, and the Limited Purpose Health Care Flexible Spending Account coverages under the Flex Plan are covered by the HIPAA privacy rules. Pursuant to the HIPAA privacy rules, as amended by the Health Information Technology for Economic and Clinical Health Act of 2009 ("HITECH"), the Flex Plan will not use or disclose your protected health information without your authorization, except for purposes of treatment, payment, health care operations, Plan administration or as required or permitted by law.  A description of the Flex Plan's uses and disclosures of your protected health information and your rights and protections under the HIPAA privacy rules is set forth in the Flex Plan's Notice of Privacy Practices, which can be accessed on the Flex Plan's intranet site at https://myadp.adpcorp.com.

## Your ERISA Rights – Health and Welfare Benefits under the Flex Plan

### General Information
ADP believes in open communication with its associates in fair and equitable treatment concerning employment and compensation. In addition, under the Employee Retirement Income Security Act of 1974 (ERISA), you are entitled to certain rights and protections if you participate in any of the benefit plans described: Medical, Dental, Prescription Drug, Vision, Health Care Flexible Spending Account, Limited Purpose Health Care Flexible Spending Account, Long-Term Disability and Basic Life Insurance. (The proper name of each plan is contained in each section.)

### Plan Continuation
ADP intends to continue the plans indefinitely, but reserves the right to amend or discontinue one or all of the plans with respect to all associates or specific classes of associates, at any time and for any reason. Any amendment or termination of a plan will be made by the Board of Directors of the Company, or by a person or persons designated by the Board of Directors. If you are affected by an amendment or termination of a plan, you will receive notice.

### Plan Documents versus Guide
One of the primary purposes of the Summary Plan Description known as "Your ADP Benefits Guide" is to provide ADP associates with a clear, concise description of their benefits. ADP wants its associates to know the benefits and programs that are available to them, to understand the coverage, and to have information concerning the Flex Plan.

The full text of the Flex Plan is contained in legal documents. Plan documents govern the administration of our benefit plans and contain more detailed information in explicit legal text. These documents are on file in the Corporate Benefits Department. If a question should arise concerning the nature of these benefits, the actual legal document of the Plan(s) will rule.

The named fiduciary for the Flex Plan has the discretionary authority to determine eligibility under Flex Plan terms, to interpret and apply the terms and provisions of the Flex Plan, to resolve discrepancies and ambiguities, and to make final decisions on the appeal by a Flex Plan participant of an initial claim denial.  A decision made by the named fiduciary will be final and binding on all parties.

JRDEF00052804

EXHIBIT 8



# UnitedHealthcare
# PPO Choice Plus

**Summary Plan Description effective January 1, 2010**

Este folleto contiene un resumen en Ingles de los derechos y beneficios del plan. Si tiene alguna dificultad en entender cualquier seccion de este folleto, puede comunicarse a nuestras oficinas de Beneficios (myHRTeam) al **(877) 228-4707** cualquier dia (Lunes a Viernes) dentro de 7 a.m. y 7 p.m. hora central.

**For Abbott Laboratories Employees**



JRDEF00072995

## Plan Changes

Abbott Laboratories expects to continue this plan but reserves the right to change or end it at any time. The Company's decision to change or end a plan may be due to changes in federal or state laws, the requirements of the Internal Revenue Code or ERISA or any other reason.

If a plan is ended, you will have no further rights under the plan other than the payments of benefits accrued before the plan was terminated. The Company in accordance with any applicable legal requirements will determine the amount and form of any final benefit you may receive.

If you have any questions about this statement or about your rights under ERISA, contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, NW, Washington D.C. 20210.

## Plan Documents

This booklet describes highlights of the UHC PPO Choice Plus. It does not attempt to cover all details. Its formal legal documents, rather than this summary, govern the plan in regard to administration and payment of all benefits. In case of a conflict between this summary and the plan's legal documents, the plan's legal documents control.

71

JRDEF00073065

EXHIBIT 9

# CMS-SPD Scan Coversheet

**Customer:** The BOC Group
**Type of Document:** Family of Benefits Summary Book
**Effective Date:** 07/01/01
**Author:** United Healthcare
**Policy Number:** 184961
**Number of Pages:** 196

**Document ID:** 03724048

**Document ID:**

0 3 7 2 4 0 4 8

EOF

Document Scan Request: 10/09/2001   Property of UnitedHealthcare

JRDEF00083663

# *Plan Administration*

This section contains information on the administration and funding of your plans, as well as your rights as a plan participant. While you may not need this information for day-to-day participation in your benefit plans, you should read through this section. It is important for you to understand your rights, the procedures you need to follow and the appropriate contacts you may need in certain situations.

Participation in any of the benefit plans sponsored by The BOC Group should not be viewed as a contract of employment.

Note: When the term "BOC" or "The BOC Group" is used, it is intended to include affiliated companies that have employees to whom the plan has been extended. You can request a complete list of employers who have adopted these plans by making a written request to the plan administrator.

**Plan Documents**

Complete details of each of the plans can be found in the plan documents, insurance contracts and trust agreements. Copies of those documents, the latest annual reports of applicable plans and the plan descriptions, as filed with the Internal Revenue Service and the U.S. Department of Labor, are available for review in your human resources department. If you need your own copy of a particular plan document, write to your human resources department. Copies of the document requested will be sent within 30 days at a nominal charge. In addition, once a year you will receive a copy of the summary annual report of each plan's financial activity at no charge. No summary annual report is required to be filed for the Severance Security Plan because these benefits are paid entirely from Company funds.

JRDEF00083844