1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITEDHEALTH GROUP INCORPORATED, *et al.*, <br><br> Defendants. | Case No 2:14-cv-03053-MWF(AFMx) <br><br> **DECLARATION OF CUSTODIAN OF RECORDS OF UNITEDHEALTHCARE** <br><br> Discovery Cut-off: Sept. 14, 2018 <br> Pretrial Conference: Jan. 7, 2019 <br> Trial Date: Jan. 29, 2019 <br><br> Magistrate Judge MacKinnon |
| UNITED HEALTHCARE SERVICES, INC., *et al.*, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*, <br><br> Counterclaim Defendants. | |

I, Gretchen Hess, declare:

1. I am over the age of eighteen years old and not a party to this action. The following facts are within my knowledge and, if called as a witness, I could and would testify competently there.

2. I am a Legal Case Information Analyst employed by United HealthCare Services, Inc. ("United"). In my position, I am a custodian of records and am familiar with the way United maintains its business records. The attached Exhibits are true and correct copies of the following described records:

(a) Exhibit 1 – hard-copy printout of an electronic claim submission (standard format 837) received by United on September 2, 2014 from Billing Provider Independent Medical Services for services provided to ▬▬ on August 9, 2014 and billed with HCPCS and CPT codes S2083 and 99213;

(b) Exhibit 2 – hard-copy printout of an electronic claim submission (standard format 837) received by United on September 17, 2015 from Billing Provider Salus Medical Services for services provided to ▬▬ on August 9, 2014 and billed with HCPCS and CPT codes S2083 and 99213;

(c) Exhibit 3 – February 23, 2016 letter to United Healthcare, from REY ALEXANDER GALLOWAY, 9461 Charleville BLVD., #476, Beverly Hills, CA 90212, together with seven (7) pages of attachments, and preceded by a initial Document Separator page, which were received by United on or about February 23, 2016;

(d) Exhibit 4 – May 2, 2016 letter from Martha Romo, INDEPENDENT MEDICAL SERVICES, INC., Billing Department, together with four (4) pages of attachments, and preceded by a initial Document Separator page, which were received by United on or about May 2, 2016; and

(e) Exhibit 5 – October 5, 2016 HCFA-1500 claim form received from billing provider Salus Medical Services, together with ten (10) pages of attachments, and preceded by a initial Document Separator page, which were received by United on or about October 5, 2016.

3. The records identified above are true and correct copies of documents or other items that were received by United at or near the respective dates set forth above, and were kept in the course of the regularly conducted business of United as a regular practice.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: November 13, 2017

_____
GRETCHEN HESS