UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 14-03053 MWF (AFMx)**  Date:  **February 13, 2018**

Title  **Almont Ambulatory Surgery Center LLC v. UnitedHealth Group, Inc., et al.**

Present: The Honorable:  ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**  GOVERNMENT'S EX PARTE APPLICATION FOR PROTECTIVE ORDER (ECF NO. 740)

The Court has reviewed the briefing on the ex parte application and has determined that a hearing is necessary before ruling on the motion.  The Court will hold the hearing on March 13, 2018, at 11 a.m.  In advance of the hearing, the Court requests additional briefing.  The government is requested to file a brief of 10 pages or less that addresses two questions:

(i)  It is not typical for a protective order in civil litigation to restrict what a party can do with its own documents.  Accordingly, the Court requests the government's position on why a protective order is necessary or appropriate given that counterclaim defendants will be copying or otherwise obtaining access to what were their own documents before the seizure.

(ii)  The Court requests the government's position on whether the government is seeking the protective order in its role as an intervenor in this civil litigation or on some other basis.

The government's brief on these two issues shall be filed on or before February 23, 2018.  Counterclaim defendants may file a response of 10 pages or less on or before March 2, 2018.  If counterclaim plaintiffs wish to take a position on the issues, they shall also file their brief on or before March 2, 2018.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |