**BRYAN WESTERFELD (S.B. # 218253)**
bwesterfeld@calemployerlaw.com
**NICOLE E. WURSCHER (S.B # 245879)**
nwurscher@calemployerlaw.com
**WALRAVEN & WESTERFELD LLP**
20 Enterprise, Suite 310
Aliso Viejo, CA 92656
Telephone:   (949) 215-1997
Facsimile:    (949) 215-1999

**R.J. ZAYED (MN ID #309849)**
zayed.rj@dorsey.com
**TIMOTHY BRANSON (MN ID #174713)**
branson.tim@dorsey.com
**MICHELLE S. GRANT (MN ID #311170)**
grant.michelle@dorsey.com
**MICHAEL ROWE (MN ID #392598)**
rowe.michael@dorsey.com
*Admitted pro hac vice*
**DORSEY & WHITNEY LLP**
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:   (612) 340-2600
Facsimile:    (612) 340-2868

Attorneys for Counterclaim Plaintiffs
United Healthcare Services, Inc.; UnitedHealthcare
Insurance Company; and OptumInsight, Inc.

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITEDHEALTH GROUP INCORPORATED, *et al.*, <br><br> Defendants. | Case No 2:14-cv-03053-MWF(AFMx) <br><br> **ORDER STAYING PROCEEDINGS** <br><br> Honorable Michael Fitzgerald <br><br> Discovery Cut-off:  Sept. 14, 2018 <br> Pretrial Conference:  Jan. 7, 2019 <br> Trial Date:  Jan. 29, 2019 |
| UNITED HEALTHCARE SERVICES, INC., *et al.*, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*, <br><br> Counterclaim Defendants. | |

Based upon the parties' Stipulation and for good cause shown, it is hereby ORDERED:

1.  This litigation is stayed pending completion of the trial or other resolution of related criminal charges in *United States v. Omidi, et al.*, Case No. 17-cr-661 against Counterclaim Defendants Julian Omidi, Surgery Center Management, LLC, and Independent Medical Services, Inc. (the "Criminal Action").

2.  The parties will file a status report in this case every 90 days or upon completion of the trial or resolution of the Criminal Action, whichever is earlier, beginning October 25, 2018.

Dated: July 25, 2018

Honorable Michael W. Fitzgerald
United States District Court Judge