**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, et al., <br><br><br>Plaintiffs, <br><br>v. <br><br>UNITEDHEALTH GROUP, INC., et al., <br><br><br>Defendants. | CASE NUMBER: <br> CV 14-3053 MWF (AFMx) <br><br> **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

See attached list of parties_____  ☒ Plaintiffs  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute   William Weldon_____ who is

☒ Retained Counsel      ☐ Counsel appointed by the Court (Criminal cases only)      ☐ Pro Se

9663 Santa Monica Boulevard, No. 234_____
*Street Address*

Beverly Hills, CA  90210_____          wbwlaw@gmail.com_____
*City, State, Zip*                                                              *E-Mail Address*

(310) 947-4633_____          _____          117056_____
*Telephone Number*                        *Fax Number*                      *State Bar Number*

as attorney of record instead of _____Francis J. Flynn, Jr._____
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby      ☒ GRANTED      ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated:  May 18, 2020                    _____
                                                        U. S. District Judge

*Almont Ambulatory Surgery Center, LLC, et al. v. UnitedHealth Group, Inc., et al.*
**Case No. CV 14-3053 MWF (AFMx)**

ATTACHMENT TO ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Parties Represented:

Almont Ambulatory Surgery Center; Bakersfield Surgery Institute, LLC; Beverly Hills Surgery Center, LLC; Ciro Surgery Center, LLC; East Bay Ambulatory Surgery, LLC; Independent Medical Services, Inc.; Modem Institute of Plastic Surgery; New Life Surgery Center, LLC; Orange Grove Surgery Center, LLC; Palmdale Ambulatory Surgery Center, LLC; San Diego Ambulatory Surgery Center, LLC; Skin Cancer & Reconstructive Surgery Specialists of Beverly Hills, Inc.; Skin Cancer & Reconstructive Surgery Specialists of West Hills, Inc.; Surgery Center Management, LLC; Top Surgeons, LLC; Top Surgeons, LLC (Nevada); Valencia Ambulatory Surgery Center, LLC; Valley Surgical Center, LLC; West Hills Surgery Center, LLC; Woodlake Ambulatory Surgery Center, LLC; Cindy Omidi; Julian Omidi; Michael Omidi; 1800 GET THIN, LLC; Devida USA, LLC; Property Care Insurance; Asset Management Irrevocable Trust; Asia Trust Nevis