**BRYAN WESTERFELD (S.B. # 218253)**
bwesterfeld@calemployerlaw.com
**NICOLE E. WURSCHER (S.B # 245879)**
nwurscher@calemployerlaw.com
**WALRAVEN & WESTERFELD LLP**
20 Enterprise, Suite 310
Aliso Viejo, CA 92656
Telephone:  (949) 215-1997
Facsimile:   (949) 215-1999

**R.J. ZAYED (MN ID #309849)**
zayed.rj@dorsey.com
**MICHELLE S. GRANT (MN ID #311170)**
grant.michelle@dorsey.com
**MICHAEL ROWE (MN ID #392598)**
rowe.michael@dorsey.com
*Admitted pro hac vice*
**DORSEY & WHITNEY LLP**
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:   (612) 340-2868

Attorneys for Counterclaim Plaintiffs
United Healthcare Services, Inc.; UnitedHealthcare Insurance Company; and OptumInsight, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, *et al.*,<br><br>  Defendants.<br>_____<br>UNITED HEALTHCARE SERVICES, INC., *et al.*,<br><br>  Counterclaim Plaintiffs,<br><br>v.<br><br>ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*,<br><br>  Counterclaim Defendants. | Case No 2:14-cv-03053-MWF(AFMx)<br><br>**STATUS REPORT REGARDING STAY**<br><br>Honorable Michael Fitzgerald<br><br>Discovery Cut-off: Sept. 14, 2018<br>Pretrial Conference: Jan. 7, 2019<br>Trial Date: Jan. 29, 2019 |

1  Counterclaim Plaintiffs ("United") and Counterclaim Defendants file this
2  joint status report as required by the Court's July 25, 2018 Order staying this
3  litigation "pending completion of the trial or other resolution of related criminal
4  charges in *United States v. Omidi, et al.*, Case No. 17-cr-661 . . . ." Dkt. 940.
5  The related criminal trial began on September 21, 2021, and it continues
6  through the date of this report. *United States v. Omidi*, Case No. 17-cr-661, Dkt.
7  1472.
8  In compliance with this Court's Order, the parties will continue to file status
9  reports every ninety days or upon completion of the related criminal action.

Dated: November 8, 2021

By: */s/ Michael Rowe*

Michelle S. Grant
Michael Rowe
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for United Healthcare Services, Inc. United Healthcare Insurance Company, and OptumInsight, Inc.*

By: */s/ William Welden*

William Welden (SBN 117056)
9663 Santa Monica Blvd., #234
Beverly Hills, CA 90210
Telephone: (310) 947-4633

*Attorney for Counterclaim Defendants*

## CERTIFICATION

Under Local Rule 5-4.3.4(a)(2)(i), I certify that all signatories on whose behalf this filing is submitted have authorized its filing.

Dated: November 8, 2021

*/s/ Michael Rowe*
Michael Rowe

*Counsel for United Healthcare Services, Inc. United Healthcare Insurance Company, and OptumInsight, Inc.*