**BRYAN WESTERFELD (S.B. # 218253)**
bwesterfeld@calemployerlaw.com
**NICOLE E. WURSCHER (S.B # 245879)**
nwurscher@calemployerlaw.com
**WALRAVEN & WESTERFELD LLP**
20 Enterprise, Suite 310
Aliso Viejo, CA 92656
Telephone:  (949) 215-1997
Facsimile:   (949) 215-1999

**R.J. ZAYED (MN ID #309849)**
zayed.rj@dorsey.com
**MICHELLE S. GRANT (MN ID #311170)**
grant.michelle@dorsey.com
**MICHAEL ROWE (MN ID #392598)**
rowe.michael@dorsey.com
*Admitted pro hac vice*
**DORSEY & WHITNEY LLP**
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:   (612) 340-2868

Attorneys for Counterclaim Plaintiffs
United Healthcare Services, Inc.; UnitedHealthcare
Insurance Company; and OptumInsight, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, *et al.*,<br><br>Defendants.<br>_____<br>UNITED HEALTHCARE SERVICES, INC., *et al.*,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*,<br><br>Counterclaim Defendants. | Case No 2:14-cv-03053-MWF(AFMx)<br><br>**STATUS REPORT REGARDING STAY**<br><br>Honorable Michael Fitzgerald<br><br>Discovery Cut-off:  Sept. 14, 2018<br>Pretrial Conference:  Jan. 7, 2019<br>Trial Date:  Jan. 29, 2019 |

Counterclaim Plaintiffs ("United") and Counterclaim Defendants file this joint status report as required by the Court's July 25, 2018 Order staying this litigation "pending completion of the trial or other resolution of related criminal charges in *United States v. Omidi, et al.*, Case No. 17-cr-661 . . . ." Dkt. 940.

The related criminal trial began on September 21, 2021, and it concluded on December 16, 2021. The jury convicted Mr. Omidi on Counts 1-37, and it convicted Surgery Center Management, LLC on Counts 1-31 and 35. *United States v. Omidi*, Case No. 17-cr-661, Dkt. 1561.

Following trial, the court granted Mr. Omidi's and Surgery Center Management, LLC's application to extend the briefing schedule on their post-trial motions. *Id.* Dkts. 1641 & 1644. Their opening briefs are due on February 22, 2022, and the Government's response is due on March 15, 2022. *Id.* Because of this extended post-trial briefing schedule, the Parties' respectfully request this Court continue the stay. The parties will provide another status report in ninety days or when Judge Gee issues a ruling on the post-trial motions in the criminal matter, whichever is earlier.

Dated: February 21, 2022

By: */s/ Michael Rowe*

Michelle S. Grant
Michael Rowe
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for United Healthcare Services, Inc. United Healthcare Insurance Company, and OptumInsight, Inc.*

By: */s/ William Welden*

William Welden (SBN 117056)
9663 Santa Monica Blvd., #234
Beverly Hills, CA 90210
Telephone: (310) 947-4633

*Attorney for Counterclaim Defendants*

**CERTIFICATION**

Under Local Rule 5-4.3.4(a)(2)(i), I certify that all signatories on whose behalf this filing is submitted have authorized its filing.


Dated: February 21, 2022          */s/ Michael Rowe*
                                   Michael Rowe

                                   *Counsel for United Healthcare
                                   Services, Inc. United Healthcare
                                   Insurance Company, and
                                   OptumInsight, Inc.*