UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 14-3053 MWF (AFMx)**                                        Date:  April 11, 2022

Title:  **Almont Ambulatory Surgery Center, LLC, et al. v. UnitedHealth Group, Inc., et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER VACATING HEARING ON WILLIAM WELDEN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD; ORDER REQUIRING PROOF OF SERVICE, STATUS REPORTS, AND INFORMATION [966]**

   The Court is in receipt of William Welden's Motion to Withdraw as Counsel of Record (the "Motion"), filed April 6, 2022.  (Docket No. 966).  The Court notes that Mr. Welden inexplicably noticed the Motion for hearing on July 11, 2022.  That hearing is VACATED.

   The Court now ORDERS as follows:

1. No later than **April 18, 2022**, Mr. Welden shall serve a copy of this Order on every entity and party for whom he wishes to withdraw from representation.  Mr. Welden shall file proof of service of this Order, which shall reflect the name of the person served; the address where served, if by mail, and the email address where served, if by email.  The email addresses for individual parties may be partially redacted.
2. On or before **May 6, 2022**, any party who opposes the Motion shall file such Opposition.
3. If no Opposition is filed, on or before **May 13, 2022**, the non-terminated attorneys of record are ORDERED to review the docket and for each party currently represented by Mr. Welden, file

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 14-3053 MWF (AFMx)**                                                 Date:  April 11, 2022

Title:  **Almont Ambulatory Surgery Center, LLC, et al. v. UnitedHealth Group, Inc., et al.**

      confirmation that he or she continues to represent that party.  All active attorneys shall provide this information to the Court; failure to comply may result in sanctions.

4. No later than **May 27, 2022**, following the filing of confirmation from active counsel, Mr. Welden must file a report with:
    - An address and telephone number, and email address if available, for any individual party who will proceed pro se.
    - the contact names, addresses, telephone numbers and email addresses for all entity parties for whom he currently represents and for whom he is seeking to withdraw.  As counsel knows, only individual parties may proceed pro se.  Any entity must be represented by counsel.  Even though this action is stayed, no entity party may be unrepresented.

5. Alternatively, no later than May 27, 2022, new counsel may substitute in for any or all of the parties for whom Mr. Welden seeks to withdraw.

      The Court must be able to ascertain if an individual party will proceed with other counsel or pro se.  If pro se, the Court must have the address, telephone number and email address for each pro se litigant.

      The Court must also be able to ascertain if any entity party will not have representation.  The Court will issue an Order to Show Cause requiring any unrepresented entity parties to retain counsel, or have their claims dismissed or have their Answers stricken and default entered, whichever is appropriate.

      Upon the filing of proper proof of service and the information required herein, the Court will permit Mr. Welden to withdraw as counsel for every entity for whom he has entered an appearance in this action.

      Initials of Preparer:  RS/sjm