William Welden, SBN 117056
9663 Santa Monica Blvd., Suite 234
Beverly Hills, California 90210
Telephone: (310) 947-4633
wbwlaw@gmail.com

Attorney for Parties on 3-page List Below

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, et al.,<br>Plaintiffs,<br>v.<br>UNITEDHEALTH GROUP INCORPORATED, et al.,<br>Defendants.<br>------------------------------------------------<br><br>UNITED HEALTHCARE SERVICES, INC.,<br>et al.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br>ALMONT AMBULATORY SURGERY | Case No. 2:14-cv-03053-MWF(AFMx)<br><br>**4/12/22: MINUTE ORDER (IN CHAMBERS) ORDER VACATING HEARING ON WILLIAM WELDEN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD; ORDER REQUIRING PROOF OF SERVICE, STATUS REPORTS, AND INFORMATION**<br><br>**Hon.** M.W. Fitzgerald<br>Date: ~~July 11, 2020~~<br>Time: ~~10~~<br>Courtroom: 5A |

William Welden, Counsel for the Parties listed below seeks to withdraw as their counsel:

**Almont Ambulatory Surgery Center, LLC**
*(Plaintiff)*

**Bakersfield Surgery Institute, Inc.**

April 12, 2022, Minute Order re: Motion to Withdraw

1
2  (Counter Defendant)

3  **Bakersfield Surgery Institute, LLC**
4  (Counter Defendant)

5  **Bakersfield Surgery Institute, LLC**
6  (Plaintiff)

7  **Beverly Hills Surgery Center LLC**
8  (Counter Defendant)

9
10 **CIRO Surgery Center, LLC**
   (Counter Defendant)

11
12 **East Bay Ambulatory Surgery Center, LLC**
   (Counter Defendant)

13
14 **Independent Medical Services, Inc.**
   (Counter Defendant)

15
16 **Independent Medical Services, Inc.**
17 (Plaintiff)

18 **Modern Institute of Plastic Surgery & Antiaging, Inc.**
19 (Counter Defendant)

20 **Modern Institute of Plastic Surgery & Antiaging, Inc.**
21 (Plaintiff)

22
23 **New Life Surgery Center, LLC**
   (Counter Defendant)

24
25 **New Life Surgery Center, LLC**
   (Plaintiff)

26
27 **Orange Grove Surgery Center, LLC**
   (Counter Defendant)

28

April 12, 2022, Minute Order re: Motion to Withdraw

**Orange Grove Surgery Center, LLC**
*(Plaintiff)*

**Palmdale Ambulatory Surgery Center, a medical corporation**
*(Counter Defendant)*

**Property Care Insurance, Inc.**
*(Counter Defendant)*

**San Diego Ambulatory Surgery Center, LLC**
*(Counter Defendant)*

**San Diego Ambulatory Surgery Center, LLC**
*(Plaintiff)*

**Skin Cancer & Reconstructive Surgery Specialists of Beverly Hills, Inc.**
*(Counter Defendant)*

**Skin Cancer & Reconstructive Surgery Specialists of Beverly Hills, Inc.**
*(Plaintiff)*

**Skin Cancer & Reconstructive Surgery Specialists of West Hills, Inc.**
*(Counter Defendant)*

**Surgery Center Management**
*(Counter Defendant)*

**Top Surgeons LLC Nevada**
*(Counter Defendant)*

**Top Surgeons, LLC**
*(Counter Defendant)*

**Valencia Ambulatory Surgery Center, LLC**
*(Counter Defendant)*

**Valencia Ambulatory Surgery Center, LLC**
*(Plaintiff)*

**Valley Surgical Center, LLC**
*(Counter Defendant)*

**West Hills Surgery Center, LLC**
*(Counter Defendant)*

**West Hills Surgery Center, LLC**
*(Plaintiff)*

**Woodlake Ambulatory**
*(Counter Defendant)*

**Cindy Omidi**
*(Counter Defendant)*

**Michael Omidi, M.D.**
*(Counter Defendant)*

**DEVIDA, USA, LLC**
9107 WILSHIRE BL STE 450
BEVERLY HILLS, CA 90210
*(Counter Defendant)*

**Almont Ambulatory Surgery Center, LLC**
*(Counter Defendant)*

**1 800 Get Thin, LLC**
*(Counter Defendant)*

Mr. Welden moves to withdraw as counsel of record and therefore, serves this Minute order on the clients listed above:

