William Welden, SBN 117056
9663 Santa Monica Blvd., Suite 234
Beverly Hills, California 90210
Telephone: (310) 947-4633
wbwlaw@gmail.com

Attorney for Parties on 3-page List Below

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, et al.,<br>Plaintiffs,<br>v.<br>UNITEDHEALTH GROUP INCORPORATED, et al.,<br>Defendants.<br>_------------------------------------------------_<br>_____<br>_<br>UNITED HEALTHCARE SERVICES, INC.,<br>et al.,<br>Counterclaim Plaintiffs,<br>v.<br>ALMONT AMBULATORY SURGERY | **Case No.** 2:14-cv-03053-MWF(AFMx)<br><br>**REPORT REQUIRED BY 4/12/22 MINUTE ORDER REQUIRING STATUS REPORTS, AND INFORMATION**<br><br>**Hon.** M.W. Fitzgerald<br>Date:<br>Time:<br>Courtroom:  5A |

    William Welden, Counsel for the Parties listed below hereby Reports to this Honorable Court that he is attorney herein for these Parties named below:

    **Almont Ambulatory Surgery Center, LLC**
    *(Plaintiff)*

    **Bakersfield Surgery Institute, Inc.**

Report re: Motion to Withdraw

*(Counter Defendant)*

**Bakersfield Surgery Institute, LLC**
*(Counter Defendant)*

**Bakersfield Surgery Institute, LLC**
*(Plaintiff)*

**Beverly Hills Surgery Center LLC**
*(Counter Defendant)*

**CIRO Surgery Center, LLC**
*(Counter Defendant)*

**East Bay Ambulatory Surgery Center, LLC**
*(Counter Defendant)*

**Independent Medical Services, Inc.**
*(Counter Defendant)*

**Independent Medical Services, Inc.**
*(Plaintiff)*

**Modern Institute of Plastic Surgery & Antiaging, Inc.**
*(Counter Defendant)*

**Modern Institute of Plastic Surgery & Antiaging, Inc.**
*(Plaintiff)*

**New Life Surgery Center, LLC**
*(Counter Defendant)*

**New Life Surgery Center, LLC**
*(Plaintiff)*

**Orange Grove Surgery Center, LLC**
*(Counter Defendant)*

**Orange Grove Surgery Center, LLC**
*(Plaintiff)*

**Palmdale Ambulatory Surgery Center, a medical corporation**
*(Counter Defendant)*

**Property Care Insurance, Inc.**
*(Counter Defendant)*

**San Diego Ambulatory Surgery Center, LLC**
*(Counter Defendant)*

**San Diego Ambulatory Surgery Center, LLC**
*(Plaintiff)*

**Skin Cancer & Reconstructive Surgery Specialists of Beverly Hills, Inc.**
*(Counter Defendant)*

**Skin Cancer & Reconstructive Surgery Specialists of Beverly Hills, Inc.**
*(Plaintiff)*

**Skin Cancer & Reconstructive Surgery Specialists of West Hills, Inc.**
*(Counter Defendant)*

**Surgery Center Management**
*(Counter Defendant)*

**Top Surgeons LLC Nevada**
*(Counter Defendant)*

**Top Surgeons, LLC**
*(Counter Defendant)*

**Valencia Ambulatory Surgery Center, LLC**
*(Counter Defendant)*

**Valencia Ambulatory Surgery Center, LLC**
*(Plaintiff)*

Report re: Motion to Withdraw

**Valley Surgical Center, LLC**
*(Counter Defendant)*

**West Hills Surgery Center, LLC**
*(Counter Defendant)*

**West Hills Surgery Center, LLC**
*(Plaintiff)*

**Woodlake Ambulatory**
*(Counter Defendant)*

**Cindy Omidi**
*(Counter Defendant)*

**Michael Omidi, M.D.**
*(Counter Defendant)*

**DEVIDA, USA, LLC**
9107 WILSHIRE BL STE 450
BEVERLY HILLS, CA 90210
*(Counter Defendant)*

**Almont Ambulatory Surgery Center, LLC**
*(Counter Defendant)*

**1 800 Get Thin, LLC**
*(Counter Defendant)*

Mr. Welden moved to withdraw as counsel of record and therefore, serves this Report on the clients listed above and on all parties herein. Mr. Welden continues to represent the parties named above pending a Ruling on his Motion to be Relieved as Counsel.

Mr. Welden misread the Court's Order as requiring a Report on May 13, 2022, from other counsel herein, but having reviewed the Order again, believes that it applies to him to Report that he still represents the above mentioned parties.

Mr. Welden serves this report on the parties servable by ecf, he separately serves the business entities named above, either corporations or LLCs, by serving their agent/manager Jamie Hidalgo at his email address, known to Mr. Welden after working with Mr. Hidalgo for two years. Mr. Welden also serves the business entities' corporate attorney, Maureen Jaroscak, and the entities' Litigation Coordinator, Brian Oxman, at their email addresses, both addresses known to Mr. Welden from interacting for with them since about November 2019. He served Michael Omidi and Cindy Omidi by email addresses that he will produce in camera or supply to the clerk on request but will otherwise respect their privacy by partially redacting their email addresses on the Certificate of Service.

Mr. Welden has filed and served Motions to Withdraw in seven lawsuits involving many of these same clients as are listed above and none of the Motions has been Opposed.

I declare the foregoing to be true and correct under the penalty of perjury under the laws of the United States. Executed on May 17, 2022, at Long Beach, California.

                                        ___/s/ William Welden_____

                                        William Welden, Attorney for Parties

                                        listed above

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I will serve the others as follows:

Jamie Hidalgo, agent for service of process/manager/CEO for the above-named entity parties at his email address of Jamievinton.hidalgo@gmail.com

Maureen Jaroscak, as corporate counsel for the above-named entity parties by email to Maureen Jaroscak  maureenjaroscak@gmail.com

Brian Oxman, as Litigation Coordinator for the above-named entity parties by email at oxman2008@aol.com;

Michael Omidi MD and Cindy Omidi, at their email addresses, which I will produce in camera or email to the clerk if requested, at Omidi**@gmail.com and at *****cindy@yahoo.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 17, 2022, at Long Beach, California.

/s/ William Welden
William Welden