| | |
|---|---|
| 1 | **BRYAN WESTERFELD (S.B. # 218253)** |
| 2 | bwesterfeld@calemployerlaw.com<br>**NICOLE E. WURSCHER (S.B # 245879)** |
| 3 | nwurscher@calemployerlaw.com<br>**WALRAVEN & WESTERFELD LLP** |
| 4 | 20 Enterprise, Suite 310<br>Aliso Viejo, CA 92656 |
| 5 | Telephone:  (949) 215-1997<br>Facsimile:   (949) 215-1999 |
| 6 | **R.J. ZAYED (MN ID #309849)** |
| 7 | zayed.rj@dorsey.com<br>**MICHELLE S. GRANT (MN ID #311170)** |
| 8 | grant.michelle@dorsey.com<br>**MICHAEL ROWE (MN ID #392598)** |
| 9 | rowe.michael@dorsey.com<br>*Admitted pro hac vice* |
| 10 | **DORSEY & WHITNEY LLP**<br>Suite 1500, 50 South Sixth Street |
| 11 | Minneapolis, MN 55402-1498<br>Telephone:  (612) 340-2600 |
| 12 | Facsimile:   (612) 340-2868 |
| 13 | Attorneys for Counterclaim Plaintiffs<br>United Healthcare Services, Inc.; UnitedHealthcare |
| 14 | Insurance Company; and OptumInsight, Inc. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*, | Case No 2:14-cv-03053-MWF(AFMx) |
| 17 | | **STATUS REPORT REGARDING STAY** |
| 18 | Plaintiffs, | |
| 19 | v. | Honorable Michael Fitzgerald |
| 20 | UNITEDHEALTH GROUP INCORPORATED, *et al.*, | |
| 21 | Defendants. | Discovery Cut-off:  Sept. 14, 2018<br>Pretrial Conference:  Jan. 7, 2019<br>Trial Date:  Jan. 29, 2019 |
| 22 | | |
| 23 | UNITED HEALTHCARE SERVICES, INC., *et al.*, | |
| 24 | Counterclaim Plaintiffs, | |
| 25 | v. | |
| 26 | ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*, | |
| 27 | Counterclaim Defendants. | |
| 28 | | |

Counterclaim Plaintiffs ("United") and Counterclaim Defendants file this joint status report as required by the Court's July 25, 2018 Order staying this litigation "pending completion of the trial or other resolution of related criminal charges in *United States v. Omidi, et al.*, Case No. 17-cr-661 . . . ." Dkt. 940.

The related criminal trial began on September 21, 2021, and it concluded on December 16, 2021. The jury convicted Mr. Omidi on Counts 1-37, and it convicted Surgery Center Management, LLC on Counts 1-31 and 35. *United States v. Omidi*, Case No. 17-cr-661, Dkt. 1561. Following trial, the court granted Mr. Omidi's and Surgery Center Management, LLC's application to extend the briefing schedule on their post-trial motions. *Id.* Dkts. 1641 & 1644 & 1717. The hearing on these post-trial motions is scheduled for July 9, 2022. Because of the pending post-trial motions in the related criminal action as well as Mr. Welden's pending motion to withdraw in this action, the Parties' respectfully request this Court continue the stay. The parties will provide another status report in ninety days or when Judge Gee issues a ruling on the post-trial motions in the criminal matter, whichever is earlier.

Dated: May 23, 2022

By: */s/ Michelle S. Grant*

Michelle S. Grant
Michael Rowe
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for United Healthcare Services, Inc. United Healthcare Insurance Company, and OptumInsight, Inc.*

By: */s/ William Welden*

William Welden (SBN 117056)
9663 Santa Monica Blvd., #234
Beverly Hills, CA 90210
Telephone: (310) 947-4633

*Attorney for Counterclaim Defendants*

## CERTIFICATION

Under Local Rule 5-4.3.4(a)(2)(i), I certify that all signatories on whose behalf this filing is submitted have authorized its filing.

Dated: May 23, 2022

/s/ Michelle S. Grant
Michelle S. Grant

*Counsel for United Healthcare Services, Inc. United Healthcare Insurance Company, and OptumInsight, Inc.*