| | |
|---|---|
| 1 | William Welden, SBN 117056 |
| 2 | 9663 Santa Monica Blvd., Suite 234 |
|   | Beverly Hills, California 90210 |
| 3 | Telephone: (310) 947-4633 |
| 4 | wbwlaw@gmail.com |
| 5 | Attorney for Parties on 3-page List Below |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, et al., | **Case No.** 2:14-cv-03053-MWF(AFMx) |
| Plaintiffs, | **FINAL REPORT REQUIRED BY 4/12/22 MINUTE ORDER REQUIRING STATUS REPORT AND INFORMATION BBY MAY 27, 2022** |
| v. | |
| UNITEDHEALTH GROUP INCORPORATED, et al., | |
| Defendants. | **Hon.** M.W. Fitzgerald |
| ------------------------------------------------ | Date: |
| UNITED HEALTHCARE SERVICES, INC., et al., | Time: |
| | Courtroom: 5A |
| Counterclaim Plaintiffs, | |
| v. | |
| ALMONT AMBULATORY SURGERY | |

William Welden, Counsel for the Parties listed below hereby Reports to this Honorable Court that he is attorney herein for these Parties named below and neither they, nor any other person or entity, has Opposed his Motion to Withdraw:

**Almont Ambulatory Surgery Center, LLC**
*(Plaintiff)*

Final Report re: Motion to Withdraw

**Bakersfield Surgery Institute, Inc.**
*(Counter Defendant)*

**Bakersfield Surgery Institute, LLC**
*(Counter Defendant)*

**Bakersfield Surgery Institute, LLC**
*(Plaintiff)*

**Beverly Hills Surgery Center LLC**
*(Counter Defendant)*

**CIRO Surgery Center, LLC**
*(Counter Defendant)*

**East Bay Ambulatory Surgery Center, LLC**
*(Counter Defendant)*

**Independent Medical Services, Inc.**
*(Counter Defendant)*

**Independent Medical Services, Inc.**
*(Plaintiff)*

**Modern Institute of Plastic Surgery & Antiaging, Inc.**
*(Counter Defendant)*

**Modern Institute of Plastic Surgery & Antiaging, Inc.**
*(Plaintiff)*

**New Life Surgery Center, LLC**
*(Counter Defendant)*

**New Life Surgery Center, LLC**
*(Plaintiff)*

**Orange Grove Surgery Center, LLC**
*(Counter Defendant)*

Final Report re: Motion to Withdraw

**Orange Grove Surgery Center, LLC**
*(Plaintiff)*

**Palmdale Ambulatory Surgery Center, a medical corporation**
*(Counter Defendant)*

**Property Care Insurance, Inc.**
*(Counter Defendant)*

**San Diego Ambulatory Surgery Center, LLC**
*(Counter Defendant)*

**San Diego Ambulatory Surgery Center, LLC**
*(Plaintiff)*

**Skin Cancer & Reconstructive Surgery Specialists of Beverly Hills, Inc.**
*(Counter Defendant)*

**Skin Cancer & Reconstructive Surgery Specialists of Beverly Hills, Inc.**
*(Plaintiff)*

**Skin Cancer & Reconstructive Surgery Specialists of West Hills, Inc.**
*(Counter Defendant)*

**Surgery Center Management**
*(Counter Defendant)*

**Top Surgeons LLC Nevada**
*(Counter Defendant)*

**Top Surgeons, LLC**
*(Counter Defendant)*

**Valencia Ambulatory Surgery Center, LLC**
*(Counter Defendant)*

**Valencia Ambulatory Surgery Center, LLC**
*(Plaintiff)*

**Valley Surgical Center, LLC**
*(Counter Defendant)*

**West Hills Surgery Center, LLC**
*(Counter Defendant)*

**West Hills Surgery Center, LLC**
*(Plaintiff)*

**Woodlake Ambulatory**
*(Counter Defendant)*

**Cindy Omidi**
*(Counter Defendant)*

**Michael Omidi, M.D.**
*(Counter Defendant)*

**DEVIDA, USA, LLC**
9107 WILSHIRE BL STE 450
BEVERLY HILLS, CA 90210
*(Counter Defendant)*

**Almont Ambulatory Surgery Center, LLC**
*(Counter Defendant)*

**1 800 Get Thin, LLC**
*(Counter Defendant)*

The mailing address and phone number for each of the entity parties listed above is:

