1  **BRYAN WESTERFELD (S.B. # 218253)**
   bwesterfeld@calemployerlaw.com
2  **NICOLE E. WURSCHER (S.B # 245879)**
   nwurscher@calemployerlaw.com
3  **WALRAVEN & WESTERFELD LLP**
   20 Enterprise, Suite 310
4  Aliso Viejo, CA 92656
   Telephone:  (949) 215-1997
5  Facsimile:   (949) 215-1999

6  **R.J. ZAYED (MN ID #309849)**
   zayed.rj@dorsey.com
7  **MICHELLE S. GRANT (MN ID #311170)**
   grant.michelle@dorsey.com
8  **MICHAEL ROWE (MN ID #392598)**
   rowe.michael@dorsey.com
9  *Admitted pro hac vice*
   **DORSEY & WHITNEY LLP**
10 Suite 1500, 50 South Sixth Street
   Minneapolis, MN 55402-1498
11 Telephone:  (612) 340-2600
   Facsimile:   (612) 340-2868

12
   Attorneys for Counterclaim Plaintiffs
13 United Healthcare Services, Inc.; UnitedHealthcare
   Insurance Company; and OptumInsight, Inc.

14
15                    UNITED STATES DISTRICT COURT
                       CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*, | Case No 2:14-cv-03053-MWF(AFMx) |
| Plaintiffs, | **STATUS REPORT REGARDING STAY** |
| v. | Honorable Michael Fitzgerald |
| UNITEDHEALTH GROUP INCORPORATED, *et al.*, | Discovery Cut-off: Sept. 14, 2018 |
| Defendants. | Pretrial Conference: Jan. 7, 2019 |
| | Trial Date: Jan. 29, 2019 |
| UNITED HEALTHCARE SERVICES, INC., *et al.*, | |
| Counterclaim Plaintiffs, | |
| v. | |
| ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*, | |
| Counterclaim Defendants. | |

Counterclaim Plaintiffs ("United") and Counterclaim Defendants file this joint status report as required by the Court's July 25, 2018 Order staying this litigation "pending completion of the trial or other resolution of related criminal charges in *United States v. Omidi, et al.*, Case No. 17-cr-661 . . . ." (Dkt. 940.)

The related criminal trial began on September 21, 2021, and it concluded on December 16, 2021. The jury convicted Mr. Omidi on Counts 1-37, and it convicted Surgery Center Management, LLC on Counts 1-31 and 35. *United States v. Omidi*, Case No. 17-cr-661, (Dkt. 1561). On July 21, 2022, the Court denied Julian Omidi's and Surgery Center Management's various post-trial motions. (Dkts. 1780, 1781, and 1782.) The Court initially scheduled sentencing for November 8, 2022, (Dkt. 1783), but later continued it until December 14, 2022 (Dkt. 1786). At Mr. Omidi's request, the Court continued the sentencing hearing again, this time ordering that it take place on February 1, 2023. (Dkt. 1793.)

Because of the extended post-trial briefing and sentencing schedule, the Parties respectfully request this Court continue the stay. The parties will provide another status report within ninety days.

Dated: December 13, 2022

By: */s/ Michael Rowe*
Michelle S. Grant
Michael Rowe
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for United Healthcare Services, Inc. United Healthcare Insurance Company, and OptumInsight, Inc.*

By: */s/ William Welden*
William Welden (SBN 117056)
9663 Santa Monica Blvd., #234
Beverly Hills, CA 90210
Telephone: (310) 947-4633

*Attorney for Counterclaim Defendants*

## CERTIFICATION

Under Local Rule 5-4.3.4(a)(2)(i), I certify that all signatories on whose behalf this filing is submitted have authorized its filing.

Dated: December 13, 2022

/s/ Michael Rowe
Michael Rowe

*Counsel for United Healthcare Services, Inc. United Healthcare Insurance Company, and OptumInsight, Inc.*