UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 14-3053 MWF (AFMx)**　　　　　　　　　　　Date: December 20, 2022

Title   **Almont Ambulatory Surgery Center, LLC, et al. v. UnitedHealth Group, Inc., et al.**

---

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER GRANTING ATTORNEY WILLIAM WELDEN'S MOTION TO WITHDRAW [966]**

The Court has reviewed the Motion to Withdraw as Counsel of Record (the "Motion"), filed by attorney William Welden on April 6, 2022. (Docket No. 966). The Court Order vacated the hearing on the Motion on April 11. 2022. (Docket No. 969). Mr. Welden subsequently filed Proof of Service (the "POS") and a Report as required by the Order. (Docket Nos. 970 and 971).

The Court GRANTS Mr. Welden's Motion. He is relieved as counsel of record in this matter. At such time as the stay may be lifted, the Court will allow the entity parties thirty (30) days to retain new counsel. Mr. Welden is ORDERED to give notice of this Order to each party and to file Proof of Service of same no later than January 6, 2023.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer:  RS/sjm