# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:14–cv–03053–MWF–AFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   1/4/2023

Document No.:   976

Title of Document:   Notice of Appearance or Withdrawal of Counsel G123.

**ERROR(S) WITH DOCUMENT:**

Docket text and document conflict re: adding and terming the attorney (docket text indicates adding William Welden for Almont Ambulatory and document indicates attorney is withdrawing for the same party.

Incorrect document is attached to the docket entry.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 5, 2023         By: /s/ *Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov*
                               Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**