**BRYAN WESTERFELD (S.B. # 218253)**
bwesterfeld@calemployerlaw.com
**NICOLE E. WURSCHER (S.B # 245879)**
nwurscher@calemployerlaw.com
**WALRAVEN & WESTERFELD LLP**
20 Enterprise, Suite 310
Aliso Viejo, CA 92656
Telephone:  (949) 215-1997
Facsimile:   (949) 215-1999

**R.J. ZAYED (MN ID #309849)**
zayed.rj@dorsey.com
**MICHELLE S. GRANT (MN ID #311170)**
grant.michelle@dorsey.com
**MICHAEL ROWE (MN ID #392598)**
rowe.michael@dorsey.com
*Admitted pro hac vice*
**DORSEY & WHITNEY LLP**
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:   (612) 340-2868

Attorneys for Counterclaim Plaintiffs
United Healthcare Services, Inc.; UnitedHealthcare Insurance Company; and OptumInsight, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, *et al.*,<br><br>Defendants.<br><hr>UNITED HEALTHCARE SERVICES, INC., *et al.*,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*,<br><br>Counterclaim Defendants. | Case No 2:14-cv-03053-MWF(AFMx)<br><br>**STATUS REPORT REGARDING STAY**<br><br>Honorable Michael Fitzgerald<br><br>Discovery Cut-off: Sept. 14, 2018<br>Pretrial Conference: Jan. 7, 2019<br>Trial Date: Jan. 29, 2019 |

1 Counterclaim Plaintiffs ("United") and Counterclaim Defendants file this joint status report as required by the Court's July 25, 2018, Order staying this litigation "pending completion of the trial or other resolution of related criminal charges in *United States v. Omidi, et al.*, Case No. 17-cr-661 . . . ." (Dkt. 940.)

Following several continuances, on April 17, 2023 the District Court sentenced Mr. Omidi to a term of imprisonment of 84 months, although the Court then granted Mr. Omidi's motion for bail pending his contemplated appeal. (Dkt. 1895). On July 6, 2023, the Court held an evidentiary hearing regarding forfeiture and restitution issues. (Dkt. 1933.) On July 25, the Court entered its restitution and forfeiture order against Mr. Omidi. (Dkt. 1940.) On August 1, the Court entered an amended judgment against Mr. Omidi (Dkt. 1944), after which he filed a notice of appeal (Dkt. 1945). On August 14, 2023, the Court sentenced Mr. Omidi's co-Defendant, Surgery Center Management, LLC (Dkt. 1952), and then entered an amended judgment two days later (Dkt. 1953). The Court entered a money judgment against Mr. Omidi and Surgery Center Management (Dkt. 1955), and later declined to stay that order pending appeal (Dkt. 1982).

Mr. Omidi and Surgery Center Management appealed their conviction and sentence. (Case No. 23-1719.) On January 16, 2025, the Ninth Circuit affirmed the conviction, sentence, and restitution amount. (Dkts. 116 and 117.) Mr. Omidi and Surgery Center Management filed a petition for rehearing *en banc*, which the Ninth Circuit denied on April 3, 2025. (Dkt. 123.) Mr. Omidi then filed a petition to stay the mandate, which the Ninth Circuit denied on April 22, 2025. (Dkt. 129.) In his motion to stay the mandate, Mr. Omidi represented that he intended to file a petition for a writ of certiorari. (Dkt. 124.)

The Parties respectfully request this Court continue the stay pending final resolution of the Defendants' direct appeals. The parties will provide another status report within ninety days.

Dated: May 5, 2025

By: */s/ Michelle S. Grant*
Michelle S. Grant
Michael Rowe
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for United Healthcare Services, Inc. United Healthcare Insurance Company, and OptumInsight, Inc.*

By: */s/ Mark Madison*
Mark Madison (SBN 158786)
1440 N. Harbor Blvd., Suite 900
Fullerton, CA 92835
Telephone: (714) 449-3365

*Attorney for Counterclaim Defendants*

# CERTIFICATION

Under Local Rule 5-4.3.4(a)(2)(i), I certify that all signatories on whose behalf this filing is submitted have authorized its filing.

Dated: May 5, 2025             /s/ Michelle S. Grant
                                                     Michelle S. Grant

*Counsel for United Healthcare Services, Inc. United Healthcare Insurance Company, and OptumInsight, Inc.*