**BRYAN WESTERFELD (S.B. # 218253)**
bwesterfeld@calemployerlaw.com
**NICOLE E. WURSCHER (S.B # 245879)**
nwurscher@calemployerlaw.com
**WALRAVEN & WESTERFELD LLP**
20 Enterprise, Suite 310
Aliso Viejo, CA 92656
Telephone: (949) 215-1997
Facsimile: (949) 215-1999

**R.J. ZAYED (MN ID #309849)**
zayed.rj@dorsey.com
**MICHELLE S. GRANT (MN ID #311170)**
grant.michelle@dorsey.com
**MICHAEL ROWE (MN ID #392598)**
rowe.michael@dorsey.com
*Admitted pro hac vice*
**DORSEY & WHITNEY LLP**
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Attorneys for Counterclaim Plaintiffs
United Healthcare Services, Inc.; UnitedHealthcare Insurance Company; and OptumInsight, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, *et al.*,<br><br>Defendants.<br><br>UNITED HEALTHCARE SERVICES, INC., *et al.*,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>ALMONT AMBULATORY SURGERY CENTER, LLC, *et al.*,<br><br>Counterclaim Defendants. | Case No 2:14-cv-03053-MWF(AFMx)<br><br>**STATUS REPORT REGARDING STAY**<br><br>Honorable Michael Fitzgerald<br><br>Discovery Cut-off: Sept. 14, 2018<br>Pretrial Conference: Jan. 7, 2019<br>Trial Date: Jan. 29, 2019 |

|   |   |
|---|---|
| 1 | Counterclaim Plaintiffs ("United") and Counterclaim Defendants file this |
| 2 | joint status report as required by the Court's July 25, 2018, Order staying this |
| 3 | litigation "pending completion of the trial or other resolution of related criminal |
| 4 | charges in *United States v. Omidi, et al.*, Case No. 17-cr-661 . . . ." (Dkt. 940.) |
| 5 | Following several continuances, on April 17, 2023 the District Court |
| 6 | sentenced Mr. Omidi to a term of imprisonment of 84 months, although the Court |
| 7 | then granted Mr. Omidi's motion for bail pending his contemplated appeal. (Dkt. |
| 8 | 1895.) On July 6, 2023, the Court held an evidentiary hearing regarding forfeiture |
| 9 | and restitution issues. (Dkt. 1933.) On July 25, the Court entered its restitution and |
| 10 | forfeiture order against Mr. Omidi. (Dkt. 1940.) On August 1, the Court entered an |
| 11 | amended judgment against Mr. Omidi (Dkt. 1944), after which he filed a notice of |
| 12 | appeal. (Dkt. 1945.) On August 14, 2023, the Court sentenced Mr. Omidi's co- |
| 13 | Defendant, Surgery Center Management, LLC (Dkt. 1952), and then entered an |
| 14 | amended judgment two days later (Dkt. 1953). The Court entered a money |
| 15 | judgment against Mr. Omidi and Surgery Center Management (Dkt. 1955), and |
| 16 | later declined to stay that order pending appeal (Dkt. 1982). |
| 17 | Mr. Omidi and Surgery Center Management appealed their conviction and |
| 18 | sentence. (Case No. 23-1719.) On January 16, 2025, the Ninth Circuit affirmed the |
| 19 | conviction, sentence, and restitution amount. (Dkts. 116 and 117.) Mr. Omidi and |
| 20 | Surgery Center Management filed a petition for rehearing *en banc*, which the Ninth |
| 21 | Circuit denied on April 3, 2025. (Dkt. 123.) Mr. Omidi then filed a petition to stay |
| 22 | the mandate, which the Ninth Circuit denied on April 22, 2025. (Dkt. 129.) In his |
| 23 | motion to stay the mandate, Mr. Omidi represented that he intended to file a |
| 24 | petition for a writ of certiorari. (Dkt. 124.) |
| 25 | The Parties respectfully request this Court continue the stay pending final |
| 26 | resolution of the Defendants' direct appeals. The parties will provide another status |
| 27 | report within ninety days. |
| 28 | |

Dated: August 4, 2025

By: */s/ Michael Rowe*
Michelle S. Grant
Michael Rowe
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for United Healthcare Services, Inc. United Healthcare Insurance Company, and OptumInsight, Inc.*

By: */s/ Mark Madison*
Mark Madison (SBN 158786)
1440 N. Harbor Blvd., Suite 900
Fullerton, CA 92835
Telephone: (714) 449-3365

*Attorney for Counterclaim Defendants*

# CERTIFICATION

Under Local Rule 5-4.3.4(a)(2)(i), I certify that all signatories on whose behalf this filing is submitted have authorized its filing.

Dated: August 4, 2025

*/s/ Michael Rowe*
Michael Rowe

*Counsel for United Healthcare Services, Inc. United Healthcare Insurance Company, and OptumInsight, Inc.*