**4/12/22: MINUTE ORDER (IN CHAMBERS) ORDER VACATING HEARING ON WILLIAM WELDEN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD; ORDER REQUIRING PROOF OF SERVICE, STATUS REPORTS, AND INFORMATION [966] by Judge Michael W. Fitzgerald. The Court is in receipt of William Welden's Motion to Withdraw as Counsel of Record (the Motion), filed April 6, 2022. (Docket No. [966]). The Court notes that Mr. Welden inexplicably noticed the Motion for hearing on July 11, 2022. That hearing is VACATED. The Court now ORDERS as follows: 1. No later than April 18, 2022, Mr. Welden shall serve a copy of this Order on every entity and party for whom he wishes to withdraw from representation. 2. On or before May 6, 2022, any party who opposes the Motion shall file such Opposition. 3. If no Opposition is filed, on or before May 13, 2022, the nonterminated attorneys of record are ORDERED to review the docketand for each party currently represented by Mr. Welden, file confirmation that he or she continues to represent that party. 4. No later than May 27, 2022, following the filing of confirmation from active counsel, Mr. Welden must file a report. 5. Alternatively, no later than May 27, 2022, new counsel may substitute in for any or all of the parties for whom Mr. Welden seeks to withdraw. Upon the filing of proper proof of service and the information required herein, the Court will permit Mr. Welden to withdraw as counsel for every entity for whom he has entered an appearance in this action. See minute order for details. (lom)**

(See also Dkt. 969, attached.)

In addition to serving parties herein by ecf, I will separately serve the entities named above, either corporations or LLCs, by serving their agent/manager Jamie Hidalgo at his email address, known to me after working with him for two years. I will also serve the entities' corporate attorney, Maureen Jaroscak, and the entities' Litigation Coordinator, Brian Oxman, at their email addresses, both addresses known to me from interacting for with them since about November 2019. I will serve Michael Omidi and Cindy Omidi by email addresses that I will produce in camera but will otherwise respect their privacy.

I declare the foregoing to be true and correct under the penalty of perjury under the laws of the United States. Executed on April 14, 2022, at Long Beach, California.

/s/ William Welden

William Welden, Declarant

April 12, 2022, Minute Order re: Motion to Withdraw

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 14-3053 MWF (AFMx)**                                   Date:  April 11, 2022

Title:   **Almont Ambulatory Surgery Center, LLC, et al. v. UnitedHealth Group, Inc., et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:
Not Present                                               Not Present

Proceedings:  **(IN CHAMBERS) ORDER VACATING HEARING ON WILLIAM WELDEN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD; ORDER REQUIRING PROOF OF SERVICE, STATUS REPORTS, AND INFORMATION [966]**

The Court is in receipt of William Welden's Motion to Withdraw as Counsel of Record (the "Motion"), filed April 6, 2022. (Docket No. 966). The Court notes that Mr. Welden inexplicably noticed the Motion for hearing on July 11, 2022. That hearing is VACATED.

The Court now ORDERS as follows:

1. No later than **April 18, 2022**, Mr. Welden shall serve a copy of this Order on every entity and party for whom he wishes to withdraw from representation. Mr. Welden shall file proof of service of this Order, which shall reflect the name of the person served; the address where served, if by mail, and the email address where served, if by email. The email addresses for individual parties may be partially redacted.
2. On or before **May 6, 2022**, any party who opposes the Motion shall file such Opposition.
3. If no Opposition is filed, on or before **May 13, 2022**, the non-terminated attorneys of record are ORDERED to review the docket and for each party currently represented by Mr. Welden, file

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   **CV 14-3053 MWF (AFMx)** | Date: April 11, 2022 |
| Title:   **Almont Ambulatory Surgery Center, LLC, et al. v. UnitedHealth Group, Inc., et al.** | |

        confirmation that he or she continues to represent that party. All active attorneys shall provide this information to the Court; failure to comply may result in sanctions.

4. No later than **May 27, 2022**, following the filing of confirmation from active counsel, Mr. Welden must file a report with:
   - An address and telephone number, and email address if available, for any individual party who will proceed pro se.
   - the contact names, addresses, telephone numbers and email addresses for all entity parties for whom he currently represents and for whom he is seeking to withdraw. As counsel knows, only individual parties may proceed pro se. Any entity must be represented by counsel. Even though this action is stayed, no entity party may be unrepresented.
5. Alternatively, no later than May 27, 2022, new counsel may substitute in for any or all of the parties for whom Mr. Welden seeks to withdraw.

        The Court must be able to ascertain if an individual party will proceed with other counsel or pro se. If pro se, the Court must have the address, telephone number and email address for each pro se litigant.

        The Court must also be able to ascertain if any entity party will not have representation. The Court will issue an Order to Show Cause requiring any unrepresented entity parties to retain counsel, or have their claims dismissed or have their Answers stricken and default entered, whichever is appropriate.

        Upon the filing of proper proof of service and the information required herein, the Court will permit Mr. Welden to withdraw as counsel for every entity for whom he has entered an appearance in this action.

Initials of Preparer: RS/sjm

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I will serve the others as follows:

Jamie Hidalgo, agent for service of process/manager/CEO for the above-named entity parties at his email address of Jamievinton.hidalgo@gmail.com

Maureen Jaroscak, as corporate counsel for the above-named entity parties by email to Maureen Jaroscak  maureenjaroscak@gmail.com

Brian Oxman, as Litigation Coordinator for the above-named entity parties by email at oxman2008@aol.com;

Michael Omidi MD and Cindy Omidi, at their email addresses, which I will produce in camera if requested, at Omidi**@gmail.com and at *****cindy@yahoo.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 14, 2022, at Long Beach, California.

/s/ William Welden
William Welden

April 12, 2022, Minute Order re: Motion to Withdraw