Jamie Hidalgo
Agent for Service of Process

Final Report re: Motion to Withdraw

1980 N Orange Grove Ave,
Pomona, CA 91768
jamievinton.hidalgo@gmail.com
818 219 2442

The mailing addresses for the individual parties are:

Michael Omidi MD
Agent for Service of Process
1980 N Orange Grove Ave,
Pomona, CA 91768
Omidi**@gmail.com
1 909 766 8710

Cindy Omidi
Agent for Service of Process
1980 N Orange Grove Ave,
Pomona, CA 91768
*****cindy@hotmail.com
*****cindy@yahoo.com
1 909 766 8710

Mr. Welden has moved to withdraw as counsel of record and therefore, serves this Report on the clients listed above and on all parties herein. Mr. Welden continues to represent the parties named above pending a Ruling on his Motion to be Relieved as Counsel.

Many of the same parties listed above as being represented in this matter have been party to Substitutions of Attorney replacing Mr. Welden in other cases in the Central District, e.g., *US v Approx $107 Million* 2:17-cr-00401, Mark Madison substituted in for Trusts for benefit of Michael and Cindy Omidi and for two related entity claimants; San Diego Superior Court (*Platas v Omidi* 37-2018-00045119-CU-MC-CTL), Mark Madison in for Dr. Omidi, Valley Surgical and San Diego Ambulatory); Santa Monica LA Superior

Court (*Golden State v L.A. County*, SC126530), Mark Madison in for nine related entities, Dr. Omidi and Mrs. Omidi.)

Also in Court of Appeal 2d District *(Faitro v Top Surgeons* B307742), Mr. Welden was ordered withdrawn, he formerly represented eleven related entity Appellants including Almont Ambulatory, plus Dr. Omidi and Mrs. Omidi). Mr. Welden was also ordered withdrawn from the other Almont case in this Court, case No.14-cv-02177.

It is unknown whether Mr. Madison will be substituting in to represent the parties in this case but he has done so in three other cases thus far since March 2022.

No one filed an Opposition to this Motion by the deadline of May 6, 2022. No one has challenged the accuracy of any statements Mr. Welden has made in his prior Motion and Report.

Mr. Welden serves this report on the parties reached by the Court's ecf system, he separately serves the business entities named above, either corporations or LLCs, by serving their agent/manager Jamie Hidalgo at his email address, known to Mr. Welden after working with Mr. Hidalgo for two years and interacting with him thereafter. Mr. Welden also serves the business entities' corporate attorney, Maureen Jaroscak, and the entities' Litigation Coordinator, Brian Oxman, at their email addresses, both addresses known to Mr. Welden from working or interacting with them since about November 2019. He served Michael Omidi and Cindy Omidi by their email addresses that he will produce in camera or supply to the clerk on request but he will otherwise respect their privacy by partially redacting their email addresses herein and on the Certificate of Service.

Final Report re: Motion to Withdraw

Mr. Welden has filed and served Motions to Withdraw in seven lawsuits involving many of these same clients as are listed above and none of the Motions has been Opposed.

I declare the foregoing to be true and correct under the penalty of perjury under the laws of the United States. Executed on May 25, 2022, at Long Beach, California.

        ___/s/ William Welden_____

        William Welden, Attorney for Parties

        listed above

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I will serve the others as follows:

Jamie Hidalgo, agent for service of process/manager/CEO for the above-named entity parties at his email address of Jamievinton.hidalgo@gmail.com

Maureen Jaroscak, as corporate counsel for the above-named entity parties by email to Maureen Jaroscak  maureenjaroscak@gmail.com

Brian Oxman, as Litigation Coordinator for the above-named entity parties by email at oxman2008@aol.com;

Michael Omidi MD and Cindy Omidi, at their email addresses, which I will produce in camera or email to the clerk if requested, at Omidi**@gmail.com and at *****cindy@yahoo.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 25, 2022, at Long Beach, California.

/s/ William Welden

William Welden